| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Trico Marine Services, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**N/A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**72-1252405** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**N/A** |
| Street Address of Debtor (No. & Street, City, and State):<br>**10001 Woodloch Forest Drive, Suite 610<br>The Woodlands, Texas, TX 77380**  ZIP CODE **77380-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**N/A**  ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Montgomery** | County of Residence or of the Principal Place of Business:<br>**N/A** |
| Mailing Address of Debtor (if different from street address):<br>**See above**  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>**N/A**  ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above): **10001 Woodloch Forest Drive, Suite 610 The Woodlands, TX 77380** |
|---|

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:** **Chapter 11 Debtors**

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes:**

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $30 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Trico Marine Services, Inc.** | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: **Southern District of New York** | Case Number:<br>**04-17985** | Date Filed:<br>**12/21/04** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **See attached list** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☒ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Trico Marine Services, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Robert J. Dehney**
Printed Name of Attorney for Debtor(s)

**Morris, Nichols, Arsht & Tunnell LLP**
Firm Name

**1201 N. Market St.**
**P.O. Box 1347**
**Wilmington DE 19899-1347**
Address

**302.658.9200**
Telephone Number

**August 25, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**John Castellano**
Printed Name of Authorized Individual

**Authorized Officer**
Title of Authorized Individual

**August 25, 2010**
Date

# United States Bankruptcy Court
### District of Delaware

In re    **Trico Marine Services, Inc.** _____,

                     Debtor

Case No. _____

Chapter _____ **11** _____

## Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   **1-33402** _____.

2. The following financial data is the latest available information and refers to debtor's condition on   **July 31, 2010** _____.

     a. Total assets                     $    **30,562,681.32**

     b. Total debts (including debts listed in 2.c.,below)    $    **353,606,466.67**

     c. Debt securities held by more than 500 holders.

| | | | | | Approximate number of holders |
|---|---|---|---|---|---|
| secured **/X/** | unsecured / / | subordinated / / | $ | **205,401,000.00** | Unknown |
| secured / / | unsecured **/X/** | subordinated / / | $ | **152,429,000.00** | Unknown |
| secured / / | unsecured / / | subordinated / / | $ | **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ | **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ | **0.00** | **0** |

     d. Number of shares of preferred stock          **0**          **0**

     e. Number of shares of common stock       **20,286,308**       **27**

        Comments, if any:

3. Brief description of debtor's business:
     **Trico Marine Services, Inc., is an integrated provider of subsea services, subsea trenching and protection services, and towing and supply vessels.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
     **Kistefos AS; Goldman Sachs Asset Management LP; Dimensional Fund Advisors, Inc.; H Partners Capital LLC; Alleghany Insurance.**

**TRICO MARINE SERVICES, INC.**
**RESOLUTIONS OF THE BOARD OF DIRECTORS**

**August 21, 2010**

I, Richard Bachmann, the Interim Chief Executive Officer of Trico Marine Services, Inc., DO HEREBY CERTIFY that the following resolutions were adopted by the Board of Directors of Trico Marine Services, Inc. on August 21, 2010 and are now in full force and effect:

The board of directors (the "Board") of Trico Marine Services, Inc., a Delaware corporation (the "Company"), acting in its individual capacity and in its capacity as the Sole Member of Trico Holdco LLC, a Delaware limited liability company ("Holdco"), for and on behalf of Holdco, do hereby adopt the following resolutions on behalf of the Company, acting in its individual capacity and in its capacity as the Sole Member of Holdco, for and on behalf of Holdco:

**WHEREAS,** having studied the financial state of the Company and the related circumstances and situation, the Board has determined that it is in the best interests of the Company to file with a federal bankruptcy court a voluntary petition pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") as set forth below; such determination having been made in the exercise, in the view of the Board, of such fiduciary duties as the Board may owe to creditors or equity holders of the Company.

