# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| TRICO MARINE SERVICES, INC. | ) | Case No. 10-12653 (BLS) |
| Debtor. | ) | |
| | | |
| In re: | ) | Chapter 11 |
| TRICO MARINE ASSETS, INC. | ) | Case No. 10-12648 (BLS) |
| Debtor. | ) | |
| | | |
| In re: | ) | Chapter 11 |
| TRICO MARINE OPERATORS, INC. | ) | Case No. 10-12649 (BLS) |
| Debtor. | ) | |
| | | |
| In re: | ) | Chapter 11 |
| TRICO MARINE INTERNATIONAL, INC. | ) | Case No. 10-12650 (BLS) |
| Debtor. | ) | |
| | | |
| In re: | ) | Chapter 11 |
| TRICO MARINE CAYMAN, L.P. | ) | Case No. 10-12651 (BLS) |
| Debtor. | ) | |

**ORDER GRANTING DEBTORS' MOTION
FOR JOINT ADMINISTRATION OF CASES**                                                                                          Page 1 of 4

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRICO HOLDCO, LLC | ) | Case No. 10-12652 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

## ORDER GRANTING DEBTORS' MOTION
## FOR JOINT ADMINISTRATION OF CASES

Upon consideration of the *Motion for Joint Administration of Cases* (the "Motion")[1] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"),[2] the Court finds that (a) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334(b), (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) the relief requested in the Motion is in the best interests of the Debtors and their respective estates, creditors, and equity security holders, (d) proper and adequate notice of the Motion and hearing thereon has been given and that no other or further notice is necessary, and (e) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion. Therefore, it is

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that the above-captioned Cases shall be jointly administered for procedural purposes only in accordance with Bankruptcy Rule 1015(b) under the case styled *In re Trico Marine Services, Inc.*, Case No. 10-12653 (BLS). It is further

---

[1] Capitalized terms used but not defined herein shall have the meaning given to them in the Motion.

[2] The Debtors are the following entities (followed by their tax identification numbers): Trico Marine Services, Inc. (XX-XXX2405); Trico Marine Assets, Inc. (XX-XXX2404); Trico Marine Operators, Inc. (XX-XXX6124); Trico Marine International, Inc. (XX-XXX3132); Trico Holdco, LLC (XX-XXX3870); Trico Marine Cayman, L.P. (XX-XXX5842). The mailing address for all of the Debtors for the purpose of these Cases is 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380.

**ORDERED** that the procedural consolidation shall be for administrative purposes only and shall not be a substantive consolidation of the respective estates. It is further

**ORDERED** that the Bankruptcy Clerk shall maintain one file for the Cases, except that all schedules of assets and liabilities and statements of financial affairs required by Bankruptcy Rule 1007 shall be captioned and filed in the dockets of each separate Case, as appropriate. It is further

**ORDERED** that the Bankruptcy Clerk (or claims and noticing agent if separately approved by this Court) shall maintain separate claim registers for each Case and all proofs of claim shall be filed in the Case in which such claims are asserted. It is further

**ORDERED** that the United States Trustee shall conduct joint informal meetings with the Debtors, if required, and a joint first meeting of creditors. It is further

**ORDERED** that the consolidated caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRICO MARINE SERVICES, INC., *et al.*,[1] | ) Case No. 10-12653 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |

\* \* \*

---

[1] The Debtors are the following entities (followed by their tax identification numbers): Trico Marine Services, Inc. (XX-XXX2405); Trico Marine Assets, Inc. (XX-XXX2404); Trico Marine Operators, Inc. (XX-XXX6124); Trico Marine International, Inc. (XX-XXX3132); Trico Holdco, LLC (XX-XXX3870); Trico Marine Cayman, L.P. (XX-XXX5842). The mailing address for all of the Debtors for the purpose of these Cases is 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380.

It is further

**ORDERED** that a docket entry shall be made in each of the Cases, other than the Case of Trico Marine Services, Inc., substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015–1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the Cases of Trico Marine Services, Inc.; Trico Marine Assets, Inc.; Trico Marine Operators, Inc.; Trico Marine International, Inc.; Trico Marine Cayman, L.P.; and Trico Holdco, LLC. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 10-12653 (BLS).

It is further

**ORDERED** that he Debtors are authorized to take all actions necessary to implement this Order. It is further

**ORDERED** that this Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: August 27, 2010
Wilmington, Delaware

_____
THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE