**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Trico Marine Services, Inc., *et al.* | : | Case No. 10-12653 (BLS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |
| ---------------------------------- | | |

 

       Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Wells Fargo Bank N.A.**, as Indenture Trustee, Attn: James R. Lewis, 45 Broadway, 12th Floor, New York, NY 10006, Phone: 212-515-5258, Fax: 866-524-4681

2. **Frank E. Williams, Jr.**, PO Box 4004, Merrifield, VA 22116, Phone: 703-641-4612, Fax: 703-641-9082

3. **Joseph S. Compofelice**, 18 Netherfield Way, The Woodlands, TX 77382, Phone: 713-992-9004, Fax: 832-553-3089

4. **Astoundry Inc.**, Attn: Kevin Hanratty, 2441 Bartlett Street, Houston, TX 77098, Phone: 713-520-6066, Fax: 713-583-9988

5. **Discovery Group, Inc.**, Attn: Rob Sanders, 702 Weyer Street, Gretna, LA 70053, Phone: 504-782-9234

 

ROBERTA A. DeANGELIS
United States Trustee, Region 3

    /s/ David L. Buchbinder   for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: September 8, 2010

Attorney assigned to this Case: David L. Buchbinder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Robert J. Dehney, Esquire, Phone: (302) 658-9200, Fax: (302) 658-3989