## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRICO MARINE SERVICES, INC., *et al.*,[1] | ) | Case No. 10-12653 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

NOTICE OF **AMENDED** AGENDA OF MATTERS SCHEDULED FOR
HEARING ON **SEPTEMBER 22, 2010** AT **9:00 A.M. (EASTERN TIME)**[2]

**PLEASE NOTE THAT THE HEARING DATE AND TIME HAS BEEN CHANGED FROM SEPTEMBER 21, 2010 AT 1:00 P.M. TO SEPTEMBER 22, 2010 AT 9:00 A.M.**

UNCONTESTED MATTERS WITH CNO:

1. Debtors' Motion To (A) Authorize Debtors To Pay Adequate Assurance Payments To Utilities And (B) Prohibit Utilities From Altering, Refusing, Or Discontinuing Services (D.I. 6, Filed 8/25/2010).

   Related Pleadings:

   a) Interim Order (A) Authorizing Debtors To Pay Adequate Assurance Payments To Utilities And (B) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Services (D.I. 49, Entered 8/27/10);

   b) Certification Of No Objection Regarding Docket No. 6 (D.I. 152, Filed 9/17/10); and

   c) Proposed Form Of Order.

   Objection Deadline: September 14, 2010 at 4:00 p.m. (ET).

   Responses Received: None at this time.

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. ("TMS") (2405); Trico Marine Assets, Inc. ("TMA") (5404); Trico Marine Operators, Inc. ("TMO") (6124); Trico Marine International, Inc. ("TMI") (3132); Trico Holdco, LLC ("Holdco") (3870); Trico Marine Cayman, L.P. ("Cayman") (5842). The mailing address for all of the Debtors for the purpose of these Cases is 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

Status: No objections have been received and a Certificate of No Objection has been filed with the Court.

2.     Debtors' Motion Seeking Extension Of Time To File Schedules Of Assets And Liabilities, Current Income And Expenditures, Executory Contracts And Unexpired Leases And Statements Of Financial Affairs (D.I. 16, Filed 8/25/10).

       Related Pleadings:

       a)     Certification Of No Objection Regarding Docket No. 16 (D.I. 151, Filed 9/17/10); and

       b)     Proposed Form Of Order.

       Objection Deadline: September 14, 2010 at 4:00 p.m. (ET).

       Responses Received: None at this time.

       Status: No objections have been received and a Certificate of No Objection has been filed with the Court.

3.     Debtors' Motion For Authorization To Retain And Employ Professionals Utilized In The Ordinary Course Of Business (D.I. 18, Filed 8/25/10).

       Related Pleadings:

       a)     Certification Of No Objection Regarding Docket No. 18 (D.I. 149, Filed 9/17/10); and

       b)     Proposed Form Of Order.

       Objection Deadline: September 14, 2010 at 4:00 p.m. (ET).

       Responses Received: None at this time.

       Status: No objections have been received and a Certificate of No Objection has been filed with the Court.

4.     Debtors' Motion To Establish Procedure For Monthly And Interim Compensation And Reimbursement Of Expenses For Case Professionals (D.I. 19, Filed 8/25/10).

       Related Pleadings:

       a)     Certification Of No Objection Regarding Docket No. 19 (D.I. 150, Filed 9/17/10)

       Objection Deadline: September 14, 2010 at 4:00 p.m. (ET).

Responses Received: None at this time.

Status: The Debtors will present a revised form of order at the hearing.

5. Debtors' Motion For Authority To Reject Nonresidential Real Property Lease (D.I. 20, Filed 8/25/10).

   Related Pleadings:

   a) Certification Of No Objection Regarding Docket No. 20 (D.I. 148, Filed 9/17/10); and

   b) Proposed Form Of Order.

   Objection Deadline: September 14, 2010 at 4:00 p.m. (ET).

   Responses Received: None at this time.

   Status: No objections have been received and a Certificate of No Objection has been filed with the Court.

UNCONTESTED MATTERS GOING FORWARD:

6. Debtors' Motion To Establish Notification Procedures And Approve Restrictions On Certain Transfers of Interests In The Debtors' Estates (D.I. 12, Filed 8/25/2010).

   Related Pleadings:

   a. Interim Order Granting Motion To Establish Notification Procedures And Approve Restrictions On Certain Transfers Of Interests In The Debtors' Estates (D.I. 55, Entered 8/27/10).

   Objection Deadline: September 14, 2010 at 4:00 p.m. (ET).

   Responses Received: Informal comments from the U.S. Trustee were received. Informal comments from Holders of Certain 8.125% Secured Notes were received.

