# SIGN-IN SHEET

**CASE NAME:** TRICO MARINE SERVICE
**CASE NO.:** 10-12653

**COURTROOM NO.:** 1 / JUDGE SHANNON
**DATE: SEPTEMBER 22, 2010**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kurt Mayr / Gregory Nye | Bracewell & Giuliani LLP | Certain Second Lien Lenders |
| David Rosner / Richard Castiello | Kasowitz Benson Torres | Creditors Committee |
| David L. Buchbinder | USTPL / DOS | UST |
| Michael R. Nestor | YCST | Reorgabzes |
| Robert Klyman | Latham & Watkins | " |
| Jeffrey Schler | Fox Rothschild | Nordes |
| John Mitchell | Vinson + Elkins | Debtors |
| Angela Daggerter | " | " |
| Kam Mumtaz | Lando Rath + Cobb | Certain Second Lien Lenders |
| Rob Dehny | MNAT | Debtors |
| Andrew Remmy | Patton MMAT | Debtors |
| Lesa Bensdl | McCusker + English | GECC |
| Kate Buck | McCusker + English | GECC |
| Robert Malad | Dorsey & Whitney | U.S. Bank as Trustee |
| Laura Davis Jones | Pachulski Stang Ziehl | Trad Creditors Committee |

Court Conference

Calendar Date: 09/22/2010
Calendar Time: 09:00 AM ET

U.S. Bankruptcy Court-Delaware
Confirmed Telephonic Appearance Schedule
Honorable Brendan L. Shannon
#1

Amended Calendar 09/22/2010 05:40 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3753950 | Liana Buonanno | (302) 351-9158 | Evercore Partners | Debtor, Trico Marine Services, Inc. / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3754697 | Jeff Cate | (214) 347-4186 | Hayman Advisors, LP | Interested Party, Jeff Cate / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3755569 | Robert Chambers | (818) 456-5212 | Akanthos Capital Management | Interested Party, Akanthos Capital Management / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3756621 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, DK Partners / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3753953 | Josh Gale | (212) 692-5107 | Miller Taback Securities | Interested Party, Miller Taback Securities / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3758065 | Eric Geller | 212-723-1489 | CitiGroup | Creditor, CitiGroup / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3753764 | Scott Greissman | (212) 819-8567 | White & Case LLP | Interested Party, Nordea Bank Finland PLC New York Branch / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3752607 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3732198 | David Holmes | (207) 831-0239 | Citi Alternative Investments | Creditor, Citi Alternative Investments / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3728076 | Eric Hsiao | 415-293-4372 | Silverlake | Interested Party, Silverlake / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3745974 | Tibita P. Kaneene | (212) 500-1383 | DebtWire | Interested Party, Tibita P. Kaneene / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3753782 | Tom Koch | (512) 306-5274 | Tejas Securities | Interested Party, Tejas Securities / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3753936 | Oksana Lashko | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Creditor, Caspian Capital / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3759191 | Umesh Mahajan | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3753982 | Kurt A. Mayr | (860) 256-8534 | Bracewell & Giuliani - Conneticut | Interested Party, Certain Secured Note Holders / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3758076 | Brendan McCaffrey | (212) 816-7495 | CitiGroup | Creditor, Citigroup / LIVE |

| | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3753983 | Soham Naik | (212) 508-6171 | Bracewell & Giuliani - New York | Creditor, Holders of Certain 8.125 % and Secured Notes / LIVE |
| | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3753932 | Andrew N. Rosenberg | 212-373-3158 | Paul Weiss Rifkind Wharton & | Creditor, Caspian Capital / LIVE |
| | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3752435 | Seth Shapiro | (202) 514-7164 | U.S. Department of Justice - Civil | Creditor, United States Department of Transporation (Maritime) / LIVE |
| | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3755369 | Kevin Starke | (203) 569-6421 | CRT Capital Group, LLC | Interested Party, CRT Captial / LIVE |
| | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3753800 | Brad J. Sweeney | (212) 412-6890 | Barclays Capital | Interested Party, Barclays Capital / LISTEN ONLY |
| | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3746836 | David Tiomkin | (301) 332-0004 | Aurelius Capital Management | Interested Party, David Tiomkin / LISTEN ONLY |
| | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3755615 | Yang Xu | (212) 273-7284 | Gleacher & Company | Financial Advisor, Yang Yangxu / LISTEN ONLY |