# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRICO MARINE SERVICES, INC., *et al.*,[1] | ) Case No. 10-12653 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 30, 2010 AT 12:30 P.M. (EASTERN TIME)[2]

MATTER GOING FORWARD:

1. Debtors' Motion To Approve The Sale Of Assets Free And Clear Of Liens, Claims, And Encumbrances (D.I. 159, Filed 9/17/2010).

    Related Pleadings: None.

    Objection Deadline: September 29, 2010 at 12:00 p.m. (ET).

    Responses Received: None at this time.

    Status: This matter is going forward.

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. ("TMS") (2405); Trico Marine Assets, Inc. ("TMA") (5404); Trico Marine Operators, Inc. ("TMO") (6124); Trico Marine International, Inc. ("TMI") (3132); Trico Holdco, LLC ("Holdco") (3870); Trico Marine Cayman, L.P. ("Cayman") (5842). The mailing address for all of the Debtors for the purpose of these Cases is 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

| | |
|---|---|
| Dated: September 28, 2010<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ L. John Bird*<br>Robert J. Dehney (No. 3578)<br>Gregory T. Donilon (No. 4244)<br>Andrew R. Remming (No. 5120)<br>L. John Bird (No. 5310)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Tel: 302.658.9200<br>Fax: 302.658.3989<br><br>-and-<br><br>Harry A. Perrin (admission *pro hac vice* pending)<br>VINSON & ELKINS LLP<br>First City Tower<br>1001 Fannin Street, Suite 2500<br>Houston, TX 77002-6760<br>Tel: 713.758.2222<br>Fax: 713.758.2346<br>hperrin@velaw.com<br><br>-and-<br><br>John E. Mitchell (admitted *pro hac vice*)<br>Angela B. Degeyter (admitted *pro hac vice*)<br>John P. Napier (admitted *pro hac vice*)<br>VINSON & ELKINS LLP<br>Trammell Crow Center<br>2001 Ross Avenue, Suite 3700<br>Dallas, Texas 75201<br>Tel: 214.220.7700<br>Fax: 214.999.7787<br>jmitchell@velaw.com<br>adegeyter@velaw.com<br>jnapier@velaw.com<br><br>*Proposed Attorneys for the Debtors and Debtors-in-Possession* |

3787423.1