**EXHIBIT B**



October 1, 2010

Mr. Rick Bachmann
Trico Subsea Holding AS
Via Fax: 281-203-5701

       Re: M/V TRICO SABRE and M/V TRICO STAR,
          Foreign Flag Subsea IMR, Survey and
          ROV Support Vessels

Dear Mr. Bachmann:

  Tidewater Inc., in its own name or via one (1) or more of its wholly-owned subsidiaries as guaranteed nominees ("Buyers"), hereby offers to purchase the captioned vessels ("Vessels") on an en bloc basis, with a clean warranty of title, free and clear of all liens and encumbrances, in "as is" condition, but fully classed, without any outstanding conditions or recommendations, and subject to a satisfactory inspection of the underwater portions prior to closing, for a purchase price of Fifty Million Dollars ($50,000,000) ("Purchase Price"), to be allocated between the two (2) Vessels at Twenty-Five Million Dollars ($25,000,000) ("Allocated Purchase Price") each.

  This offer shall remain open and valid until Buyers' close of business on 7 October 2010 and is subject to the parties, on before our close of business on 21 October 2010, being able to negotiate and enter into a mutually-agreed written Memorandum of Agreement ("MOA") for each of the Vessels on the Norwegian "SALEFORM 1993" incorporating the foregoing elements of this offer and the following:

(1) Closing Date – Between 1 November 2010 and 15 November 2010.
(2) Cancelling Date – 30 November 2010.
(3) Assignment of all unexpired builder's and equipment manufacturers' warranties to the Buyers.
(4) Deposit – Five (5%) percent of the Allocated Purchase Price of each Vessel, provided the Sellers can provide adequate security therefor to the Buyers. Otherwise there shall be no deposit.
(5) Delivery Place – Mutually-agreed port/place.
(6) Securitization of the warranty of title to Buyers' reasonable satisfaction by way of one or more of the following measures: title insurance, bonding, percentage of Purchase Price hold-back, guarantee by suitable party (such as ultimate parent company, principal shareholder/equity owner, or third party), or similar securitization.

TIDEWATER INC.
Pan-American Life Center
601 Poydras Street, Suite 1900
New Orleans, Louisiana 70130-6040
Telephone: (504) 568-1010

Mr. Rick Bachmann
October 1, 2010
Page 2

    This offer is made concurrent with a parallel offer by the undersigned offeror to an affiliate of the addressee of this offer; and acceptance of this offer requires acceptance of the related offer and vice versa, as the two (2) offers constitute a single en bloc offer. Similarly, rejection of this offer shall constitute a rejection of the related offer, as the two (2) offers are not independent and must be accepted or rejected together.

    Thank you for your kind attention to this matter. We look forward to hearing back from you in short order.

                                    Very truly yours,

                                    TIDEWATER INC.

                                    Dean E. Taylor
                                    Chairman, President and
                                    Chief Executive Officer

DET:MQ:sv

cc:    Jeff Platt
       Steve Dick
       Quinn Fanning
       Bruce Lundstrom
       Marty Quist