# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRICO MARINE SERVICES, INC., *et al.*,[1] | ) | Case No. 10-12653 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON OCTOBER 20, 2010 AT 1:30 P.M. (EASTERN TIME)[2]

CONTESTED MATTERS GOING FORWARD

1. Debtors' Motion For Entry Of Interim And Final Orders Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) And 507(a), Fed. R. Bankr. P. 2002, 4001 And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Refinance Certain Prepetition Secured Indebtedness And (C) To Use Cash Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Granting Related Relief (D.I. 13, Filed 8/25/2010).

    Related Pleadings:

    a. Declaration Of Stephen Sieh In Support Of DIP Financing Motion (D.I. 14, Filed 8/25/10);

    b. Declaration Of John R. Castellano In Support Of DIP Financing Motion (D.I. 15, Filed 8/25/10);

    c. Amended Interim Order Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) And 507(a), Fed. R. Bankr. P. 2002, 4001 And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Use Cash

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. ("TMS") (2405); Trico Marine Assets, Inc. ("TMA") (5404); Trico Marine Operators, Inc. ("TMO") (6124); Trico Marine International, Inc. ("TMI") (3132); Trico Holdco, LLC ("Holdco") (3870); Trico Marine Cayman, L.P. ("Cayman") (5842). The mailing address for all of the Debtors for the purpose of these Cases is 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Scheduling A Final Hearing Pursuant To Bankruptcy Rules 4001(b) and (c) (D.I. 95, Entered 9/7/10);

d. Emergency Order Amending The Amended Interim Order Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) And 507(a), Fed. R. Bankr. P. 2002, 4001 And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Use Cash Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Scheduling A Final Hearing Pursuant To Bankruptcy Rules 4001(b) and (c) (D.I. 196, Entered 9/24/10); and

e. Emergency Order Amending The Amended Interim Order Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) And 507(a), Fed. R. Bankr. P. 2002, 4001 And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Use Cash Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Scheduling A Final Hearing Pursuant To Bankruptcy Rules 4001(b) and (c) (D.I. 223, Entered 10/1/10).

Objection Deadline: September 14, 2010 at 4:00 p.m. (ET). The Debtors have extended the objection deadline for MARAD until September 17, 2010 at 4:00 p.m. (ET) and for the Committee until September 17, 2010.

Responses Received:

a. Statement of Certain Second Lien Noteholders Regarding Debtors' Motion for Authority to Obtain DIP Financing and Request for Additional Liens Pursuant to Intercreditor Agreement (D.I. 132, Filed 9/14/10);

b. Joinder of U.S. Bank National Association, As Trustee, To The Statement of Certain Second Lien Noteholders Regarding Debtors' Motion for Authority to Obtain DIP Financing and Request for Additional Liens Pursuant to Intercreditor Agreement (D.I. 134, Filed 9/14/10);

c. Limited Objection Of General Electric Capital Corporation To Debtors' Motion For Entry Of Interim And Final Orders Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) And 507(a), Fed. R. Bankr. P. 2002, 4001 And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Refinance Certain Prepetition Secured Indebtedness And (C) To Use Cash Collateral (II) Granting Liens And

Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Granting Related Relief (D.I. 135, Filed 9/14/10);

d. Official Committee Of Unsecured Creditors' Objection To Debtors' Motion For Authority To Obtain DIP Financing, Refinance Prepetition Debt, Use Cash Collateral, Grant Adequate Protection And For Related Relief (D.I. 145, Filed 9/17/10); and

e. Debtors' Motion For Leave To File An Omnibus Reply To The Objections To Debtors' Motion For Entry Of Interim And Final Orders Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) And 507(a), Fed. R. Bankr. P. 2002, 4001 And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Refinance Certain Prepetition Secured Indebtedness And (C) To Use Cash Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Granting Related Relief (D.I. 170, Filed 9/20/10).

f. Notice Of Filing Of Corrected Exhibit B To Debtors' Omnibus Reply In Support Of Their Motion For Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) and 507(a), Fed. R. Bankr. P. 2002, 4001, and 9014 and Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Refinance Certain Prepetition Secured Indebtedness and (C) To Use Cash Collateral; (II) Granting Liens and Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection to Prepetition Secured Parties; (IV) Modifying Automatic Stay; and (V) Granting Related Relief (D.I. 171, Filed 9/20/10).

Status: This matter is going forward.

2. Debtors' Application To Employ Postlethwaite & Netterville As Accountants For Trico Marine Services, Inc. (D.I. 208, Filed 9/24/10).

Objection Deadline: October 13, 2010 at 4:00 p.m. (ET).

Responses Received:

a) Informal comments from the United States Trustee; and

b) Official Committee Of Unsecured Creditors' Preliminary Objection To Debtors' Applications To Employ Postlethwaite & Netterville,

PricewaterhouseCoopers LLP And Ernst & Young LLP (D.I. 297, Filed 10/15/10).

Status: This matter is going forward.

3. Debtors' Application Pursuant To 11 U.S.C. §327(a), Bankruptcy Rule 2014 And Local Rule 2014-1 For Authority To Employ And Retain Ernst & Young LLP As Tax Advisors For The Debtors Nunc Pro Tunc To August 25, 2010 (D.I. 209, Filed 9/24/10).

Objection Deadline: October 13, 2010 at 4:00 p.m. (ET).

Responses Received:

a) Informal comments from the United States Trustee; and

b) Official Committee Of Unsecured Creditors' Preliminary Objection To Debtors' Applications To Employ Postlethwaite & Netterville, PricewaterhouseCoopers LLP And Ernst & Young LLP (D.I. 297, Filed 10/15/10).

Status: This matter is going forward.

4. Debtors' Application For An Order Authorizing The Debtors To Employ And Retain PricewaterhouseCoopers LLP As Independent Auditors And Tax Advisors Nunc Pro Tunc To The Petition Date (D.I. 210, Filed 9/24/10).

Objection Deadline: October 13, 2010 at 4:00 p.m. (ET).

Responses Received:

a) Informal comments from the United States Trustee; and

b) Official Committee Of Unsecured Creditors' Preliminary Objection To Debtors' Applications To Employ Postlethwaite & Netterville, PricewaterhouseCoopers LLP And Ernst & Young LLP (D.I. 297, Filed 10/15/10).

Status: This matter is going forward.

Dated: October 18, 2010
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew R. Remming*
Robert J. Dehney (No. 3578)
Gregory T. Donilon (No. 4244)
Andrew R. Remming (No. 5120)
L. John Bird (No. 5310)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302.658.9200
Fax: 302.658.3989

-and-

Harry A. Perrin
VINSON & ELKINS LLP
First City Tower
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Tel: 713.758.2222
Fax: 713.758.2346
hperrin@velaw.com

-and-

John E. Mitchell (admitted *pro hac vice*)
Angela B. Degeyter (admitted *pro hac vice*)
John P. Napier (admitted *pro hac vice*)
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.999.7787
jmitchell@velaw.com
adegeyter@velaw.com
jnapier@velaw.com

*Attorneys for the Debtors and Debtors-in-Possession*

3825175.1

-5-