# SIGN-IN SHEET

**CASE NAME:** TRICO MARINE SERVICES  
**CASE NO.:** 10-12653  

**COURTROOM NO.:** 1 / JUDGE SHANNON  
**DATE:** OCTOBER 20, 2010  

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert Dehney | Morris Nichols Arsht Tunnell | Debtor |
| Andrew Remming | " | " |
| Eric Scherling | Fox Rothschild | |
| Robert Mallard | Dorsey & Whitney LLP | U.S. Bank |
| John Mumford | Lands Kath+Cory | Norden Bank |
| Lee Kaufman | Richards Layton + Finger | Corbeau 8% Note Holders |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Ope # 11 3/8 % Noteholders |
| Michael R. Nestor | YCST | Creditors Committee |
| | | Tennenbaum |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon

Calendar Date: **10/20/2010**

Calendar Time: **01:30 PM ET**

#1

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By Telephone | Firm Name | Representing |
|--------|--------|-----------|--------|------------|-------------------|-------------------------|-----------|-------------|
| | | Trico Marine Services, Inc., et al. | 1012653 | Hearing | 3808651 | Jonathan Levine | (212) 850-2816 Andrews Kurth | Interested Party, Andrews Kurth / LIVE |
| | | Trico Marine Services, Inc., et al. | 1012653 | Hearing | 3808659 | Abhishek Mathur | (212) 850-2822 Andrew & Kurth LLP- New York | Interested Party, Andrew & Kurth / LIVE |
| | | Trico Marine Services, Inc., et al. | 1012653 | Hearing | 3808653 | Robin Russell | 713-220-4086 Andrews Kurth | Interested Party, Andrews Kurth / LIVE |
| | | Trico Marine Services, Inc., et al. | 1012653 | Hearing | 3808648 | Paul Silverstein | (212) 850-2819 Andrews Kurth | Interested Party, Andrews Kurth / LIVE |
| | | Trico Marine Services, Inc., et al. | 1012653 | Hearing | 3814320 | Steven Abramowitz | 212-237-0137 Vinson & Elkins LLP | Debtor, Trico Marine Services / LIVE |
| | | Trico Marine Services, Inc., et al. | 1012653 | Hearing | 3814278 | Lisa Bonsall | (973) 622-4444 McCarter & English | Creditor, General Electric Capital Corporation / LIVE |
| | | Trico Marine Services, Inc., et al. | 1012653 | Hearing | 3809076 | Justin Brass | (203) 708-5847 Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 1012653 | Hearing | 3814359 | Peg Brickley | (215) 462-0953 Dow Jones & Co. | Interested Party, Dow Jones / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 1012653 | Hearing | 3814266 | Charles Buck | (212) 250-2578 Deutsche Bank | Interested Party, Deutsche Bank / LIVE |
| | | Trico Marine Services, Inc., et al. | 1012653 | Hearing | 3814452 | Liana Buonanno | (302) 351-9158 Evercore Partners | Debtor, Trico Marine Services, Inc. / LIVE |
| | | Trico Marine Services, Inc., et al. | 1012653 | Hearing | 3814273 | Richard F. Casher | (212) 506-1732 Kasowitz Benson Torres & Friedman | Creditor, Official Committee Of Creditors / LIVE |
| | | Trico Marine Services, Inc., et al. | 1012653 | Hearing | 3814228 | Jeff Cate | (214) 347-4186 Hayman Advisors, LP | Interested Party, Jeff Cate / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 1012653 | Hearing | 3812975 | Robert Chambers | (818) 456-5212 Akanthos Capital Management | Interested Party, Akanthos Capital Management / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 1012653 | Hearing | 3814327 | Joseph Chang | (212) 273-7742 Gleacher & Company | Interested Party, Gleacher & Company / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 1012653 | Hearing | 3812858 | Michael Chung | (212) 584-1160 Arrowgrass | Interested Party, Arrowgrass / LIVE |
| | | Trico Marine Services, Inc., et al. | 1012653 | Hearing | 3806366 | Tarik Dalton | (212) 538-0519 Credit Suisse | Interested Party, Tarik Dalton / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 1012653 | Hearing | 3809854 | Ephraim Diamond | (646) 282-5841 DK Partners | Creditor, DK Partners / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3811889 | Arif Gangat | (212) 372-8938 | Arrowgrass Capital Services UK | Creditor, Arrowgrass Capital Services / LISTEN ONLY |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3814227 | Eric Geller | 212-723-1489 | CitiGroup | Creditor, CitiGroup / LISTEN ONLY |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3814275 | Andrew Glenn | (212) 506-1747 | Kasowitz Benson Torres & Friedman | Creditor, Creditors Committee / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3809955 | Scott Greissman | (212) 819-8567 | White & Case LLP | Interested Party, Nordea Bank Finland PLC New York Branch / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3811972 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, Deutsche Bank National Trust Company / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3808660 | David Holmes | (207) 831-0239 | Citi Alternative Investments | Creditor, Citi Alternative Investments / LISTEN ONLY |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3811524 | Carras Holmstead | 203-719-1425 | UBS Securities LLC | Interested Party, UBS Securities LLC / LISTEN ONLY |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3814287 | Eric E. Johnson | (415) 293-4377 | Silverlake | Interested Party, Silverlake / LISTEN ONLY |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3809745 | Tibita P. Kaneene | (212) 500-1383 | DebtWire | Interested Party, Tibita P. Kaneene / LISTEN ONLY |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3809630 | Robert Klyman | (213) 485-1234 | Latham & Watkins LLP | Creditor, Tennenbaum / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3811477 | Oksana Lashko | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Creditor, Caspian Capital / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3811746 | Umesh Mahajan | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3810177 | Kurt A. Mayr | (860) 256-8534 | Bracewell & Giuliani - Connecticut | Interested Party, Certain Secured Note Holders / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3814311 | John E. Mitchell | 214-220-7766 | Vinson & Elkins, LLP | Debtor, Trico Marine Services / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3810175 | Soham Naik | (212) 508-6171 | Bracewell & Giuliani - New York | Creditor, Holders of Certain 8.125 % and Secured Notes / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3812835 | Swati Patel | 44-203-100-10 68 | Arrowgrass Capital Services UK Patel / 68 | Interested Party, Swati Patel / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3787738 | Michael J. Riela | (212) 906-1373 | Latham & Watkins | Moving Party, Ernst & Young / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3812474 | Andrew N. Rosenberg | 212-373-3158 | Paul Weiss Rifkind Wharton & | Creditor, Caspian Capital / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3814270 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Creditor, Official Committee Of Creditors / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3808937 | Seth Shapiro | (202) 514-7164 | U.S. Department of Justice - Civil | Creditor, United States Department of Transportation (Maritime) / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3811740 | Brad Sweeney | (212) 412-7689 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3814223 | David B. Thompson | (212) 688-7526 | Gruss & Company, LLC | Creditor, Gruss & Company, LLC / LISTEN ONLY |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3811591 | David Tiomkin | (301) 332-0004 | Aurelius Capital Management | Interested Party, David Tiomkin / LISTEN ONLY |