**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRICO MARINE SERVICES, INC., *et al.*,[1] | ) Case No. 10-12653 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON OCTOBER 25, 2010 AT 9:00 A.M. (EASTERN TIME)[2]**

<u>CONTESTED MATTERS GOING FORWARD</u>

1.      Debtors' Motion For Entry Of Interim And Final Orders Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) And 507(a), Fed. R. Bankr. P. 2002, 4001 And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Refinance Certain Prepetition Secured Indebtedness And (C) To Use Cash Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Granting Related Relief (D.I. 13, Filed 8/25/2010).

    <u>Related Pleadings</u>:

       a.      Declaration Of Stephen Sieh In Support Of DIP Financing Motion (D.I. 14, Filed 8/25/10);

       b.      Declaration Of John R. Castellano In Support Of DIP Financing Motion (D.I. 15, Filed 8/25/10);

       c.      Amended Interim Order Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) And 507(a), Fed. R. Bankr. P. 2002, 4001 And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Use Cash

---

[1]    The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. ("<u>TMS</u>") (2405); Trico Marine Assets, Inc. ("<u>TMA</u>") (5404); Trico Marine Operators, Inc. ("<u>TMO</u>") (6124); Trico Marine International, Inc. ("<u>TMI</u>") (3132); Trico Holdco, LLC ("<u>Holdco</u>") (3870); Trico Marine Cayman, L.P. ("<u>Cayman</u>") (5842). The mailing address for all of the Debtors for the purpose of these Cases is 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380.

[3]    The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Scheduling A Final Hearing Pursuant To Bankruptcy Rules 4001(b) and (c) (D.I. 95, Entered 9/7/10);

d.     Emergency Order Amending The Amended Interim Order Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) And 507(a), Fed. R. Bankr. P. 2002, 4001 And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Use Cash Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Scheduling A Final Hearing Pursuant To Bankruptcy Rules 4001(b) and (c) (D.I. 196, Entered 9/24/10);

e.     Emergency Order Amending The Amended Interim Order Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) And 507(a), Fed. R. Bankr. P. 2002, 4001 And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Use Cash Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Scheduling A Final Hearing Pursuant To Bankruptcy Rules 4001(b) and (c) (D.I. 223, Entered 10/1/10); and

f.     Notice Of Filing Of Substantially Final Form Of Proposed Final Order Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) And 507(a), Fed. R. Bankr. P. 2002, 4001 And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Use Cash Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Scheduling A Final Hearing Pursuant To Bankruptcy Rules 4001(b) and (c) (D.I. 328, Filed 10/21/10).

<u>Objection Deadline</u>:  September 14, 2010 at 4:00 p.m. (ET).  The Debtors have extended the objection deadline for MARAD until September 17, 2010 at 4:00 p.m. (ET) and for the Committee until September 17, 2010.

<u>Responses Received</u>:

a.     Statement of Certain Second Lien Noteholders Regarding Debtors' Motion for Authority to Obtain DIP Financing and Request for Additional Liens Pursuant to Intercreditor Agreement (D.I. 132, Filed 9/14/10);

b.     Joinder of U.S. Bank National Association, As Trustee, To The Statement of Certain Second Lien Noteholders Regarding Debtors' Motion for

Authority to Obtain DIP Financing and Request for Additional Liens Pursuant to Intercreditor Agreement (D.I. 134, Filed 9/14/10);

c.      Limited Objection Of General Electric Capital Corporation To Debtors' Motion For Entry Of Interim And Final Orders Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) And 507(a), Fed. R. Bankr. P. 2002, 4001 And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Refinance Certain Prepetition Secured Indebtedness And (C) To Use Cash Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Granting Related Relief (D.I. 135, Filed 9/14/10);

d.      Official Committee Of Unsecured Creditors' Objection To Debtors' Motion For Authority To Obtain DIP Financing, Refinance Prepetition Debt, Use Cash Collateral, Grant Adequate Protection And For Related Relief (D.I. 145, Filed 9/17/10); and

e.      Debtors' Motion For Leave To File An Omnibus Reply To The Objections To Debtors' Motion For Entry Of Interim And Final Orders Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) And 507(a), Fed. R. Bankr. P. 2002, 4001 And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Refinance Certain Prepetition Secured Indebtedness And (C) To Use Cash Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Granting Related Relief (D.I. 170, Filed 9/20/10).

