# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon
## #1

Calendar Date: 10/26/2010
Calendar Time: 02:00 PM ET

1st Revision 10/25/2010 12:41 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Trico Marine Services, Inc., et al. | 1012653 | Hearing | 3821938 | Jonathan Levine | (212) 850-2816 | Andrews Kurth | Interested Party, Andrews Kurth / LIVE |
| | | Trico Marine Services, Inc., et al. | 1012653 | Hearing | 3821942 | Abhishek Mathur | (212) 850-2822 | Andrew & Kurth LLP- New York | Interested Party, Andrew & Kurth / LIVE |
| | | Trico Marine Services, Inc., et al. | 1012653 | Hearing | 3820866 | Robin Russell | 713-220-4086 | Andrews Kurth | Interested Party, Andrews Kurth / LIVE |
| | | Trico Marine Services, Inc., et al. | 1012653 | Hearing | 3821932 | Paul Silverstein | (212) 850-2819 | Andrews Kurth | Interested Party, Andrews Kurth / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3820859 | Steven Abramowitz | 212-237-0137 | Vinson & Elkins LLP | Debtor, Trico Marine Services Inc / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3819983 | Lisa Bonsall | (973) 622-4444 | McCarter & English | Creditor, General Electric Capital Corporation / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3821780 | Justin Brass | (203) 708-5847 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3821776 | Charles Buck | (212) 250-2578 | Deutsche Bank Securites, Inc. | Interested Party, Deutsche Bank Securites, Inc. / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3820852 | Liana Buonanno | (302) 351-9158 | Evercore Partners | Defendant/Respondent, Trico Marine Services Inc / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3820053 | Robert Chambers | (818) 456-5212 | Akanthos Capital Management | Interested Party, Akanthos Capital Management / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3816900 | Joseph Chang | (212) 273-7142 | Gleacher & Company | Interested Party, Gleacher & Company / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3821778 | Tarik Dalton | (212) 538-0519 | Credit Suisse | Interested Party, Tarik Dalton / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3820878 | Jim Day | (212) 237-0000 | Vinson & Elkins LLP | Debtor, Trico Marine Services Inc / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3815649 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, DK Partners / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3821844 | Arif Gangat | (212) 584-1160 | Arrowgrass Capital Services UK | Interested Party, Arrowgrass Capital Services / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3817040 | Andrew Glenn | (212) 506-1747 | Kasowitz Benson Torres & Friedman | Creditor, Creditors Committee / LIVE |

| Case | No. | Type | ID | Name | Phone | Firm/Company | Party / Status |
|---|---|---|---|---|---|---|---|
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3821849 | Scott Greissman | (212) 819-8567 | White & Case LLP | Interested Party, Nordea Bank Finland PLC New York Branch / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3821806 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, Deutsche Bank National Trust Company / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3819827 | David Holmes | (207) 831-0239 | Citi Alternative Investments | Creditor, Citi Alternative Investments / LISTEN ONLY |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3821828 | Carras Holmstead | 203-719-1425 | UBS Securities LLC | Interested Party, UBS Securities LLC / LISTEN ONLY |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3819858 | Eric Hsiao | 415-293-4372 | SilverLake | Interested Party, Silverlake / LISTEN ONLY |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3821803 | Tibita P. Kaneene | (212) 500-1383 | DebtWire | Interested Party, Tibita P. Kaneene / LISTEN ONLY |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3820777 | Robert Klyman | (213) 485-1234 | Latham & Watkins LLP | Creditor, Tennenbaum / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3815386 | Oksana Lashko | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Creditor, Caspian Capital / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3821786 | Mark Malcoun | (302) 467-4431 | Landis Rath & Cobb, LLP | Interested Party, Certain Secured Noteholders / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3817035 | David Mark | 212-506-1990 | Kasowitz Benson Torres & Friedman | Creditor, Creditors Committee / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3821829 | Kurt A. Mayr | (860) 256-8534 | Bracewell & Giuliani - Conneticut | Interested Party, Certain Secured Note Holders / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3821833 | Soham Naik | (212) 508-6171 | Bracewell & Giuliani - New York | Creditor, Holders of Certain 8 125 % and Secured Notes / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3819684 | Radek Pawlowski | (212) 819-8414 | White & Case LLP | Creditor, Nordea Bank Finland PLC / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3820835 | Michael Riela | (212) 906-1200 | Latham & Watkins - New York Office | Debtor, Ernst & Young / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3817023 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Creditor, Official Committe Of Creditors / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3820535 | Seth Shapiro | (202) 514-7164 | U.S. Department of Justice - Civil | Creditor, United States Department of Transporation (Maritime) / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3821295 | Brad J. Sweeney | (212) 412-6890 | Barclays Capital | Interested Party, Barclays Capital / LISTEN ONLY |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3819533 | David B. Thompson | (212) 688-7526 | Gruss & Company, LLC | Creditor, Gruss & Company, LLC / LISTEN ONLY |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3821779 | David Tiomkin | (301) 332-0004 | Aurelius Capital Management | In Propria Persona, David Tiomkin / LISTEN ONLY |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3822662 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital / LISTEN ONLY |