IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRICO MARINE SERVICES, INC., *et al.*,[1] | ) Case No. 10-12653 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) RE: D.I. 376 |

### DEBTORS' SUPPLEMENT TO MOTION FOR AN ORDER (A) APPROVING SALE PROCEDURES IN CONNECTION WITH THE SALE OF TRICO MYSTIC AND TRICO MOON VESSELS; (B) SCHEDULING AN AUCTION AND HEARING TO CONSIDER APPROVAL OF THE SALE; AND (C) GRANTING RELATED RELIEF

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), file this *Supplement to Debtors' Motion for an Order (A) Approving Sale Procedures in Connection with the Sale of Trico Mystic and Trico Moon Vessels; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; and (C) Granting Related Relief* (the "Sale Procedures[2] Motion") and respectfully submit the following:

#### NOTICE OF ACCEPTANCE

1. Subsequent to the filing of the Sale Procedures Motion, Buyer exercised its right to inspect the Vessels, and on November 1, 2010, Buyer, by letter, gave Seller a notice of acceptance (the "Notice of Acceptance")[3] in accordance with the Agreement, resolving the contingency related to inspection of the Vessels. In lieu of amending the Agreement, the

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. (2405); Trico Marine Assets, Inc. (2404); Trico Marine Operators, Inc. (6124); Trico Marine International, Inc. (3132); Trico Holdco, LLC (3870); Trico Marine Cayman, L.P. (5842). The mailing address for all of the Debtors for the purpose of these Cases is 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380.

[2] As defined in the Sale Procedures Motion.

[3] A copy of the Notice of Acceptance is attached hereto as **Exhibit A**.

DEBTORS' SUPPLEMENT TO MOTION FOR AN ORDER (A) APPROVING SALE
PROCEDURES IN CONNECTION WITH THE SALE OF TRICO MYSTIC AND TRICO MOON
VESSELS; (B) SCHEDULING AN AUCTION AND HEARING TO CONSIDER APPROVAL OF
THE SALE; AND (C) GRANTING RELATED RELIEF           Page 1 of 2
US 627231v.1

Debtors submit that the Notice of Acceptance resolves any contingency related to the Agreement.

November 2, 2010
Wilmington, Delaware

Respectfully submitted,

/s/ Andrew R. Remming
Robert J. Dehney (No. 3578)
Gregory T. Donilon (No. 4244)
Andrew R. Remming (No. 5120)
L. John Bird (No. 5310)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302.658.9200
Fax: 302.658.3989

-and-

John E. Mitchell
Tonya M. Ramsey (admission *pro hac vice* pending)
Angela B. Degeyter
John Paul K. Napier
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.999.7787
jmitchell@velaw.com
adegeyter@velaw.com
jnapier@velaw.com

*Attorneys for the Debtors and Debtors-in-Possession*

DEBTORS' SUPPLEMENT TO MOTION FOR AN ORDER (A) APPROVING SALE
PROCEDURES IN CONNECTION WITH THE SALE OF TRICO MYSTIC AND TRICO MOON
VESSELS; (B) SCHEDULING AN AUCTION AND HEARING TO CONSIDER APPROVAL OF
THE SALE; AND (C) GRANTING RELATED RELIEF                                Page 2 of 2
US 627231v.1