# **EXHIBIT A**

# Tidewater

November 1, 2010

<u>Via E-mail</u>

Trico Marine Assets, Inc.
Suite 610
10001 Woodloch Forest Drive
The Woodlands, TX 77380

Attn: Mr. Rick Bachmann

                                          Re: M/V TRICO MOON and M/V TRICO MYSTIC

Gentlemen:

      Reference is made to that certain Heads of Agreement dated 29 October 2010 (the "HOA"), entered into by and between Tidewater Inc. and Jackson Marine, L.L.C. (as "Buyers") and Trico Marine Assets, Inc. (as "Sellers") with respect to the captioned vessels (the "Vessels"). Further reference is made to Annexures "A" and "B" to the HOA, which consist of Memoranda of Agreement (the "MOAs") between the Buyers and the Sellers relating to each of the Vessels, respectively.

      The purpose of this letter is to give the Sellers the written notice specified in Clause 4(b) of the MOAs; namely, that the Buyers have inspected the Vessels and accept their condition, subject to the remaining terms and conditons of the MOAs and the HOA.

      Please note your records accordingly. We look forward to a smooth pleasant transaction.

                                    Very truly yours,
                                    Tidewater Inc. on behalf of itself and
                                    Jackson Marine, L.L.C.

                                    Bruce D. Lundstrom
                                    Executive Vice President and General Counsel

cc:  Brett Cenkus (Trico)
      Jeff Platt
      Steve Dick
      Quinn Fanning
      Marty Quist
      Tonya Ramsey (Vinson & Elkins)
      Amy Scafidel (Jones Walker)



TIDEWATER INC.
Pan-American Life Center
601 Poydras Street, Suite 1900
New Orleans, Louisiana 70130-6040
Telephone: (504) 568-1010