# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRICO MARINE SERVICES, INC., *et al.*,[1] | ) | Case No. 10-12653 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

### NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 4, 2010 AT 12:00 P.M. (EASTERN TIME)[3]

## PLEASE NOTE THAT THIS HEARING HAS BEEN CANCELLED.

UNCONTESTED MATTER WITH CNO:

1. Debtors' And Official Committee Of Unsecured Creditors' Joint Motion For An Order (I) Providing That Creditor Committees Are Not Authorized Or Required To Provide Access To Confidential Or Privileged Information And (II) Clarifying The Official Committee Of Unsecured Creditors' Requirements Under Bankruptcy Code Section 1102(b)(3)(a) (D.I. 310, Filed 10/18/10).

    Related Pleadings:

    a. Certification Of No Objection Regarding Docket No. 310 (D.I. 380, Filed 11/2/10); and

    b. Proposed Form Of Order.

    Objection Deadline: October 28, 2010 at 4:00 p.m. (ET).

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. ("TMS") (2405); Trico Marine Assets, Inc. ("TMA") (5404); Trico Marine Operators, Inc. ("TMO") (6124); Trico Marine International, Inc. ("TMI") (3132); Trico Holdco, LLC ("Holdco") (3870); Trico Marine Cayman, L.P. ("Cayman") (5842). The mailing address for all of the Debtors for the purpose of these Cases is 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380.

[2] Modifications to the Notice of Agenda of Matters are indicated in **bold** type face.

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

Responses Received: None.

Status: A certificate of no objection has been filed. No hearing is necessary.

CONTESTED MATTERS GOING FORWARD

2.  Debtors' Motion For Entry Of Interim And Final Orders Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) And 507(a), Fed. R. Bankr. P. 2002, 4001 And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Refinance Certain Prepetition Secured Indebtedness And (C) To Use Cash Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Granting Related Relief (D.I. 13, Filed 8/25/2010).

    Related Pleadings:

    a.  Declaration Of Stephen Sieh In Support Of DIP Financing Motion (D.I. 14, Filed 8/25/10);

    b.  Declaration Of John R. Castellano In Support Of DIP Financing Motion (D.I. 15, Filed 8/25/10);

    c.  Amended Interim Order Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) And 507(a), Fed. R. Bankr. P. 2002, 4001 And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Use Cash Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Scheduling A Final Hearing Pursuant To Bankruptcy Rules 4001(b) and (c) (D.I. 95, Entered 9/7/10);

    d.  Emergency Order Amending The Amended Interim Order Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) And 507(a), Fed. R. Bankr. P. 2002, 4001 And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Use Cash Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Scheduling A Final Hearing Pursuant To Bankruptcy Rules 4001(b) and (c) (D.I. 196, Entered 9/24/10);

    e.  Emergency Order Amending The Amended Interim Order Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) And 507(a), Fed. R. Bankr. P. 2002, 4001 And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Use Cash Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection

To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Scheduling A Final Hearing Pursuant To Bankruptcy Rules 4001(b) and (c) (D.I. 223, Entered 10/1/10); and

f.  Notice Of Filing Of Substantially Final Form Of Proposed Final Order Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) And 507(a), Fed. R. Bankr. P. 2002, 4001 And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Use Cash Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Scheduling A Final Hearing Pursuant To Bankruptcy Rules 4001(b) and (c) (D.I. 328, Filed 10/21/10).

Objection Deadline: September 14, 2010 at 4:00 p.m. (ET). The Debtors have extended the objection deadline for MARAD until September 17, 2010 at 4:00 p.m. (ET) and for the Committee until September 17, 2010.

