# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRICO MARINE SERVICES, INC., *et al.*,[1] | ) | Case No. 10-12653 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | (Relates to Dkt. No. 376 & 391) |
| | ) | |

## ORDER GRANTING DEBTORS' MOTION FOR AN ORDER (A) APPROVING SALE PROCEDURES IN CONNECTION WITH THE SALE OF TRICO MYSTIC AND TRICO MOON VESSELS; (B) SCHEDULING AN AUCTION AND HEARING TO CONSIDER APPROVAL OF THE SALE; AND (C) GRANTING RELATED RELIEF

Upon consideration of the Debtors' *Motion for an Order (A) Approving Sale Procedures in Connection with the Sale of Trico Mystic and Trico Moon Vessels; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; and (C) Granting Related Relief* (the "Motion")[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and notice of the Motion having been adequate and appropriate under the circumstances; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested therein and that such relief is in the best interests of the Debtors, their estates, their creditors and other

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. (2405); Trico Marine Assets, Inc. (2404); Trico Marine Operators, Inc. (6124); Trico Marine International, Inc. (3132); Trico Holdco, LLC (3870); Trico Marine Cayman, L.P. (5842). The mailing address for all of the Debtors for the purpose of these Cases is 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380.

[2] Capitalized terms used but not defined herein shall have the meaning given to them in the Motion.

parties in interest; and upon the record in these proceedings; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. Those portions of the Motion seeking approval of the Sale Procedures, the form of the Agreement, the form and manner of notices in connection with the Sale, and the scheduling of a Sale Hearing are hereby GRANTED. Those portions of the Motion seeking approval of the Break-Up Fee are hereby deferred until the Sale Hearing. All objections to such relief requested, other than the Break-Up Fee, that have not been withdrawn, waived or settled as announced to the Bankruptcy Court at the hearing on the Motion or by stipulation filed with the Court are hereby overruled.

2. The Sale Procedures, attached hereto as **Exhibit A**, are hereby approved and made part of this Order as if fully set forth herein. The Debtors are authorized to conduct an Auction of the Vessels pursuant to the terms of the Sale Procedures and this Order. The Court finds that the Debtors have articulated good and sufficient reasons for approving the Sale Procedures, and that the Sale Procedures are reasonable and appropriate and designed to maximize the value of the Vessels.

3. The form of the Agreement attached to the Motion is reasonable and appropriate in light of the proposed Sale, and, except for the Break-Up Fee, is hereby approved as the stalking horse bid.

4. The notice of the proposed Sale previously mailed in addition to the notice procedures set forth in the Motion are reasonably calculated to provide effective notice to all interested parties of the Sale Procedures, the Auction, and the Sale Hearing, pursuant to

**ORDER GRANTING DEBTORS' MOTION FOR AN ORDER (A) APPROVING SALE PROCEDURES IN CONNECTION WITH THE SALE OF TRICO MYSTIC AND TRICO MOON VESSELS; (B) SCHEDULING AN AUCTION AND HEARING TO CONSIDER APPROVAL OF THE SALE; AND (C) GRANTING RELATED RELIEF**
US 634109v.5

Page 2

Bankruptcy Rules 2002, 6004 and 6006, and are hereby approved, and no other or further notice is required.

5. The Debtors shall provide notice (the "Notice of Auction and Sale Hearing"), substantially in the form attached to the Motion as **Exhibit C** of the Sale Procedures, containing the date and time of the Auction, the time and place of the Sale Hearing, and the objection deadline for the Sale Hearing, by filing such notice on the Court's docket and sending a copy to the following parties: (i) the United States Trustee; (ii) counsel to Buyer; (iii) counsel to the Official Committee of Unsecured Creditors; (iv) the Master Service List; (v) all parties (other than Debtors) to relevant contracts or leases; (vi) any entities previously known to have an interest in acquiring the Vessels; and (vii) any person or entity known to have asserted a lien, claim, encumbrance, security interest or other interest in or to the Vessels.

6. The proposed Notice of Auction and Sale Hearing shall specify, among other things, that objections to entry of the Sale Order shall be set forth in writing and specify with particularity the grounds for such objections or other statements of position, and shall be filed and served by the objection deadline set forth in the Sale Procedures Order on counsel to the Debtors, Vinson & Elkins LLP, 2001 Ross Ave., Suite 3700, Dallas, TX 75201, Attn: Tonya Ramsey.

7. Failure to file and serve such objections by the objection deadline set forth in the Notice of Auction and Sale Hearing in accordance with the foregoing procedure shall be deemed a waiver of such objection and the objecting party shall be forever barred from asserting such objections.

8. Pursuant to the proposed Sale Procedures, all interested parties reserve their right to object to the selection of the Successful Bidder (and the Back-Up Bidder) at the Sale Hearing.

**ORDER GRANTING DEBTORS' MOTION FOR AN ORDER (A) APPROVING SALE PROCEDURES IN CONNECTION WITH THE SALE OF TRICO MYSTIC AND TRICO MOON VESSELS; (B) SCHEDULING AN AUCTION AND HEARING TO CONSIDER APPROVAL OF THE SALE; AND (C) GRANTING RELATED RELIEF**  Page 3
US 634109v.5

9. Any objections timely filed and served or otherwise reserved in accordance with the foregoing procedure will be heard by the Bankruptcy Court at the Sale Hearing.

10. Each Qualified Bidder participating at the Auction will be required to certify that it has not engaged in any collusion with respect to the bidding or the Sale.

11. The Auction will be conducted openly and all creditors will be permitted to attend.

12. Bidding at the Auction will be transcribed or videotaped.

13. The Auction will be held on November 24, 2010 at 10:00 a.m. (prevailing Central Time) at the offices of Vinson & Elkins LLP, First City Tower, 1001 Fannin Street, Suite 2500, Houston, TX 77002.

14. The Sale Hearing will be held on November 29, 2010 at 2:30 p.m. (prevailing Eastern Time).

15. The Sale Hearing may be adjourned or rescheduled without notice other than by an announcement of the adjourned date at the Sale Hearing.

16. Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order shall be effective immediately and enforceable upon its entry.

17. To the extent this Order is inconsistent with any prior order or pleading with respect to the Motion in these cases, the terms of this Order shall govern.

18. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: November 12, 2010
Wilmington, Delaware

_____
THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

ORDER GRANTING DEBTORS' MOTION FOR AN ORDER (A) APPROVING SALE
PROCEDURES IN CONNECTION WITH THE SALE OF TRICO MYSTIC AND TRICO
MOON VESSELS; (B) SCHEDULING AN AUCTION AND HEARING TO CONSIDER
APPROVAL OF THE SALE; AND (C) GRANTING RELATED RELIEF         Page 4
US 634109v.5