# EXHIBIT A
## Sale Procedures[3]

**A. Participation Requirements**

1. In order to participate in the bidding process, a person interested in acquiring the Vessels (a "Potential Bidder") must, at or prior to the Bid Deadline (defined below) deliver to (i) the Debtors, 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380, Attn: Mike Wallace (mwallace@tricomarine.com); (ii) counsel to the Debtors: Vinson & Elkins LLP, 2001 Ross Ave., Suite 3700, Dallas, TX 75201, Attn: Tonya Ramsey (tramsey@velaw.com) and (iii) counsel to the official committee of unsecured creditors (the "Committee"), Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York 10019, Attn: Richard F. Casher (rcasher@kasowitz.com) and David Mark (dmark@kasowitz.com) ("Committee Counsel"):

    a. <u>Identification of Potential Bidder</u>. Identification of the Potential Bidder and the representatives thereof who are authorized to appear and act on their behalf for all purposes regarding the contemplated transaction;

    b. <u>Financing Sources</u>. Written evidence satisfactory to the Debtors after consultation with the Committee that demonstrates the Potential Bidder has the necessary financial ability to close the contemplated transaction in a timely manner.

**B. Designation as Qualified Bidder**

1. A Potential Bidder that wishes to participate in the Auction (as defined herein) and bid on the Vessels must demonstrate to the satisfaction of the Debtors, after consultation with the Committee, that such Potential Bidder is a "Qualified Bidder." A "Qualified Bidder" is

---

[3] Capitalized terms used herein and not otherwise defined herein shall have the respective meanings assigned to such terms in the Debtors' *Motion for an Order (A) Approving Sale Procedures in Connection with the Sale of Trico Mystic and Trico Moon Vessels; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; and (C) Granting Related Relief dated October 29, 2010* [Docket No. 375].

ORDER GRANTING DEBTORS' MOTION FOR AN ORDER (A) APPROVING SALE
PROCEDURES IN CONNECTION WITH THE SALE OF TRICO MYSTIC AND TRICO
MOON VESSELS; (B) SCHEDULING AN AUCTION AND HEARING TO CONSIDER
APPROVAL OF THE SALE; AND (C) GRANTING RELATED RELIEF    Page 1
US 634109v.5

a Potential Bidder that delivers the documents described in subparagraphs (a) and (b) in Section A above, and submits a Qualified Bid (defined below).

    2.    Buyer is a Qualified Bidder.

    3.    GulfMark Offshore, Inc is a Qualified Bidder.

### C. Buyer as the Stalking Horse Bidder

    1.    <u>Break-Up Fee</u>. Buyer shall be designated as the "stalking horse" bidder. Subject to approval of the Bankruptcy Court at the Sale Hearing, after consideration of the Committee's objection, Buyer shall be entitled to a break-up fee in an amount equal to $780,000 (the "<u>Break-Up Fee</u>"), payable to Buyer upon the closing of the sale of the Vessels to a competing Qualified Bidder that is (a) the Successful Bidder (as defined herein), as determined in accordance with Section F.5.c of these Sale Procedures and as approved by the Bankruptcy Court in the Sale Approval Order (as defined herein) or (b) the Back-Up Bidder that the Debtors deem to be the Successful Bidder in accordance with the provisions of Section J.2 of these Sale Procedures and as approved by the Bankruptcy Court in the Sale Approval Order.

    2.    <u>Treatment of Break-Up Fee at Auction</u>. Buyer shall not be entitled to a credit equal to its Break-Up Fee when bidding at the Auction.

### D. Bid Deadline

    1.    The deadline for submitting bids by a Qualified Bidder shall be no later than November 23, 2010, at 12:00 p.m. (prevailing Central Time) (the "<u>Bid Deadline</u>"). Prior to the Bid Deadline, a Qualified Bidder that desires to make an offer, solicitation or proposal (a "<u>Bid</u>") shall deliver written copies of its Bid to: (a) the Debtors, 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380, Attn: Mike Wallace (mwallace@tricomarine.com); (b) counsel to the Debtors: Vinson & Elkins LLP, 2001 Ross Ave., Suite 3700, Dallas, TX 75201, Attn:

Tonya Ramsey (tramsey@velaw.com); and (c) Committee Counsel, Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York 10019, Attn: Richard F. Casher (rcasher@kasowitz.com) and David Mark (dmark@kasowitz.com) (collectively, the "Notice Parties"), so that the Bid is actually received by the Bid Deadline.

