# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRICO MARINE SERVICES, INC, et al.,[1] | ) | Case No. 10-12653 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | | Ref. Docket Nos. 422 & 440 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 12, 2010, I caused to be served the:

   a. "Interim Order Pursuant to 11 U.S.C. §§ 105(A), 361, 363, 507(B), 1107, and 1108 and Federal Rules of Bankruptcy Procedures 4001, 9006(B) and 9014, (A) Authorizing the use of Cash Collateral, (B) Granting Adequate Protection to Prepetition Lenders and (C) Scheduling a Final Hearing," dated November 10, 2010 [Docket No. 422], and

   b. "Statement of Lionberger & Associates Pursuant to Fed. R. Bankr. P. 2014 and Order Authorizing the Debtors to Retain and Employ Professionals Utilized in the Ordinary Course of Business," dated November 10, 2010 [Docket No. 440],

   by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers):Trico Marine Services, Inc. ("TMS") (2405); Trico Marine Assets, Inc. ("TMA") (5404); Trico Marine Operators, Inc. ("TMO") (6124); Trico Marine International, Inc. ("TMI") (3132); Trico Holdco, LLC ("Holdco") (3870); Trico Marine Cayman, L.P. ("Cayman") (5842). The mailing address for all of the Debtors for the purpose of these Cases is 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380.

T:\Clients\TMarine\Affidavits\Interim Cash Colladeral ORd, OCP Statement_DI 422 & 440_AFF_11-12-10.doc

3. All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Konstantina Haidopoulos

Sworn to before me this
12th day of November, 2010

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ASTOUNDRY, INC. | 2441 BARTLETT STREET ATTN: KEVIN HANRATTY HOUSTON TX 77098-5101 |
| BARTLETT HACKETT FEINBERG P.C. | FRANK F. MCGINN 155 FEDERAL STREET, 9TH FLOOR BOSTON MA 02110 |
| BRACEWELL & GIULIANI LLP | ROBERT T. CAREY KURT A. MAYR 1251 AVENUE OF THE AMERICAS, 49TH FLOOR NEW YORK NY 10020-1104 |
| CAHILL GORDON & REINDEL LLP | JOEL H. LEVITIN, ESQ. KEVIN J. BURKE, ESQ. RICHARD A. STIEGLITZ, JR., ESQ. EIGHTY PINE STREET NEW YORK NY 10005-1702 |
| DANIEL M. HAWKE | REGIONAL DIRECTOR SECURITIES AND EXCHANGE COMMISSION PHILADELPHIA REGIONAL OFFICE 701 MARKET STREET PHILADELPHIA PA 19106-1532 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 222 SOUTH RIVERSIDE PLAZA CHICAGO IL 60606-5805 |
| DISCOVERY GROUP, INC. | 702 WEYER STREET ATTN: ROB SANDERS GRETNA LA 70053 |
| DORSEY & WHITNEY (DELAWARE) LP | ERIC LOPEZ SCHNABEL, ESQ. ROBERT W. MALLARD, ESQ. 300 DELAWARE AVENUE, SUITE 100 WILMINGTON DE 19801 |
| DORSEY & WHITNEY LLP | STEVEN J. HEIM, ESQ. KATHERINE CONSTANTINE, ESQ. 50 SOUTH SIXTH STREET, SUITE 1500 MINNEAPOLIS MN 55402 |
| ELLEN W. SLIGHTS, ESQ. | ASSISTANT UNITED STATES ATTORNEY UNITED STATES DEPT. OF JUSTICE 1007 ORANGE STREET, SUITE 700 PO BOX 2046 WILMINGTON DE 19899 |
| FOLEY & LARDNER LLP | MARK F. HEBBELN 321 NORTH CLARK STREET, SUITE 2800 CHICAGO IL 60654 |
| FOLEY & LARDNER LLP | HAROLD L. KAPLAN 321 NORTH CLARK STREET, SUITE 2800 CHICAGO IL 60654 |
| FOX ROTHSCHILD LLP | JEFFREY M. SCHLERF, ESQ. CITIZENS BANK CENTER 919 NORTH MARKET STREET, SUITE 1600 WILMINGTON DE 19801 |
| FRANK E. WILLIAMS, JR. | PO BOX 4004 MERRIFIELD VA 22116 |
| HOURGLASS CAPITAL, LLC | ERIC J. ALFUTH 4409 MONTROSE BLVD., SUITE 100 HOUSTON TX 77006 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 11601 ROOSEVELT BLVD. MAIL DROP N781 PO BOX 21126 PHILADELPHIA PA 19114 |
| JACOB WNUK | 38 OLD NORTHPORT ROAD KINGS PARK NY 11754 |
| JOSEPH S. COMPOFELICE | 18 NETHERFIELD WAY THE WOODLANDS TX 77382 |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP | DAVID S. ROSNER 1633 BROADWAY NEW YORK NY 10019 |
| KASOWITZ BENSON TORRES & FRIEDMAN, LLP | DAVID S. ROSNER, ESQ. ANDREW K. GLENN, ESQ. DAVID J. MARK, ESQ. DANIEL A. FLIMAN, ESQ 1633 BROADWAY NEW YORK NY 10019 |
| LATHAM & WATKINS LLP | ROBERT A. KLYMAN 355 SOUTH GRAND AVENUE LOS ANGELES CA 90071-1560 |
| MASON & PETRUZZI | JAMES PETRUZZI 4900 WOODWAY, SUITE 745 HOUSTON TX 77056 |
| MORRIS JAMES LLP | STEPHEN M. MILLER 500 DELAWARE AVENUE, SUITE 150 P.O. BOX 2306 WILMINGTON DE 19899-2306 |
| NORDEA BANK FINLAND PLC, NEW YORK BRANCH | ALAN WHITE 437 MADISON AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| OBSIDIAN AGENCE SERVICES, INC. | EMILY MAY / PEDRO URRUTIA 2951 28TH STREET, SUITE 1000 SANTA MONICA CA 90405 |
| OFFICE OF THE U.S. ATTORNEY GENERAL | DEPARTMENT OF JUSTICE COMMERCIAL LITIGATION BRANCH ATTN SETH SHAPIRO 950 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20530-0001 |
| OFFICE OF THE UNITED STATE TRUSTEE | 844 KING STREET, SUITE 2313 LOCK BOX 35 ATTN: DAVID BUCHBINDER, ESQ. WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | LAURA DAVIS JONES, ESQ. TIMOTHY P. CAIRNS, ESQ. 919 N. MARKET STREET, 17TH FLOOR PO BOX 8705 WILMINGTON DE 19899-8705 |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | ANDREW N. ROSENBERG ELIZABETH MCCOLM 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| REED SMITH LLP | KURT F. GWYNNE, ESQ. KIMBERLY E.C. LAWSON, ESQ. 1201 N. MARKE STREET, SUITE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | ERIC A. SCHAFFER, ESQ. REED SMITH CENTRE 225 FIFTH AVENUE, SUITE 1200 PITTSBURGH PA 15230-2009 |
| SECRETARY OF STATE | FRANCHISE TAX DIVISION OF CORPORATIONS P.O. BOX 7040 DOVER DE 19903 |
| SECRETARY OF TREASURY | ATTN: OFFICER, MANAGING AGENT OR GENERAL AGENT P.O. BOX 7040 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: MARY SCHAPIRO, SEC CHAIRMAN 100 F STREET, NE WASHINGTON DC 20549 |
| STRASBURGER & PRICE, LLP | W. GARNEY GRIGGS, ESQ. 1401 MCKINNEY, SUITE 2200 HOUSTON TX 77010-4035 |

