# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRICO MARINE SERVICES, INC., *et al.*,[1] | ) | Case No. 10-12653 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 29, 2010 AT **10:00 A.M.** (EASTERN TIME)[3]

## PLEASE NOTE THAT THE HEARING TIME HAS BEEN CHANGED TO 10:00 A.M.

CONTINUED/ADJOURNED MATTERS:

1. Motion Of Arrowgrass Master Fund Ltd. And Arrowgrass Distressed Opportunities Fund Limited For Order (I) Directing Debtor To Place Subsidiaries In Chapter 11 Cases Or, Alternatively, (II) Appointing A Chapter 11 Trustee Pursuant To 11 U.S.C. §§ 1104(a)(1) And (a)(2) (D.I. 359, Filed 10/26/10).

    Related Pleadings:

    (a) Notice Of Hearing On Motion Of Arrowgrass Master Fund Ltd. And Arrowgrass Distressed Opportunities Fund Limited For Order (I) Directing Debtor To Place Subsidiaries In Chapter 11 Cases Or, Alternatively, (II) Appointing A Chapter 11 Trustee Pursuant To 11 U.S.C. §§ 1104(a)(1) And (a)(2) (D.I. 366, Filed 10/27/10); and

    (b) Notice Of Adjournment Of Hearing (D.I. 503, Filed 11/19/10).

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. ("TMS") (2405); Trico Marine Assets, Inc. ("TMA") (5404); Trico Marine Operators, Inc. ("TMO") (6124); Trico Marine International, Inc. ("TMI") (3132); Trico Holdco, LLC ("Holdco") (3870); Trico Marine Cayman, L.P. ("Cayman") (5842). The mailing address for all of the Debtors for the purpose of these Cases is 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380.

[2] Modifications to the Notice of Agenda of Matters are indicated in **bold** type face.

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

Objection Deadline: December 7, 2010 at 4:00 p.m. (ET).

Responses Received: None as of the filing of this agenda.

Status: This matter has been adjourned to the hearing on December 14, 2010 at 1:30 p.m.

UNCONTESTED MATTER GOING FORWARD:

2. Application For Authority To Employ And Retain Ro Sommernes Advokatfirma DA As Special Counsel To The Official Committee Of Unsecured Creditors (D.I. 404, Filed 11/5/2010).

   Related Pleadings:

   (a) Supplemental Declaration Of Knut Ro In Support Of Application For Authority To Employ And Retain Ro Sommernes Advokatfirma DA As Special Counsel To The Official Committee Of Unsecured Creditors (D.I. 444, Filed 11/12/10).

   Objection Deadline: November 22, 2010 at 4:00 p.m. (ET).

   Responses Received: None.

   Status: This matter is going forward.

CONTESTED MATTERS GOING FORWARD:

3. Motion To Lift Automatic Stay (filed by David Connelly) (D.I. 294, Filed 10/14/10).

   Objection Deadline: November 22, 2010 at 4:00 p.m. (ET).

   Responses Received:

   (a) Debtors' Objection To David Connelly's Motion To Lift Automatic Stay (D.I. 509, Filed 11/22/10).

   Status: This matter is going forward.

4. Amended Motion To Lift Automatic Stay (D.I. 304, Filed 10/18/10).

   Related Pleadings:

   (a) Motion Of Steven Jennings For Relief From Stay (D.I. 279, Filed 10/8/10).

   Objection Deadline: November 22, 2010 at 4:00 p.m. (ET).

Responses Received:

(a) Debtors' Objection To Steven Jennings' Amended Motion To Lift Automatic Stay (D.I. 510, Filed 11/22/10).

Status: This matter is going forward.

5. Debtors' Motion For An Order (A) Approving Sale Procedures In Connection With The Sale Of Trico Mystic And Trico Moon Vessels; (B) Scheduling An Auction And Hearing To Consider Approval Of The Sale; And (C) Granting Related Relief (D.I. 376, Filed 10/29/10).

Related Pleadings:

(a) Debtors' Motion To Approve The Sale Of Assets Free And Clear Of Liens, Claims, And Encumbrances To Tidewater Inc. (D.I. 293, Filed 10/13/10);

(b) Debtors' Supplement To Motion For An Order (A) Approving Sale Procedures In Connection With The Sale Of Trico Mystic And Trico Moon Vessels; (B) Scheduling An Auction And Hearing To Consider Approval Of The Sale; And (C) Granting Related Relief (D.I. 391, Filed 11/2/10);

(c) Order Granting Debtors' Motion For An Order (A) Approving Sale Procedures In Connection With The Sale Of Trico Mystic And Trico Moon Vessels; (B) Scheduling An Auction And Hearing To Consider Approval Of The Sale; And (C) Granting Related Relief (D.I. 447, Entered 11/12/10);

(d) Notice Of (A) Sale Procedures in Connection With The Sale Of Trico Mystic And Trico Moon Vessels And (B) Auction And Hearing To Consider Approval Of The Sale (D.I. 462, Filed 11/15/10);

Objection Deadline: November 19, 2010 at 12:00 p.m. (ET).

