# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRICO MARINE SERVICES, INC., et al.,[1] | ) Case No. 10-12653 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## DEBTORS' NOTICE OF SELECTION OF SUCCESSFUL BIDDER

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), file this *Notice of Selection of Successful Bidder* (the "Notice") and respectfully submit the following:

1. On October 13, 2010, the Debtors filed their *Motion to Approve the Sale of Assets Free and Clear of Liens, Claims, and Encumbrances to Tidewater Inc.* (the "Sale Motion") [Dkt. No. 293] seeking authorization to sell the Trico Mystic and Trico Moon vessels (the "Vessels") owned by debtor Trico Marine Assets ("TMA") to Tidewater Inc. ("Tidewater"). In connection with the Sale Motion and on October 29, 2010, TMA and Tidewater entered into that certain Heads of Agreement (the "Tidewater Agreement")[2], whereby Tidewater agreed to purchase the Vessels from TMA *en bloc* for a purchase price of $26,000,000.

2. Subsequent to the filing of the Sale Motion, the Debtors filed their *Motion for an Order (A) Approving Sale Procedures in Connection with the Sale of Trico Mystic and Trico Moon Vessels; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; and (C) Granting Related Relief* (the "Sale Procedures Motion") [Dkt. No. 376]. Pursuant to the Sale

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. (2405); Trico Marine Assets, Inc. (2404); Trico Marine Operators, Inc. (6124); Trico Marine International, Inc. (3132); Trico Holdco, LLC (3870); Trico Marine Cayman, L.P. (5842). The mailing address for all of the Debtors for the purpose of these Cases is 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380.

[2] The Tidewater Agreement is attached to the Sale Motion as Exhibit A.

Procedures Motion, the Debtors seek authorization to sell the Vessels (the "Sale") to Tidewater or the bidder who offers the highest and best bid for the Vessels (the "Successful Bidder")

3. On November 12, 2010, the Bankruptcy Court entered an order (the "Sale Procedures Order") [Dkt. No. 447] providing for, among other things, approval of (a) the Sale Procedures contained therein in connection with the Sale of the Vessels, (b) the date for the Auction (defined below), and (c) the date for the Sale Hearing (defined below).

4. Under the Sale Procedures Order, November 23, 2010 at 12:00 p.m. (prevailing Central Time) was established as the deadline (the "Bid Deadline") for submission of bids. On November 23, 2010, prior to the Bid Deadline, the Debtors received offers from Odyssea Vessels, Inc. ("Odyssea"), PACC Offshore Services Holdings Pte Lte ("PACC"), and Seacor Marine LLC ("Seacor"). Odyssea, PACC, and Seacor were declared Qualified Bidders by the Debtors in accordance with the Sale Procedures. The Debtors previously declared that Tidewater was a Qualified Bidder in the Sale Procedures Motion.

5. Pursuant to the Sale Procedures Order, the Debtors held an Auction (the "Auction") on November 24, 2010 at 10:00 a.m. (prevailing Central Time). Appearing at the Auction were representatives from Seacor, Odyssea, PACC, and Tidewater.

6. At the Auction, the Debtors selected Tidewater as the Successful Bidder, and accordingly amended the Tidewater Agreement[3] to provide for a total purchase price of $30,500,000. Additionally, Tidewater has agreed to close on the Trico Moon as soon as the order approving the Sale becomes a "final order."

7. The Debtors, in consultation with the Committee, believe that the bid submitted by Tidewater is the highest and best offer available for the Vessels. Therefore, the Debtors have

---

[3] A copy of the Tidewater Agreement, as amended, is attached hereto as **Exhibit A**.

determined, in the exercise of their business judgment, to accept the offer submitted by Tidewater as the highest and best offer, upon approval by the Court.

8. In accordance with the Sale Procedures Order, the Court will consider approval of the Sale to Tidewater on November 29, 2010 at 10:00 a.m. (prevailing Eastern Time) (the "Sale Hearing").

November 24, 2010
Wilmington, Delaware

Respectfully submitted,

/s/ Robert J. Dehney
Robert J. Dehney (No. 3578)
Curtis S. Miller (No. 4583)
Andrew R. Remming (No. 5120)
L. John Bird (No. 5310)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302.658.9200
Fax: 302.658.3989

-and-

John E. Mitchell
Tonya M. Ramsey
Angela B. Degeyter
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.999.7787
jmitchell@velaw.com
tramsey@velaw.com
adegeyter@velaw.com

*Attorneys for the Debtors and Debtors-in-Possession*

DEBTORS' NOTICE OF SUCCESSFUL BIDDER
US 659685v.1

Page 3 of 3