IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRICO MARINE SERVICES, INC., et al.[1] | ) | Case No. 10-12653 (BLS) |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | Hearing Date: November 29, 2010 at 10:00 a.m. EST |
| | ) | Objection Due: November 26, 2010 at 5:00 p.m. EST |
| | ) | |

**OBJECTIONS OF THE UNITED STATES OF AMERICA TO DEBTOR'S MOTION AND PROPOSED ORDER APPROVING SALE PROCEDURES, ETC.**

The United States of America, on behalf of the United States Maritime Administration ("MARAD"), asserts this objection to Debtor's request for an order approving sale procedures. The bases for this objection are two: 1) The draft of the proposed order does not take into consideration that MARAD's regulatory approval is required for any sale to an entity which is not a United States citizen; and 2) the draft of the proposed order does not treat, indeed does not even mention, MARAD's first preferred fleet mortgage within the meaning of 46 USC 31322 (the "MARAD Mortgage"), which it holds on the vessels, SPIRIT RIVER and HONDO RIVER (the "Vessels"), and therefore, appears improperly to grant priority of payment to a sales brokerage fee and the unspecified costs of the sale.

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. (2405); Trico Marine Assets, Inc. (2404); Trico Marine Operators, Inc. (6124); Trico Marine International, Inc. (3132); Trico Holdco, LLC (3870); Trico Marine Cayman, L.P. (5842). The mailing address for all of the Debtors for the purpose of these Cases is 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380. [2] Capitalized terms used but not defined herein shall have the meaning given to them in the Motion.

1

Section 56101 of Title 46, United States Code, states, in relevant part:

… a person may not without the approval of the Secretary of Transportation -

(A) sell, lease, charter, deliver, or in any other manner transfer or agree to sell, lease, charter, deliver or in any manner transfer to a person not a citizen of the United States, an interest in or control of -

(i) a documented vessel owned by a citizen of the United States; or

(ii) a vessel last documented under the laws of the United States; or

(B) place under foreign registry, or operate under the authority of a foreign registry, a documented vessel or a vessel last documented under the laws of the United States.

MARAD is the agency within the U.S. Department of Transportation with the expertise and authority to grant or withhold such approval. *See 46 CFR 221*. The Debtor is a U.S. citizen operating a U.S. flag vessel, documented under the laws of the United States. Although the citizenship status of any potential purchaser of the Vessel(s) is unknown, a provision should be included in the order which deals with the contingency that the highest and best bidder is not a U.S. citizen, thereby requiring MARAD approval before the transaction may be consummated.

Preferred mortgages that are properly filed, as is the case with the MARAD Mortgage, have priority over all liens against a vessel except for certain preferred maritime liens which are defined as: 1) a maritime lien arising before a preferred mortgage is filed; 2) damages arising out of maritime tort; 3) wages of a stevedore; 4) crew wages; 5) general average; or 6) salvage. 46 U.S.C.§ 31301(5). Liens for these items are the only liens which preempt the MARAD Mortgage. Any brokerage fees and costs of sale of the Vessels cannot be considered preferred maritime liens and, therefore,

2

are subordinate to MARAD's rights to the proceeds of any sale of the Vessels. *See also 46 USC 31326*. Accordingly, MARAD respectfully requests the draft order be modified to state that MARAD's Mortgage is to be fully satisfied before the payment of any fees, costs or other obligations relating to the Spirit River and the Hondo River.

Dated: November 26, 2010

**TONY WEST**
Assistant Attorney General

**DAVID C. WEISS**
United States Attorney


 /s/ E. Kathleen Shahan
**J. CHRISTOPHER KOHN**
**TRACY J. WHITAKER**
**SETH B. SHAPIRO**
**E. KATHLEEN SHAHAN**
U.S. Department of Justice-Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-7164
Fax: (202) 307-0494

**Attorneys for the United States of America, on behalf of the United States Department of Transportation - Maritime Administration**