# CERTIFICATE OF SERVICE

I, Shanti M. Katona, Esq., of Polsinelli Shughart PC, hereby certify that on the 27th day of November, 2010, I caused to be served a copy of **ODYSSEA VESSELS, INC.'S LIMITED OBJECTION TO DEBTORS' NOTICE OF SELECTION OF SUCCESSFUL BIDDER; AND OVERBID ON THE TRICO MOON** upon the parties listed below by electronic mail and on all parties registered to receive notice through the Electronic Case Filing ("ECF") System:

Tonya Ramsey, Esq.
Angela Degeyter, Esq.
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
tramsey@velaw.com
adegeyter@velaw.com

Robert Dehney, Esq.
Gregory Donilon, Esq.
Andrew Remming, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
rdehney@mnat.com
gdonilon@mnat.com
aremming@mnat.com

                                                          */s/ Shanti M. Katona*
                                                          Shanti M. Katona (Del. Bar. No. 5352)