# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRICO MARINE SERVICES, INC., et al.,[1] | ) Case No. 10-12653 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF CONTINUED AUCTION AND HEARING TO CONSIDER APPROVAL OF SALE OF THE TRICO MYSTIC AND TRICO MOON VESSELS

1. At the hearing on November 29, 2010, the Bankruptcy Court continued the auction (the "Auction") of the Trico Mystic and Trico Moon vessels (the "Vessels") conducted on November 24, 2010 at 10:00 a.m. (prevailing Eastern Time) pursuant to the Bankruptcy Court's *Order Granting Debtors Motion For An Order (A) Approving Sale Procedures In Connection With The Sale Of Trico Mystic And Trico Moon Vessels; (B) Scheduling An Auction And Hearing To Consider Approval Of The Sale; And (C) Granting Related Relief* [Dkt. No. 447].

2. The Auction will resume on **November 30, 2010 at 8:00 a.m.** (prevailing Eastern Time) at the offices of Morris Nichols Arsht & Tunnell LLP, 1201 North Market Street, 18th Floor, Wilmington, DE, 19899-1347. Those wishing to attend the Auction via telephone can do so by dialing 1-877-434-2295 followed by the following passcode: 3023519405.

3. The bid from PACC Offshore Services Holdings Pte Lte ("PACC") will serve as the opening bid for the continued Auction. PACC's bid includes the points announced on the record with its opening consideration being $30,750,000 for the Vessels, *en bloc*.

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. (2405); Trico Marine Assets, Inc. (2404); Trico Marine Operators, Inc. (6124); Trico Marine International, Inc. (3132); Trico Holdco, LLC (3870); Trico Marine Cayman, L.P. (5842). The mailing address for all of the Debtors for the purpose of these Cases is 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380.

4. The hearing on the sale of the Vessels to the bidder offering the highest and best offer will be held before the Honorable Brendan L. Shannon, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware, 19801 on **November 30, 2010 at 12:00 p.m.** (prevailing Eastern Time), or at such time thereafter as counsel may be heard.

November 29, 2010
Wilmington, Delaware

Respectfully submitted,

Robert J. Dehney (No. 3578)
Gregory T. Donilon (No. 4244)
Andrew R. Remming (No. 5120)
L. John Bird (No. 5310)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302.658.9200
Fax: 302.658.3989

-and-

John E. Mitchell
Tonya M. Ramsey
Angela B. Degeyter
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.999.7787
jmitchell@velaw.com
tramsey@velaw.com
adegeyter@velaw.com

*Attorneys for the Debtors and Debtors-in-Possession*