**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Trico Marine Services, Inc., *et al.*, | ) | Case No. 10-12653 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |

**MOTION AND ORDER FOR ADMISSION**
***PRO HAC VICE* OF ALEXANDER FISCH**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Alexander Fisch, Esquire of Stutman Treister & Glatt, 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067 to represent Odyssea Vessels, Inc. in the above-referenced bankruptcy case.

Dated: November 30, 2010

**POLSINELLI SHUGHART PC**

By: */s/ Shanti M. Katona*

Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
(302) 252-0920 (Telephone)
(302) 252-0921 (Facsimile)
cward@polsinelli.com
skatona@polsinelli.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

/s/ *Alexander Fisch*
Alexander Fisch, Esq.
STUTMAN TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars
12th Floor
Los Angeles, California 90067
Tel: 310-228-5600
Fax: 310-228-5788
afisch@stutman.com

Dated: November 30, 2010

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: November ___, 2010

______________________________
The Honorable Brendan L. Shannon
United States Bankruptcy Judge