# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRICO MARINE SERVICES, INC., *et al.*,[1] | ) | Case No. 10-12653 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

NOTICE OF EMERGENCY TELEPHONIC[2] CONFERENCE OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 9, 2010 AT 11:00 A.M. (EASTERN TIME)

MATTERS GOING FORWARD:

1. Debtors' Motion to (I) Continue the Deadlines to Object to and the Hearings on: (A) The Motion of Arrowgrass Master Fund Ltd. and Arrowgrass Distressed Opportunities Fund Limited for Order (I) Directing Debtor to Place Subsidiaries in Chapter 11 Cases or, Alternatively, (II) Appointing a Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 1104(a)(1) and (a)(2) (the "Arrowgrass Motion"); and (B) the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Prosecute Causes of Action on Behalf of the Debtors' Estates (the "Standing Motion") and (II) Schedule a Status Conference to Consider Entry of a Scheduling Order with Respect to the Arrowgrass Motion, the Standing Motion and Debtors' Motion Pursuant to Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule 9019 for an Order Authorizing the Debtors to Compromise Certain Intercompany Claims and Equity Interests (D.I. 586, Filed 12/8/10).

   Related Pleadings:

   (a) Motion Of Arrowgrass Master Fund Ltd. And Arrowgrass Distressed Opportunities Fund Limited For Order (I) Directing Debtor To Place Subsidiaries In Chapter 11 Cases Or, Alternatively, (II) Appointing A

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. ("TMS") (2405); Trico Marine Assets, Inc. ("TMA") (5404); Trico Marine Operators, Inc. ("TMO") (6124); Trico Marine International, Inc. ("TMI") (3132); Trico Holdco, LLC ("Holdco") (3870); Trico Marine Cayman, L.P. ("Cayman") (5842). The mailing address for all of the Debtors for the purpose of these Cases is 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380.

[2] **PLEASE TAKE NOTICE that any party that wishes to participate at the Telephonic Hearing must make arrangements to do so through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946) no later than 10:30 a.m. (prevailing Eastern time) on December 9, 2010. Any party that fails to make arrangements through CourtCall by 10:30 a.m. (prevailing Eastern time) on December 9, 2010, may be prohibited from participating at the Telephonic Hearing.**

Chapter 11 Trustee Pursuant To 11 U.S.C. §§ 1104(a)(1) And (a)(2) (D.I. 359, Filed 10/26/10);

(b) Motion Of The Official Committee Of Unsecured Creditors For Entry Of An Order Granting Leave, Standing And Authority To Prosecute Causes Of Action On Behalf Of The Debtors' Estates (D.I. 534, Filed 11/24/10);

(c) (A) Supplement To Motion Of Arrowgrass Master Fund Ltd. And Arrowgrass Distressed Opportunities Fund Limited For Appointment Of A Chapter 11 Trustee And (B) Limited Objection To Motion Of Creditors' Committee For Authority To Prosecute Causes Of Action (D.I. 574, Filed 12/6/10); and

(d) Debtors' Motion Pursuant To Bankruptcy Code Sections 105 And 363 And Bankruptcy Rule 9019 For An Order Authorizing The Debtors To Compromise Certain Intercompany Claims And Equity Interests (D.I. 581, Filed 12/6/10).

Status: This matter is going forward.

Dated: December 8, 2010
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew R. Remming*
Robert J. Dehney (No. 3578)
Gregory T. Donilon (No. 4244)
Andrew R. Remming (No. 5120)
L. John Bird (No. 5310)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302.658.9200
Fax: 302.658.3989

-and-

John E. Mitchell (admitted *pro hac vice*)
Angela B. Degeyter (admitted *pro hac vice*)
John P. Napier (admitted *pro hac vice*)
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.999.7787

jmitchell@velaw.com
adegeyter@velaw.com
jnapier@velaw.com

*Attorneys for the Debtors and
Debtors-in-Possession*