**NOW, THEREFORE, BE IT RESOLVED,** that the Company be, and hereby is, authorized to file with the United States Bankruptcy Court for the District of Delaware (each an "Authorized Bankruptcy Court" and together, the "Authorized Bankruptcy Courts") a voluntary petition, on the Company's behalf, pursuant to chapter 11 of the Bankruptcy Code as set forth in these resolutions; be it

**FURTHER RESOLVED,** that Richard Bachmann, John Castellano, and Geoff Jones (each an "Authorized Petition Officer" and together, "Authorized Petition Officers") be, and each of them hereby is, authorized and empowered to execute, deliver, and file or cause to be filed with an Authorized Bankruptcy Court a voluntary petition pursuant to chapter 11 of the Bankruptcy Code (the "Petition"), in such form as prescribed by the Official Forms promulgated in connection with the Bankruptcy Code, if in the discretion of all of the Authorized Petition Officers such filing is appropriate based upon the financial condition and liquidity of the Company; be it

**FURTHER RESOLVED,** that, upon the filing of the Petition as authorized by the preceding paragraph, each Authorized Petition Officer and Brett Cenkus (each an "Authorized Officer" and together, the "Authorized Officers") be, and hereby is, authorized and empowered to execute and deliver and file or cause to be filed with an Authorized Bankruptcy Court, on behalf of the Company, all papers and pleadings necessary or convenient to facilitate the chapter 11 bankruptcy case and all of its matters and proceedings, and any and all other documents, including affidavits, necessary or appropriate in connection with the commencement of the chapter 11 case, each in such form or forms as the Authorized Officer so acting may approve; be it

- 1 -

**FURTHER RESOLVED**, that each Authorized Officer be, and hereby is, authorized and empowered to execute and deliver and file or cause to be filed with an Authorized Bankruptcy Court of the Company, all papers and pleadings necessary or convenient to effect, cause, or promote the Company's reorganization under chapter 11 of the Bankruptcy Code and any and all other documents, including a Plan of Reorganization (the "Plan") providing for the restructuring, reorganization, or liquidation of the Company, and a Disclosure Statement for the Plan, together with any amendments or modifications thereto, or any restatements thereof, and provide such affidavits or oral testimony necessary or appropriate in connection therewith, each in such form or forms as the Authorized Officer so acting may approve; be it

**FURTHER RESOLVED**, that each Authorized Officer be, and each hereby is, authorized and empowered to execute and deliver, on behalf of the Company, acting in its capacity as the limited partner of Trico Marine Cayman, LP, a consent relating to the filing of a voluntary petition pursuant to chapter 11 of the Bankruptcy Code by Trico Marine Cayman, LP, if in the discretion of all of the Authorized Petition Officers, the execution and delivery of such consent is appropriate based upon the financial condition and liquidity of Trico Marine Cayman, LP; be it

**FURTHER RESOLVED**, that each Authorized Officer be, and each hereby is, authorized and empowered to execute and deliver, on behalf of the Company, acting in its capacity as the sole member of Holdco, a consent relating to the filing of a voluntary petition pursuant to chapter 11 of the Bankruptcy Code by Holdco, if in the discretion of all of the Authorized Petition Officers the execution and delivery of such consent is appropriate based upon the financial condition and liquidity of Holdco; be it

**FURTHER RESOLVED**, that each Authorized Officer be, and each hereby is, authorized and empowered to execute, deliver, and file or cause to be filed with an Authorized Bankruptcy Court a Petition of Trico Marine Assets, Inc., Trico Marine International, Inc., Trico Marine Operators, Inc., Trico Marine Cayman, LP, and Holdco (collectively, the "Subsidiaries"), in such form as prescribed by the Official Forms promulgated in connection with the Bankruptcy Code, if in the discretion of the Authorized Petition Officers, the filing of Petitions for the Subsidiaries is appropriate based upon the financial condition and liquidity of the Subsidiaries; be it

**FURTHER RESOLVED**, that, upon the filing of the Petitions for the Subsidiaries as authorized by the preceding paragraph, each Authorized Officer be, and hereby is, authorized and empowered to execute and deliver and file or cause to be filed with an Authorized Bankruptcy Court, on behalf of the Subsidiaries, all papers and pleadings necessary or convenient to facilitate the chapter 11 bankruptcy case and all of its matters and proceedings, and any and all other documents, including affidavits, necessary or appropriate in connection with the commencement of the chapter 11 case, each in such form or forms as the Authorized Officer so acting may approve; be it