   Status: Debtors are withdrawing without prejudice the Motion with regards to the request for claims trading procedures. This Motion is going forward on a final basis as it relates to the equity trading procedures.

7. Debtors' Motion To Establish Procedure For Bankruptcy Rule 2015.3 Compliance (D.I. 17, Filed 8/25/10).

   Objection Deadline: September 14, 2010 at 4:00 p.m. (ET). Debtors have extended the objection deadline for the U.S. Trustee until September 16, 2010 at 4:00 p.m. (EST).

   Responses Received: Informal comments from the U.S. Trustee were received.

Status: The Debtors will present a revised form of order at the Hearing that resolves the comments raised by the U.S. Trustee.

CONTESTED MATTERS GOING FORWARD:

8. Debtors' Motion For Entry Of Interim And Final Orders Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) And 507(a), Fed. R. Bankr. P. 2002, 4001 And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Refinance Certain Prepetition Secured Indebtedness And (C) To Use Cash Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Granting Related Relief (D.I. 13, Filed 8/25/2010).

    Related Pleadings:

    a. Declaration Of Stephen Sieh In Support Of DIP Financing Motion (D.I. 14, Filed 8/25/10);

    b. Declaration Of John R. Castellano In Support Of DIP Financing Motion (D.I. 15, Filed 8/25/10);

    c. Amended Interim Order Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) And 507(a), Fed. R. Bankr. P. 2002, 4001 And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Use Cash Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Scheduling A Final Hearing Pursuant To Bankruptcy Rules 4001(b) and (c) (D.I. 95, Entered 9/7/10).

    Objection Deadline: September 14, 2010 at 4:00 p.m. (ET). The Debtors have extended the objection deadline for MARAD until September 17, 2010 at 4:00 p.m. (ET) and for the Committee until September 17, 2010.

    Responses Received:

    a. Statement of Certain Second Lien Noteholders Regarding Debtors' Motion for Authority to Obtain DIP Financing and Request for Additional Liens Pursuant to Intercreditor Agreement (D.I. 132, Filed 9/14/10);

    b. Joinder of U.S. Bank National Association, As Trustee, To The Statement of Certain Second Lien Noteholders Regarding Debtors' Motion for Authority to Obtain DIP Financing and Request for Additional Liens Pursuant to Intercreditor Agreement (D.I. 134, Filed 9/14/10);

c. Limited Objection Of General Electric Capital Corporation To Debtors' Motion For Entry Of Interim And Final Orders Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) And 507(a), Fed. R. Bankr. P. 2002, 4001 And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Refinance Certain Prepetition Secured Indebtedness And (C) To Use Cash Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Granting Related Relief (D.I. 135, Filed 9/14/10);

d. Official Committee Of Unsecured Creditors' Objection To Debtors' Motion For Authority To Obtain DIP Financing, Refinance Prepetition Debt, Use Cash Collateral, Grant Adequate Protection And For Related Relief (D.I. 145, Filed 9/17/10); and

e. Debtors' Motion For Leave To File An Omnibus Reply To The Objections To Debtors' Motion For Entry Of Interim And Final Orders Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) And 507(a), Fed. R. Bankr. P. 2002, 4001 And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Refinance Certain Prepetition Secured Indebtedness And (C) To Use Cash Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Granting Related Relief (D.I. 170, Filed 9/20/10).

f. Notice Of Filing Of Corrected Exhibit B To Debtors' Omnibus Reply In Support Of Their Motion For Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) and 507(a), Fed. R. Bankr. P. 2002, 4001, and 9014 and Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Refinance Certain Prepetition Secured Indebtedness and (C) To Use Cash Collateral; (II) Granting Liens and Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection to Prepetition Secured Parties; (IV) Modifying Automatic Stay; and (V) Granting Related Relief (D.I. 171, Filed 9/20/10).

Status: This matter is going forward.

Dated: September 21, 2010
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew R. Remming*
Robert J. Dehney (No. 3578)
Gregory T. Donilon (No. 4244)
Andrew R. Remming (No. 5120)
L. John Bird (No. 5310)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302.658.9200
Fax: 302.658.3989

-and-

Harry A. Perrin (*pro hac vice* pending)
VINSON & ELKINS LLP
First City Tower
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Tel: 713.758.2222
Fax: 713.758.2346
hperrin@velaw.com

-and-

John E. Mitchell (admitted *pro hac vice*)
Angela B. Degeyter (admitted *pro hac vice*)
John P. Napier (admitted *pro hac vice*)
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.999.7787
jmitchell@velaw.com
adegeyter@velaw.com
jnapier@velaw.com

*Proposed Attorneys for the Debtors and Debtors-in-Possession*

3760460.9