f.      Notice Of Filing Of Corrected Exhibit B To Debtors' Omnibus Reply In Support Of Their Motion For Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) and 507(a), Fed. R. Bankr. P. 2002, 4001, and 9014 and Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Refinance Certain Prepetition Secured Indebtedness and (C) To Use Cash Collateral; (II) Granting Liens and Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection to Prepetition Secured Parties; (IV) Modifying Automatic Stay; and (V) Granting Related Relief (D.I. 171, Filed 9/20/10); and

g.      Objection Of Arrowgrass Master Fund Ltd. And Arrowgrass Distressed Opportunities Fund Limited To Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing Debtors (A) To Obtain Postpetition

Secured DIP Financing (B) To Refinance Certain Prepetition Secured Indebtedness And (C) To Use Cash Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Granting Related Relief (D.I. 311, Filed 10/19/10).

Status: This matter is going forward. The Debtors are hopeful that they will reach agreement with the DIP Lenders on the form of the Final DIP Order prior to the hearing. However, in the event the Debtors and the DIP Lenders are unable to reach an agreement on the terms of the Final DIP Order or otherwise reach relevant agreement with the DIP Lenders, the Debtors may, in an abundance of caution, seek Court approval for the use of cash collateral based on the record of the September 22, 2010 hearing, other items in the record, and other recent events, among other things.

2.      Debtors' Application To Employ Postlethwaite & Netterville As Accountants For Trico Marine Services, Inc. (D.I. 208, Filed 9/24/10).

Objection Deadline: October 13, 2010 at 4:00 p.m. (ET). The Debtors have extended the objection deadline for the Committee until October 15, 2010.

Responses Received:

a)      Informal comments from the United States Trustee; and

b)      Official Committee Of Unsecured Creditors' Preliminary Objection To Debtors' Applications To Employ Postlethwaite & Netterville, PricewaterhouseCoopers LLP And Ernst & Young LLP (D.I. 297, Filed 10/15/10).

Status: This matter is going forward.

3.      Debtors' Application Pursuant To 11 U.S.C. §327(a), Bankruptcy Rule 2014 And Local Rule 2014-1 For Authority To Employ And Retain Ernst & Young LLP As Tax Advisors For The Debtors Nunc Pro Tunc To August 25, 2010 (D.I. 209, Filed 9/24/10).

Objection Deadline: October 13, 2010 at 4:00 p.m. (ET). The Debtors have extended the objection deadline for the Committee until October 15, 2010.

Responses Received:

a)      Informal comments from the United States Trustee; and

b)      Official Committee Of Unsecured Creditors' Preliminary Objection To Debtors' Applications To Employ Postlethwaite & Netterville, PricewaterhouseCoopers LLP And Ernst & Young LLP (D.I. 297, Filed 10/15/10).

Status: This matter is going forward.

4.    Debtors' Application For An Order Authorizing The Debtors To Employ And Retain PricewaterhouseCoopers LLP As Independent Auditors And Tax Advisors Nunc Pro Tunc To The Petition Date (D.I. 210, Filed 9/24/10).

Objection Deadline: October 13, 2010 at 4:00 p.m. (ET). The Debtors have extended the objection deadline for the Committee until October 15, 2010.

Responses Received:

a)    Informal comments from the United States Trustee; and

b)    Official Committee Of Unsecured Creditors' Preliminary Objection To Debtors' Applications To Employ Postlethwaite & Netterville, PricewaterhouseCoopers LLP And Ernst & Young LLP (D.I. 297, Filed 10/15/10).

Status: This matter is going forward.

Dated: October 22, 2010
       Wilmington, Delaware

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Andrew R. Remming*
                                        Robert J. Dehney (No. 3578)
                                        Gregory T. Donilon (No. 4244)
                                        Andrew R. Remming (No. 5120)
                                        L. John Bird (No. 5310)
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, DE 19899-1347
                                        Tel: 302.658.9200
                                        Fax: 302.658.3989

                                        -and-

                                        John E. Mitchell (admitted *pro hac vice*)
                                        Angela B. Degeyter (admitted *pro hac vice*)
                                        John P. Napier (admitted *pro hac vice*)
                                        VINSON & ELKINS LLP
                                        Trammell Crow Center
                                        2001 Ross Avenue, Suite 3700
                                        Dallas, Texas 75201
                                        Tel: 214.220.7700
                                        Fax: 214.999.7787
                                        jmitchell@velaw.com

adegeyter@velaw.com
jnapier@velaw.com

*Attorneys for the Debtors and
Debtors-in-Possession*

3840096