Responses Received:

a.  Statement of Certain Second Lien Noteholders Regarding Debtors' Motion for Authority to Obtain DIP Financing and Request for Additional Liens Pursuant to Intercreditor Agreement (D.I. 132, Filed 9/14/10);

b.  Joinder of U.S. Bank National Association, As Trustee, To The Statement of Certain Second Lien Noteholders Regarding Debtors' Motion for Authority to Obtain DIP Financing and Request for Additional Liens Pursuant to Intercreditor Agreement (D.I. 134, Filed 9/14/10);

c.  Limited Objection Of General Electric Capital Corporation To Debtors' Motion For Entry Of Interim And Final Orders Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) And 507(a), Fed. R. Bankr. P. 2002, 4001 And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Refinance Certain Prepetition Secured Indebtedness And (C) To Use Cash Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Granting Related Relief (D.I. 135, Filed 9/14/10);

d.  Official Committee Of Unsecured Creditors' Objection To Debtors' Motion For Authority To Obtain DIP Financing, Refinance Prepetition Debt, Use Cash Collateral, Grant Adequate Protection And For Related Relief (D.I. 145, Filed 9/17/10); and

e.  Debtors' Motion For Leave To File An Omnibus Reply To The Objections To Debtors' Motion For Entry Of Interim And Final Orders Pursuant To

11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) And 507(a), Fed. R. Bankr. P. 2002, 4001 And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Refinance Certain Prepetition Secured Indebtedness And (C) To Use Cash Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Granting Related Relief (D.I. 170, Filed 9/20/10).

    f.    Notice Of Filing Of Corrected Exhibit B To Debtors' Omnibus Reply In Support Of Their Motion For Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), 503(b) and 507(a), Fed. R. Bankr. P. 2002, 4001, and 9014 and Del. Bankr. L.R. 4001-2 (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Refinance Certain Prepetition Secured Indebtedness and (C) To Use Cash Collateral; (II) Granting Liens and Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection to Prepetition Secured Parties; (IV) Modifying Automatic Stay; and (V) Granting Related Relief (D.I. 171, Filed 9/20/10);

    g.    Objection Of Arrowgrass Master Fund Ltd. And Arrowgrass Distressed Opportunities Fund Limited To Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing Debtors (A) To Obtain Postpetition Secured DIP Financing (B) To Refinance Certain Prepetition Secured Indebtedness And (C) To Use Cash Collateral (II) Granting Liens And Providing For Superpriority Administrative Expense Status; (III) Granting Adequate Protection To Prepetition Secured Parties (IV) Modifying Automatic Stay; And (V) Granting Related Relief (D.I. 311, Filed 10/19/10); and

    h.    Supplemental Objection Of Arrowgrass Master Fund Ltd. And Arrowgrass Distressed Opportunities Fund Limited To Debtors' Form Of The Final DIP Financing Order (D.I. 348, Filed 10/23/10).

<u>Status</u>: **This matter has been adjourned to November 10, 2010 at 9:00 a.m. (ET).**

3. Debtors' Application To Employ Postlethwaite & Netterville As Accountants For Trico Marine Services, Inc. (D.I. 208, Filed 9/24/10).

<u>Related Pleadings</u>:

    a)    Certification Of Counsel Regarding Declaration Of Albert J. Richard, III In Support Of Application To Employ Postlethwaite & Netterville As

Accountants For Trico Marine Services, Inc. (Unredacted) (D.I. 334, Filed 10/22/10).

Objection Deadline: October 13, 2010 at 4:00 p.m. (ET).

Responses Received:

a) Informal comments from the United States Trustee; and

b) Official Committee Of Unsecured Creditors' Preliminary Objection To Debtors' Applications To Employ Postlethwaite & Netterville, PricewaterhouseCoopers LLP And Ernst & Young LLP (D.I. 297, Filed 10/15/10).

Status: **This matter has been adjourned to November 10, 2010 at 9:00 a.m. (ET).**

4. Debtors' Application Pursuant To 11 U.S.C. §327(a), Bankruptcy Rule 2014 And Local Rule 2014-1 For Authority To Employ And Retain Ernst & Young LLP As Tax Advisors For The Debtors Nunc Pro Tunc To August 25, 2010 (D.I. 209, Filed 9/24/10).

Related Pleading:

a) Certification Of Counsel Regarding Declaration Of John P. Hoffman In Support Of Debtors' Application Pursuant To 11 U.S.C. §327(a), Bankruptcy Rule 2014 And Local Rule 2014-1 For Authority To Employ And Retain Ernst & Young LLP As Tax Advisors For The Debtors Nunc Pro Tunc To August 25, 2010 (Unredacted) (D.I. 339, Filed 10/22/10).