E.  **Bid Requirements**

1. As used herein, the term "Qualified Bid" shall mean a written Bid for the Vessels that is delivered to the Notice Parties on or before the Bid Deadline and is determined by the Debtors, after consultation with the Committee, to satisfy each of the following conditions:

   a. Initial Minimum Overbid. The aggregate consideration must be at least $27,500,000, which shall be payable, in full, in cash at closing.

   b. Good Faith Deposit: Each Bid must be accompanied by a deposit (the "Good Faith Deposit") in the form of cash or a certified bank check payable to the order of Trico Marine Services, Inc., in an amount equal to 5% of such Bid.

   c. Irrevocable. Each Qualified Bidder's Bid or Overbid, as applicable, must be irrevocable until (a) the date that is two business days after the date on which the Successful Bid or the Back-Up Bid, as applicable, is consummated or (b) such other date as agreed to by the Debtor, after consultation with the Committee (the "Termination Date").

   d. Bidder Agreement. A Bid shall include a copy of the Agreement marked to show all changes requested by the Bidder (including those related to Purchase Price) and a clean copy of such revised Agreement, executed by the Qualified Bidder.

   e. No Financing Contingencies. A Bid may not be conditioned on obtaining financing, any internal approval, due diligence, inspection or any other condition, contingency or term that less favorable than those set forth in the Agreement. Furthermore, a Bid must contain written evidence satisfactory to the Debtors, after consultation with the Committee, that demonstrates the Qualified Bidder has the necessary financial ability to close the contemplated transaction in a timely manner.

   f. No Fees Payable to Qualified Bidder. Except as provided in Section C.1 of these Sale Procedures, a Bid may not request or entitle the Qualified

Bidder to any breakup fee, termination fee, expense reimbursement, or similar type of payment. Without limiting the generality of the foregoing, by submitting a Bid, a Bidder shall be deemed to waive (a) the right to pursue a substantial contribution claim under Bankruptcy Code § 503 related in any way to the submission of its Bid or the Bid Procedures and (b) any claim under Bankruptcy Code § 506(c).

g. <u>Bid Capable of Being Consummated</u>. The Bid is determined by the Debtors, after consultation with the Committee, to be one that is likely to be consummated in accordance with its terms were it selected as or deemed to be the Successful Bid (as defined herein).

h. For purposes hereof, the Agreement shall constitute a Qualified Bid

2. In the event that any Bid is determined by the Debtors not to be a Qualified Bid, the Qualified Bidder shall be refunded its deposit within three business days after that determination.

**F. Auction**

1. If a Qualified Bid (other than Buyer's) is received by the Bid Deadline, the Debtors shall conduct an auction (the "<u>Auction</u>") to determine the highest and best Qualified Bid with respect to the Vessels. If no Qualified Bid other than the Buyer's Qualified Bid is received by the Bid Deadline, the Debtors will not conduct the Auction.

2. The Auction shall occur on November 24, 2010 at 10:00 a.m. (prevailing Central Time) at the offices of Vinson & Elkins LLP, First City Tower, 1001 Fannin Street, Suite 2500, Houston, TX 77002.

3. Prior to the Auction, the Debtors after consultation with the Committee, shall determine the highest and best Qualified Bid (the "<u>Baseline Bid</u>"). If, however, no other such Qualified Bid is received by the Bid Deadline, then the Auction will not be held, Buyer will be the Successful Bidder (as defined herein), the Agreement will be the Successful Bid, and, at the

**ORDER GRANTING DEBTORS' MOTION FOR AN ORDER (A) APPROVING SALE PROCEDURES IN CONNECTION WITH THE SALE OF TRICO MYSTIC AND TRICO MOON VESSELS; (B) SCHEDULING AN AUCTION AND HEARING TO CONSIDER APPROVAL OF THE SALE; AND (C) GRANTING RELATED RELIEF**
US 634109v.5

Page 4

Sale Hearing, the Debtors will seek approval of and authority to consummate the Sale contemplated by the Agreement.