# TRICO MARINE GROUP
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| STRASBURGER & PRICE, LLP | STEPHEN A. ROBERTS, ESQ. 600 CONGRESS, SUITE 1600 AUSTIN TX 78701-2974 |
| TENNENBAUM CAPITAL PARTNERS | 2951 28TH STREET, SUITE 1000 SANTA MONICA CA 90405 |
| TRICO MARINE GROUP | BRETT CENKUS ASSOCIATE GENERAL COUNSEL 10001 WOODLOCH FOREST DRIVE SUITE 610 THE WOODLANDS TX 77380 |
| TW TELECOM INC. | LINDA BOYLE 10475 PARK MEADOWS DRIVE #400 LITTLETON CO 80124 |
| U.S. BANK | 60 LIVINGSTON AVENUE ST. PAUL MN 55107 |
| UNICREDIT BANK (F/K/A HVB) | 6100 FS01 OFFSHORE ALTER WALL 22 HAMBURG 20457 GERMANY |
| UNION BANK | TRACIE ALDAPE 445 SOUTH FIGUEROA STREET, 8TH FLOOR LOS ANGELES CA 90071 |
| UNION BANK | VANESSA PIMENTEL - ASSISTANT VP COMMERCIAL CUSTOMER SERVICE 1980 SATURN STREET MONTEREY PARK CA 91755 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER 1500 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20220 |
| US DEPARTMENT OF JUSTICE - CIVIL DIVISION | COMMERCIAL LITIGATION BRANCH SETH B. SHAPIRO TRIAL ATTORNEY P.O. BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044 |
| US MARITIME ADMINISTRATION | OFFICE OF SHIP FINANCING 1200 NEW JERSEY AVENUE, SE ROOM 23-432 ATTN: DANIEL LADD WASHINGTON DC 20590 |
| US MARITIME TRANSPORTATION | DEPARTMENT OF TRANSPORTATION OFFICE OF SEALIFT SUPPORT W25-314 1200 NEW JERSEY AVENUE SE ATTN: PATRICIA THOMAS WASHINGTON DC 20590 |
| WELLS FARGO BANK, N.A. | 45 BROADWAY, 12TH FLOOR ATTN: JAMES R. LEWIS NEW YORK NY 10006 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | PATRICK GIORDANO 1445 ROSS AVENUE - 2ND FLOOR DALLAS TX 75202-2812 |
| WHITE & CASE LLP | SCOTT GREISSMAN 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036-2787 |
| WILMINGTON TRUST FSB | 50 SOUTH SIXTH STREET, SUITE 1290 MINNEAPOLIS MN 55402 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN MICHAEL R NESTOR ESQ THE BRANDYWINE BUILDING 1000 WEST STREET 17TH FLOOR WILMINGTON DE 19801 |

**Total Creditor count  52**