Responses Received:

(a) Limited Response Of U.S. Bank National Association, As Trustee, To Debtors' Motion For An Order (A) Approving Sale Procedures In Connection With The Sale Of Trico Mystic And Trico Moon Vessels; (B) Scheduling An Auction And Hearing To Consider Approval Of The Sale; And (C) Granting Related Relief (D.I. 502, Filed 11/19/10).

Status: This matter is going forward.

6. Emergency Motion Of The Debtors Pursuant To 11 U.S.C. §§ 105(a), 361, 363, 507(b), 1107, And 1108 And Federal Rules Of Bankruptcy Procedure 4001, 9006(b) And 9014 For An Order (A) Authorizing The Use Of Cash Collateral, (B) Granting Adequate Protection To Prepetition Lenders And (C) Scheduling A Final Hearing (D.I. 416, Filed 11/10/10).

Related Pleadings:

(a) Interim Order Pursuant To 11 U.S.C. §§ 105(a), 361, 363, 507(b), 1107, And 1108 And Federal Rules Of Bankruptcy Procedure 4001, 9006(b) And 9014 For An Order (A) Authorizing The Use Of Cash Collateral, (B) Granting Adequate Protection To Prepetition Lenders And (C) Scheduling A Final Hearing (D.I. 422, Entered 11/10/10).

Objection Deadline: November 22, 2010 at 4:00 p.m. (ET).

Responses Received:

(a) Reply Of The Official Committee Of Unsecured Creditors In Support Of Emergency Motion Of The Debtors Pursuant To 11 U.S.C. §§ 105(a), 361, 363, 507(b), 1107, And 1108 And Federal Rules Of Bankruptcy Procedure 4001, 9006(b) And 9014 For An Order (A) Authorizing The Use Of Cash Collateral, (B) Granting Adequate Protection To Prepetition Lenders And (C) Scheduling A Final Hearing;

(b) Motion For Order Approving The Filing Under Seal Of The: (I) Omnibus Objection Of Obsidian Agency Services, Inc., Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners V, LP, And Special Value Continuation Partners, LP's To Debtors' Emergency Cash Collateral Motion And Sale Motion; (II) Declaration Of Timothy C.W. Gravely In Support Of The Omnibus Objection; And (III) Declaration Of David A. Hollander In Support Of The Omnibus Objection, Pursuant To Sections 105(a) And 107(b) Of The Bankruptcy Code And Bankruptcy Rule 9018 (D.I. 515, Filed 11/22/10); and

(c) Motion Of Obsidian Agency Services, Inc., Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners V, LP, And Special Value Continuation Partners, LP's For Entry Of An Order Shortening Notice Of The Hearing To Consider Obsidian Agency Services, Inc., Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners V, LP, And Special Value Continuation Partners, LP's Motion For Order Approving The Filing Under Seal Of The: (I) Omnibus Objection Of Obsidian Agency Services, Inc., Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners V, LP, And Special Value Continuation Partners, LP's To Debtors' Emergency Cash Collateral Motion And Sale Motion; (II) Declaration Of Timothy C.W. Gravely In Support Of The Omnibus Objection; And (III) Declaration Of

David A. Hollander In Support Of The Omnibus Objection, Pursuant To Sections 105(a) And 107(b) Of The Bankruptcy Code And Bankruptcy Rule 9018 (D.I. 517, Filed 11/23/10).

Status:  This matter is going forward.

7. Debtors' Motion For An Order (A) Approving Sale Procedures To Be Utilized In Connection With The Sale Of Assets, (B) Approving The Form Of Notice Related To Accepted Offers, (C) Authorizing The Sale Of Assets Pursuant To The Sale Procedures, (D) Setting Sale Hearings, And (E) Granting Related Relief (D.I. 460, Filed 11/15/10).

   Related Pleadings:

   (a) Debtors' Motion For An Order Under 11 U.S.C. §102(1) Shortening Notice Relating To Debtors' Motion For An Order (A) Approving Sale Procedures To Be Utilized In Connection With The Sale Of Assets, (B) Approving The Form Of Notice Related To Accepted Offers, (C) Authorizing The Sale Of Assets Pursuant To The Sale Procedures, (D) Setting Sale Hearings, And (E) Granting Related Relief (D.I. 461, Filed 11/15/10); and

   (b) Order Granting Debtors' Motion For An Order Under 11 U.S.C. §102(1) Shortening Notice Relating To Debtors' Motion For An Order (A) Approving Sale Procedures To Be Utilized In Connection With The Sale Of Assets, (B) Approving The Form Of Notice Related To Accepted Offers, (C) Authorizing The Sale Of Assets Pursuant To The Sale Procedures, (D) Setting Sale Hearings, And (E) Granting Related Relief (D.I. 480, Entered 11/17/10).