**FURTHER RESOLVED**, that each Authorized Officer be, and hereby is, authorized and empowered to execute and deliver and file or cause to be filed with an Authorized Bankruptcy Court, on behalf of the Subsidiaries, all papers and pleadings necessary or convenient to effect, cause, or promote the Subsidiaries' reorganization under chapter 11 of the

- 2 -

Bankruptcy Code and any and all other documents, including a Plan of Reorganization providing for the restructuring, reorganization, or liquidation of the Subsidiary, and a Disclosure Statement for the Plan, together with any amendments or modifications thereto, or any restatements thereof, and provide such affidavits or oral testimony necessary or appropriate in connection therewith, each in such form or forms as the Authorized Officer so acting may approve; be it

**FURTHER RESOLVED,** that the Company, as debtor and debtor in possession under chapter 11 of the Bankruptcy Code, is authorized to operate its business and to incur post-petition indebtedness as may be approved by an Authorized Officer from time to time and as such Authorized Officer may determine to be necessary or appropriate; be it

**FURTHER RESOLVED,** that the engagement of the law firms of Vinson & Elkins L.L.P., as general bankruptcy and corporate counsel, Cahill Gordon & Reindel LLP as special counsel with respect to litigation and corporate and transactional matters in connection with Company's restructuring and conflicts counsel, and Morris, Nichols, Arsht & Tunnell LLP, as Delaware counsel, in the representation of the Company as debtor and debtor in possession, prior to and in any case commenced by the Company under the Bankruptcy Code, and in all matters arising in connection therewith, is hereby approved, and each Authorized Officer be, and hereby is, authorized and empowered to retain such other attorneys, advisors, accountants, consultants or other professionals on behalf of the Company as the Authorized Officer so acting may determine to be necessary or appropriate; be it

**FURTHER RESOLVED,** that the engagement of Alix Partners Services, L.L.C. ("Alix Partners") to provide chief restructuring officer services and other personnel to the Company to assist in its restructuring, and in all matters in connection therewith, is hereby approved; be it

**FURTHER RESOLVED,** that each Authorized Officer be, and hereby is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents, to pay all such fees and expenses, and to file with the Securities and Exchange Commission all applicable reports and forms as may be required under the Securities Exchange Act of 1934, as amended, as the Authorized Officer so acting shall deem appropriate in his or her judgment to fully carry out the intent and accomplish the purposes of these resolutions; be it

**FURTHER RESOLVED,** that each Authorized Officer be, and hereby is, authorized, on behalf of the Company, to certify and attest to any documents that he or she may deem necessary or appropriate to consummate any transactions necessary to effectuate the foregoing resolutions; provided, such attestation shall not be required for the validity of any such documents; and be it

**FURTHER RESOLVED,** that the foregoing authorizations shall expire on Wednesday, August 25, 2010 at 11:59 p.m.; be it

**FURTHER RESOLVED,** that all actions heretofore taken by each Authorized Officer, in the name of and on behalf of the Company, in connection with any of the above matters are hereby in all respects ratified, confirmed, and approved.

[The remainder of this page is intentionally blank.]

US 408343v.8

IN WITNESS WHEREOF, I have executed this Certificate as of the date first written above.