Objection Deadline: October 13, 2010 at 4:00 p.m. (ET).

Responses Received:

a) Informal comments from the United States Trustee; and

b) Official Committee Of Unsecured Creditors' Preliminary Objection To Debtors' Applications To Employ Postlethwaite & Netterville, PricewaterhouseCoopers LLP And Ernst & Young LLP (D.I. 297, Filed 10/15/10).

Status: **This matter has been adjourned to November 10, 2010 at 9:00 a.m. (ET).**

5. Debtors' Application For An Order Authorizing The Debtors To Employ And Retain PricewaterhouseCoopers LLP As Independent Auditors And Tax Advisors Nunc Pro Tunc To The Petition Date (D.I. 210, Filed 9/24/10).

Related Pleading:

a)    Certification Of Counsel Regarding Proposed Order Granting Debtors' Application For An Order Authorizing The Debtors To Employ And Retain PricewaterhouseCoopers LLP As Independent Auditors And Tax Advisors Nunc Pro Tunc To The Petition Date (D.I. 340, Filed 10/22/10).

Objection Deadline: October 13, 2010 at 4:00 p.m. (ET).

Responses Received:

a)    Informal comments from the United States Trustee; and

b)    Official Committee Of Unsecured Creditors' Preliminary Objection To Debtors' Applications To Employ Postlethwaite & Netterville, PricewaterhouseCoopers LLP And Ernst & Young LLP (D.I. 297, Filed 10/15/10).

Status: **This matter has been adjourned to November 10, 2010 at 9:00 a.m. (ET).**

6. Debtors' Motion To Approve The Sale Of Assets Free And Clear Of Liens, Claims, And Encumbrances To Tidewater Inc. (D.I. 293, Filed 10/13/10).

Objection Deadline: October 28, 2010 at 4:00 p.m. (ET).

Responses Received:

a)    Official Committee Of Unsecured Creditors' Preliminary Objection Debtors' Motion To Approve The Sale Of Assets Free And Clear Of Liens, Claims, And Encumbrances To Tidewater Inc. (D.I. 341, Filed 10/22/10); and

b)    Objection Of Arrowgrass Master Fund Ltd. And Arrowgrass Distressed Opportunities Fund Limited To Debtors' Motion To Approve The Sale Of Assets Free And Clear Of Liens, Claims, And Encumbrances To Tidewater Inc. (D.I. 355, Filed 10/25/10).

Status: **This matter has been adjourned to a date consistent with the Sale Procedures Motion (D.I. 376).**

7. Debtors' Motion For An Order (A) Approving Sale Procedures In Connection With The Sale Of Trico Mystic And Trico Moon Vessels; (B) Scheduling An Auction And Hearing To Consider Approval Of The Sale; And (C) Granting Related Relief (D.I. 376, Filed 10/29/10).

**Related Pleadings:**

**a.    Debtors' Supplement To Motion For An Order (A) Approving Sale Procedures In Connection With The Sale Of Trico Mystic And Trico**

**Moon Vessels; (B) Scheduling An Auction And Hearing To Consider Approval Of The Sale; And (C) Granting Related Relief (D.I. 391, Filed 11/2/10).**

Objection Deadline:  November 4, 2010 at 12:00 p.m. (ET).

Responses Received:  Informal comments from the Official Committee of Unsecured Creditors.

Status:  **This matter has been adjourned to November 10, 2010 at 9:00 a.m. (ET)**.

Dated:  November 3, 2010
   Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew R. Remming*
Robert J. Dehney (No. 3578)
Gregory T. Donilon (No. 4244)
Andrew R. Remming (No. 5120)
L. John Bird (No. 5310)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
Tel:  302.658.9200
Fax:  302.658.3989

-and-

John E. Mitchell (admitted *pro hac vice*)
Angela B. Degeyter (admitted *pro hac vice*)
John P. Napier (admitted *pro hac vice*)
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel:  214.220.7700
Fax: 214.999.7787
jmitchell@velaw.com
adegeyter@velaw.com
jnapier@velaw.com

*Attorneys for the Debtors and Debtors-in-Possession*

3862269.2