4. The Auction shall be conducted according to the following procedures:

   a. <u>Participation</u>. Only a Qualified Bidder that has submitted a Qualified Bid is eligible to participate at the Auction. The Auction shall be conducted openly and the Notice Parties may attend and observe the Auction. During the Auction, bidding shall begin initially with the highest Baseline Bid and subsequently continue in minimum increments of at least $250,000 higher than the prevailing Qualified Bid or Overbid, as applicable. Bidding at the Auction shall be transcribed or videotaped. Other than as otherwise set forth herein, the Debtors may conduct the Auction in the manner that they determine, after consultation with the Committee, will result in the highest and best offer for the Vessels.

5. All Bids made subsequent to the Debtors' announcement of the Baseline Bid shall be Overbids (as defined below) and shall be made and received on an open basis, and all material terms of each Overbid shall be fully disclosed to all other Qualified Bidders.

   a. <u>Terms of Overbids</u>. An "Overbid" is any Qualified Bid made at the Auction subsequent to the Debtors' announcement of the Baseline Bid. To submit an Overbid for purposes of the Auction, a Qualified Bidder must comply with the following conditions:

      (i) *Minimum Overbid Increment.* Any Overbid after the Baseline Bid shall be made in increments of at least $250,000 higher than the Baseline Bid or the last Overbid, as applicable.

      (ii) *Remaining Terms are the Same as for Qualified Bids.* Except as otherwise provided in these Sale Procedures, an Overbid must comply with the conditions for a Qualified Bid set forth above; <u>provided, however</u>, that the Bid Deadline shall not apply to an Overbid. Any Overbid made by a Qualified Bidder must remain open and binding on the Qualified Bidder until and unless (A) the Debtors accept a higher Qualified Bid as an Overbid and (B) such Qualified Bidder's Overbid is not selected as the Back-Up Bid (as defined below).

   b. <u>Additional Procedures</u>. The Debtors may adopt rules for the Auction at or prior to the Auction that, in their reasonable discretion, after consultation with the Committee, will better promote the goals of the Auction and that

are not inconsistent with any of the provisions of the Bankruptcy Court's order (the "Sale Procedures Order") approving these Sale Procedures.

c. Closing the Auction. Upon conclusion of the bidding, the Auction shall be closed, and the Debtors, after consultation with the Committee, shall identify the highest and best Overbid for the Vessels (the "Successful Bid") and the entity submitting such Successful Bid (the "Successful Bidder"). In making their determination of the highest and best Overbid, the Debtors, after consultation with the Committee, shall consider which Overbid will provide the greatest amount of value to the Debtors and the speed and degree of certainty with which a Qualified Bidder likely will be able to consummate the Sale. In similar fashion, the Debtors, after consultation with the Committee, also shall identify the Qualified Bidder (the "Back-Up Bidder") that submitted the next highest or otherwise best Overbid (the "Back-up Bid"). Following such determinations, the Debtors shall advise the Qualified Bidders of such determinations.

d. Back–Up Bidder's Deposit. Notwithstanding the agreement of the Back-Up-Bidder to leave its offer irrevocable until the Termination Date, the Back-Up Bidder's Good Faith Deposit shall be returned on the earlier of (i) the second business day following the consummation of the Successful Bid or (ii) January 15, 2010.

6. Obsidian Agency Services, Inc., as Agent under the Senior Secured, Super-Priority Debtor-in-Possession Credit Agreement dated August 24, 2010 reserves all rights to credit bid for the Vessels and the Debtors, after consultation with the Committee, reserve all rights to determine that such credit bid was not the highest and best bid.

G. **Acceptance of Successful Bid.**

1. The Debtors shall sell the Vessels to the Successful Bidder upon the approval of the Successful Bid by the Bankruptcy Court after the Sale Hearing. Neither the Debtors' announcement at the Auction of the Successful Bid nor the Debtors' presentation of the Successful Bid to the Bankruptcy Court for approval shall constitute the Debtors' acceptance of the Successful Bid. The Debtors shall be deemed to have accepted the Successful Bid only

when the Successful Bid has been approved by the Bankruptcy Court at the Sale Hearing. All interested parties reserve their right to object to the Debtors' selection of the Successful Bid.