   Objection Deadline:  November 24, 2010 at 12:00 p.m. (ET).

   Responses Received:

   (a) Motion For Order Approving The Filing Under Seal Of The: (I) Omnibus Objection Of Obsidian Agency Services, Inc., Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners V, LP, And Special Value Continuation Partners, LP's To Debtors' Emergency Cash Collateral Motion And Sale Motion; (II) Declaration Of Timothy C.W. Gravely In Support Of The Omnibus Objection; And (III) Declaration Of David A. Hollander In Support Of The Omnibus Objection, Pursuant To Sections 105(a) And 107(b) Of The Bankruptcy Code And Bankruptcy Rule 9018 (D.I. 515, Filed 11/22/10); and

   (b) Motion Of Obsidian Agency Services, Inc., Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners V, LP, And Special Value Continuation Partners, LP's For Entry Of An Order Shortening Notice Of The Hearing To Consider Obsidian Agency Services, Inc., Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities

Partners V, LP, And Special Value Continuation Partners, LP's Motion For Order Approving The Filing Under Seal Of The: (I) Omnibus Objection Of Obsidian Agency Services, Inc., Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners V, LP, And Special Value Continuation Partners, LP's To Debtors' Emergency Cash Collateral Motion And Sale Motion; (II) Declaration Of Timothy C.W. Gravely In Support Of The Omnibus Objection; And (III) Declaration Of David A. Hollander In Support Of The Omnibus Objection, Pursuant To Sections 105(a) And 107(b) Of The Bankruptcy Code And Bankruptcy Rule 9018 (D.I. 517, Filed 11/23/10).

Status: This matter is going forward.

ADVERSARY PROCEEDING:

8. Trico Marine Service, Inc., et al. v. Obsidian Agency Services, Inc., et al. (Adv. Pro. No. 10-55241).

   Related Pleadings:

   (a) Debtors' Verified Complaint For Immediate Injunctive Relief (A.D.I. 1, Filed 11/10/10);

   (b) Debtors' Motion For Immediate Injunctive Relief And Brief In Support (A.D.I. 2, Filed 11/10/10).

   Responses Received:

   (a) Motion For Order Approving The Filing Under Seal Of The: (I) Omnibus Objection Of Obsidian Agency Services, Inc., Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners V, LP, And Special Value Continuation Partners, LP's To Debtors' Emergency Cash Collateral Motion And Sale Motion; (II) Declaration Of Timothy C.W. Gravely In Support Of The Omnibus Objection; And (III) Declaration Of David A. Hollander In Support Of The Omnibus Objection, Pursuant To Sections 105(a) And 107(b) Of The Bankruptcy Code And Bankruptcy Rule 9018 (D.I. 515, Filed 11/22/10); and

   (b) Motion Of Obsidian Agency Services, Inc., Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners V, LP, And Special Value Continuation Partners, LP's For Entry Of An Order Shortening Notice Of The Hearing To Consider Obsidian Agency Services, Inc., Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners V, LP, And Special Value Continuation Partners, LP's Motion For Order Approving The Filing Under Seal Of The: (I) Omnibus Objection Of Obsidian Agency Services, Inc., Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners V, LP, And Special Value Continuation Partners, LP's To Debtors' Emergency Cash

Collateral Motion And Sale Motion; (II) Declaration Of Timothy C.W. Gravely In Support Of The Omnibus Objection; And (III) Declaration Of David A. Hollander In Support Of The Omnibus Objection, Pursuant To Sections 105(a) And 107(b) Of The Bankruptcy Code And Bankruptcy Rule 9018 (D.I. 517, Filed 11/23/10).

Status: This matter is going forward.

Dated: November 23, 2010
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　/s/ Andrew R. Remming
Robert J. Dehney (No. 3578)
Gregory T. Donilon (No. 4244)
Andrew R. Remming (No. 5120)
L. John Bird (No. 5310)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302.658.9200
Fax: 302.658.3989

-and-

John E. Mitchell (admitted *pro hac vice*)
Angela B. Degeyter (admitted *pro hac vice*)
John P. Napier (admitted *pro hac vice*)
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.999.7787
jmitchell@velaw.com
adegeyter@velaw.com
jnapier@velaw.com

*Attorneys for the Debtors and Debtors-in-Possession*

3913845.2