_____

Richard A. Bachmann
Interim Chief Executive Officer

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRICO MARINE SERVICES, INC., | ) | Case No. 10-_____ |
| | ) | |
| Debtor. | ) | (Joint Administration Requested) |
| | ) | |
| | ) | |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 40 LARGEST UNSECURED CLAIMS

The following is a list of creditors holding the 40 largest unsecured claims against the above-captioned Debtor and certain affiliated entities that have simultaneously commenced chapter 11 cases in this Court (collectively, the "Debtors").[1] This list has been prepared on a consolidated basis from the unaudited books and records of the Debtors. The list reflects amounts from the Debtors' books and records as of August 24, 2010. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors chapter 11 cases. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The information herein shall not constitute an admission of liability by, nor is it binding on, any of the Debtors. Moreover, nothing herein shall affect any Debtors' right to challenge the amount or characterization of any claim at a later date.

| Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 222 South Riverside Plaza Chicago, IL 60606-5808 312.537.1159 Fax: 312.537.1009 | Guarantee | Contingent, unliquidated, disputed, and subject to setoff | $400,000,000.00 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | 1445 Ross Avenue - 2nd Floor Dallas, TX 75202-2812 Attention: Patrick Giordano | Debentures | Contingent, unliquidated, disputed, and subject to setoff | $152,725,000.00 |

---

[1] The Debtors are the following entities (followed by their tax identification numbers): Trico Marine Services, Inc. (72-1252405); Trico Marine Assets, Inc. (72-125404); Trico Marine Operators, Inc. (72-1096124); Trico Marine International, Inc. (72-1403132); Trico Holdco, LLC (20-5743870); Trico Marine Cayman, L.P. (98-0515842). The mailing address for all of the Debtors for the purpose of these Cases is 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380.

| Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| JOSEPH S. COMPOFELICE | | Employment Agreement | Contingent, unliquidated, disputed, and subject to setoff | $2,400,000.00 |
| RISHI VARMA | | Employment Agreement | Contingent, unliquidated, disputed, and subject to setoff | $700,000.00 |
| CONVERTEAM, INC. | P. O. Box 200673 Pittsburgh PA 15251-0673 412.967.0765 Fax: 412.967.7660 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $665,256.78 |
| ASTOUNDRY, INC. | 2441 Bartlett Street Houston TX 77098-5101 713.520.6200 Fax: 713.583.9988 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $311,943.86 |
| TECTURA CORPORATION | P.O. Box 120338, Dept. 890338 Dallas TX 75312-0338 734.997.2063 Fax: 734.205.1901 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $203,514.18 |
| DISCOVERY GROUP, INC. | 702 Weyer Street Gretna LA 70053 504.782.9234 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $184,327.67 |
| GLEACHER & COMPANY SECURITIES, INC. | 1290 Avenue of the Americas, Fourth Floor New York, NY 10104 212.273.7100 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $143,797.53 |
| GE CAPITAL CORPORATION | P. O. Box 640387 Pittsburgh, PA 15264-0387 800.362.0135 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $90,826.00 |
| INTERNATIONAL SPECIALIST, INC | 8227 Oak Street Suite A New Orleans LA 70118 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $55,069.05 |
| ADVANCED LOGISTICS, LLC | 2014 W. Pinhock Rd, Suite 310 Lafayette LA 70508 337.232.4699 Fax: 337.232.4991 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $50,323.28 |
| WINSTON & STRAWN LLP | 36235 Treasury Center Chicago IL 60694-6200 312.558.5600 Fax: 312.558.5700 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $46,797.69 |

| Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MAXWELL DRUMMOND INTERNATIONAL | 2040 North Loop West, Ste 250 Houston TX 77018 713.316.4480 Fax: 713.316.4483 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $39,600.00 |
| DELAWARE SECRETARY OF STATE | Division of Corporations P.O. Box 11728 Newark, NJ 07101-4728 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $36,000.00 |
| LIGHT 125 JAMES WEST LLC | P.O. BOX 786676 Philadelphia, PA 19178-6586 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $33,120.38 |
| SEASUPPLIER, LTD. | 15635 Jacintoport Blvd Houston TX 77015 281.860.5196 Fax: 281.860.5193 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $28,486.00 |
| LAPORTE, SEHRT, ROMIG | 110 Veterans Memorial Blvd Ste 200 Metairie LA 70005-4958 504.835.5522 Fax: 504.835.5535 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $23,604.13 |
| BROADRIDGE | P.O. Box 23487 Newark, NJ 7189 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $22,582.07 |
| GRANT THORTNTON, LLP | P.O.Box 8500 Tallahassee FL 32314 877.769.0251 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $21,200.00 |
| LRN CORPORATION | 1100 Glendon Avenue, Ste 700 Los Angeles CA 90024 310.209.5400 Fax: 310.209.5401 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $19,780.00 |
| CD LANGUAGE SOLUTIONS, INC. | 2500 Tanglewilde, Suite 490 Houston TX 77063 713.661.9553 Fax: 713.661.4398 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $17,751.93 |
| AMARCHAND MANGALDAS | Peninsula Chambers, Peninsula Corporate park,Ganpatrao kadam Marg, Lower parel, Mumbai – 400 013 (91-22) 24964455 Fax: (91-22) 24963666 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $17,200.00 |

| Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| BLUECROSS BLUESHIELD | Accounting Department<br>P.O. Box 98029<br>Baton Rouge, LA 70898-9029<br>985.853.5970 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $16,394.10 |
| FIRE PROTECTION SER., INC | P.O. Box 5218<br>Houston TX 77262<br>713.924.9600 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $13,905.00 |
| LEBLANC & ASSOCIATES,INC. | 132 Intracoastal Drive<br>Houma, LA 70363<br>Fax 985.876.7989 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $13,489.20 |
| MARITIMA CONSULTING SERVICES | Ben Amathila Avenue<br>P.O. Box 3743<br>Walvis Bay, Namibia<br>264.6.422.0007<br>Fax: 264.6.422.0008 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $13,412.74 |
| EXECUTIVE COACHING & CONSULTING | 4514 Palmetto Street<br>Bellaire TX 77401<br>713.253.4658 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $12,500.00 |
| FUGRO CHANCE, INC. | P.O. Box 200724<br>Houston TX 77216-0724<br>713.346.3700<br>Fax: 713.346.3671 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $10,370.00 |
| A T & T MOBILITY | P.O. Box 6463<br>Carol Stream, IL 60197-6463 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $10,215.54 |
| JONES, WALKER, WAECHTER | 201 St. Charles Ave, 50th Floor<br>New Orleans LA 70170-5100<br>225.248.2000<br>Fax: 225.248.2010 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $10,213.28 |
| THRUSTMASTER OF TEXAS INC | P.O. Box 840189<br>Houston, TX 77284-0189 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $10,039.76 |
| KPMG PROFESSIONAL SERVICES | 18a Temple Road, IKOYI<br>PMB 40014, Falomo<br>Lagos, Nigeria | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $9,952.14 |
| EMT ELECTRONICS, INC. | 2025 Grand Caillou Rd.<br>Houma, LA 70363 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $9,757.77 |

| Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A T & T | P.O. Box 5091<br>Carol Stream, IL 60197-5091 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $9,738.09 |
| ALUKO & OYEBODE | 35 Moloney St.<br>P.O. Box 2293 (Marina)<br>Lagos, Nigeria<br>234.1.462.8360<br>Fax: 234.1.263.2249 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $7,217.00 |
| ZENO IMAGING | 1080 W. Sam Houston Pkwy North, Suite 120<br>Houston, TX 77043<br>713.722.8778 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $7,125.21 |
| POWER SPECIALTIES, INC. | 325 CHENNAULT STREET<br>Morgan City, LA 70380<br>Fax 985.385.6903 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $6,728.60 |
| A T & T | P.O. Box 5001<br>Carol Stream, IL 60197-5001 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $6,534.37 |
| MELTWATER NEWS, INC. | Bibby Financial Services<br>File #51042<br>Los Angeles, CA 90074-1042<br>415.829.5927<br>Fax: 415.829.5966 | Trade Debt | Contingent, unliquidated, disputed, and subject to setoff | $6,495.00 |

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the undersigned authorized officer of Trico Marine Services, Inc., declare under penalty

of perjury that I have read the foregoing consolidated list of the 40 largest unsecured creditors of

the Debtors and that it is true and correct to the best of my information and belief.