H.  **"As Is, Where Is"**

1. The sale of the Vessels shall be on an "as is, where is" basis and without representations or warranties of any kind, nature, or description by the Debtors, their agents or their estates except to the extent set forth in the purchase agreement of the Successful Bidder. Buyer and each Qualified Bidder shall be deemed to acknowledge and represent that it has had an opportunity to conduct any and all due diligence regarding the Vessels in making its Bid (and, as applicable, its Overbid), and that it did not rely upon any written or oral statements, representations, promises, warranties, or guaranties whatsoever, whether express, implied, by operation of law or otherwise, regarding the Vessels, or the completeness of any information provided in connection therewith or the Auction, except (i) as expressly stated in these Bid Procedures, (ii) as to Buyer, as set forth in the Agreement and (iii) as to Successful Bidder other than Buyer, as set forth in such Successful Bidder's purchase agreement.

I.  **Free of Any and All Interests**

1. Except as otherwise provided in the purchase agreement of the Successful Bidder, all of Debtors' right, title and interest in and to the Vessels shall be sold free and clear of all pledges, liens, security interests, encumbrances, claims, charges, options and interests asserted thereon and therein in accordance with Bankruptcy Code § 363.

J.  **Sale Hearing**

1. The Sale Hearing shall be conducted by the Honorable Brendan L. Shannon of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom # 1, Wilmington, Delaware 19801 on November 29, 2010 at 2:30 p.m. (prevailing

Eastern Time) or on such other date and time as may be established by the Bankruptcy Court. At the Sale Hearing, the Debtors will seek entry of an order (the "Sale Approval Order"), among other things, (a) authorizing and approving the sale of the Vessels, free and clear of all pledges, liens, security interests, encumbrances, claims, charges, options and interests of any kind, to the Successful Bidder, as determined by the Debtors, after consultation with the Committee, in accordance with these Sale Procedures and (b) in the event that the Successful Bidder is unable or unwilling to consummate its Successful Bid in accordance with its terms, authorizing and approving the sale of the Vessels, free and clear of all pledges, liens, security interests, encumbrances, claims, charges, options and interests of any kind, to the Back-Up Bidder. The Sale Hearing may be adjourned or rescheduled, from time to time, without notice to parties in interest other than by an announcement of the adjourned date at the Sale Hearing or on the Bankruptcy Court's calendar on the date scheduled for the Sale Hearing.

2. Following the approval at the Sale Hearing of the sale of the Vessels to the Successful Bidder in accordance with the Successful Bid, if the Successful Bidder fails to consummate the Successful Bid on or before the date that is contemplated by the applicable Successful Bid and otherwise in accordance with its terms, the Debtors, unless the Sale Approval Order is stayed by order of a court with competent jurisdiction, and after consultation with the Committee, (a) shall be authorized, but not required, to deem the Back-up Bid, as disclosed at the Sale Hearing, the Successful Bid, and (b) shall be authorized, but not required, to consummate the sale with the Back-Up Bidder in accordance with the terms of the Back-Up Bid without further order of the Bankruptcy Court. In the event of such failure to close by the Successful Bidder due to a breach or failure to perform by the Successful Bidder, the Successful Bidder shall forfeit its Good Faith Deposit without regard to the Debtors' actual damages occasioned by

such failure, such Good Faith Deposit shall not constitute liquidate damages and the Debtors and their estates shall reserve and retain all available rights and remedies, whether legal or equitable, against the Successful Bidder. The provisions of the immediately preceding sentence shall apply to the Back-Up Bidder in the event of its failure to close due to a breach or failure to perform by the Back-Up Bidder.

K.  **Modifications**

1. Debtors, after consultation with the Committee, may reject at any time before entry of the Sale Approval Order any Bid, Qualified Bid or Overbid that is (i) inadequate or insufficient, (ii) not in conformity with the requirements of the Bankruptcy Code or these Sale Procedures, or (iii) contrary to the best interests of Debtors, their bankruptcy estates and creditors. The Debtors shall not make material modifications to these Sale Procedures without consulting the Committee; provided, however, that, to the extent not contrary to these Sale Procedures Order, the Debtors may make other non-material modifications to such procedures in consultation with Buyer, and after consultation with the Committee, if, in their reasonable judgment, such modifications would be in the best interests of the Debtors' estates and promote an open and fair sale process.

3898243.1