August 25, 2010
The Woodlands, Texas

_____
John Castellano
Authorized Officer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRICO MARINE SERVICES, INC., | ) | Case No. 10-_____ |
| | ) | |
| Debtor. | ) | (Joint Administration Requested) |
| | ) | |
| | ) | |

## LIST OF CREDITORS

The above-captioned debtors and debtors in possession (collectively, the "Debtors") filed

with the petition contemporaneously, a single consolidated list of creditors (the "Creditor

Matrix")[1], in lieu of separate lists. Due to its voluminous nature, the Creditor Matrix is being

submitted to the Court electronically in this case.

---

[1] The Creditor Matrix is verified as of August 16, 2010. Identities of debt and equity holders are subject to change.

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the undersigned authorized officer of Trico Marine Services, Inc., declare under penalty of perjury that I have reviewed the foregoing Creditor Matrix of the Debtors and that it is true and correct to the best of my information and belief.

August 25, 2010
The Woodlands, Texas

_____
John Castellano
Authorized Officer

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRICO MARINE SERVICES, INC., | ) | Case No. 10-_____ |
| | ) | |
| Debtor. | ) | (Joint Administration Requested) |
| | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS
## PURSUANT TO BANKRUPTCY RULE 1007(a)(3)

In accordance with Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the following entities are holders of the Debtor's equity interests:

| Holder and Last Known Address | Shares Held | Kind of Interest |
|---|---|---|
| CEDE & CO<br>PO BOX 20<br>BOWLING GREEN STATION<br>NEW YORK, NY 10274 | 19286917 | Common |
| TRICO MARINE SERVICES INC<br>TREASURY ACCOUNT<br>10001 WOODLOCH FOREST DRIVE, SUITE 610<br>THE WOODLANDS, TX 77380 | 570207 | Common |
| RESTRICTED NOMINEE BOOK<br>BALANCE ACCOUNT FOR 8961REST<br>480 WASHINGTON BLVD<br>JERSEY CITY NJ 07310-2053 | 160201 | Common |
| PLAN RECONCILIATION BALANCE<br>BNY MELLON SHAREOWNER SERVICES<br>500 ROSS STREET - AIM 154-0490<br>PITTSBURGH PA 15219-2125 | 109683 | Common |
| CLARENCE MAYER<br>109 N POST OAK LANE<br>SUITE 300<br>HOUSTON TX 77024-7755 | 54443 | Common |

| Holder and Last Known Address | Shares Held | Kind of Interest |
|---|---|---|
| JOSEPH S COMPOFELICE<br>123 E BECKONVALE CIRCLE<br>WOODLANDS TX 77382-2656 | 50000 | Common |
| TREVOR M TURBIDY<br>C/O TRICO MARINE SERVICES INC<br>10001 WOODLOCH FOREST DRIVE, SUITE 610<br>THE WOODLANDS, TX 77380 | 18000 | Common |
| GEOFF JONES<br>C/O TRICO MARINE SERVICES INC<br>10001 WOODLOCH FOREST DRIVE, SUITE 610<br>THE WOODLANDS, TX 77380 | 7500 | Common |
| NICOLAS ANDERSON<br>C/O TRICO MARINE SERVICES INC<br>10001 WOODLOCH FOREST DRIVE, SUITE 610<br>THE WOODLANDS, TX 77380 | 4998 | Common |
| ANTHONY MAY<br>C/O TRICO MARINE SERVICES INC<br>10001 WOODLOCH FOREST DRIVE, SUITE 610<br>THE WOODLANDS, TX 77380 | 2700 | Common |
| KEN BOURGEOIS<br>C/O TRICO MARINE OPERATORS<br>10001 WOODLOCH FOREST DRIVE, SUITE 610<br>THE WOODLANDS, TX 77380 | 2500 | Common |
| ARTIE ANGERON<br>109 ANNA DRIVE<br>HOUMA LA 70360-7188 | 1800 | Common |
| CAROL PRITCHARD<br>354 INDIAN BAYOU<br>HOUSTON TX 77057 | 1742 | Common |
| RISHI VARMA<br>4144 CASON STREET<br>HOUSTON TX 77005-3559 | 1667 | Common |

| Holder and Last Known Address | Shares Held | Kind of Interest |
|---|---|---|
| OYVIND SAEVIK<br>C/O TRICO MARINE SERVICES INC<br>10001 WOODLOCH FOREST DRIVE, SUITE 610<br>THE WOODLANDS, TX 77380 | 1650 | Common |
| NICOLAS ANDERSON<br>TRICO MARINE SERVICES INC<br>10001 WOODLOCH FOREST DRIVE, SUITE 610<br>THE WOODLANDS, TX 77380 | 1600 | Common |
| TOMAS SALAZAR<br>11531 GALLANT RIDGE LANE<br>HOUSTON TX 77082-6836 | 1500 | Common |
| KAY-AGE FUGLEDAHL<br>C/O TRICO MARINE SERVICES INC<br>10001 WOODLOCH FOREST DRIVE, SUITE 610<br>THE WOODLANDS, TX 77380 | 1300 | Common |
| DONALD CAMERON<br>47 AIRYHALL AVENUE<br>ABERDEEN AB15 7QY<br>UNITED KINGDOM | 1000 | Common |
| ALISA CHARPENTIER<br>C/O TRICO MARINE OPERATORS<br>10001 WOODLOCH FOREST DRIVE, SUITE 610<br>THE WOODLANDS, TX 77380 | 1000 | Common |
| RAY HOOVER<br>161 WEST BREEZY WAY<br>UNIT 3B<br>THE WOODLANDS TX 77380-3393 | 1000 | Common |
| MIKE MCINTEER<br>C/O TRICO MARINE OPERATORS<br>10001 WOODLOCH FOREST DRIVE, SUITE 610<br>THE WOODLANDS, TX 77380 | 1000 | Common |
| GREG RODRIGUE<br>C/O TRICO MARINE OPERATORS<br>10001 WOODLOCH FOREST DRIVE, SUITE 610<br>THE WOODLANDS, TX 77380 | 1000 | Common |

| Holder and Last Known Address | Shares Held | Kind of Interest |
|---|---|---|
| WALT WEAVER<br>C/O TRICO MARINE OPERATORS<br>10001 WOODLOCH FOREST DRIVE, SUITE 610<br>THE WOODLANDS, TX 77380 | 1000 | Common |
| SCOTT WORTHINGTON<br>1201 BUENA VISTA BLVD<br>PANAMA CITY FL 32401-2023 | 800 | Common |
| CAROL EFFLER<br>20468 PERRILLOUX RD<br>LIVINGSTON LA 70754-3331 | 600 | Common |
| JACKIE TURK<br>10851 MONTFAIR BLVD<br>APT 2202<br>THE WOODLANDS TX 77382-2907 | 500 | Common |

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of Trico Marine Services, Inc., the debtor in this case (the "Debtor"), declare under penalty of perjury that I have read the foregoing list of equity security holders of the Debtor and that it is true and correct to the best of my information and belief.

August 25, 2010
The Woodlands, Texas

John Castellano
Authorized Officer

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:                 )    Chapter 11
                     )
TRICO MARINE SERVICES, INC.,     )    Case No. 10-_____
                     )
        Debtor.           )    (Joint Administration Requested)
                     )
                     )

## CORPORATE OWNERSHIP STATEMENT
## PURSUANT TO BANKRUPTCY RULES 1007(a)(1) AND 7007.1

In accordance with Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), the following entities own 10% or more of the Debtor's

equity interests:

| Institution Name and Address | Shares Held | % Held |
|---|---|---|
| Kistefos AS<br>Stranden 1<br>N-0250 Oslo<br>Norway | 3,535,959 | 18.10% |

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of Trico Marine Services, Inc., the debtor in this case (the "Debtor"), declare under penalty of perjury that I have read the foregoing corporate ownership statement of the Debtor and that it is true and correct to the best of my information and belief.

August 25, 2010
The Woodlands, Texas

_____
John Castellano
Authorized Officer