# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRICO MARINE SERVICES, INC., *et al.*,[1] | ) | Case No. 10-12653 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

### NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 14, 2010 AT 1:30 P.M. (EASTERN TIME)[3]

CONTINUED/ADJOURNED MATTERS:

1. Motion Of Arrowgrass Master Fund Ltd. And Arrowgrass Distressed Opportunities Fund Limited For Order (I) Directing Debtor To Place Subsidiaries In Chapter 11 Cases Or, Alternatively, (II) Appointing A Chapter 11 Trustee Pursuant To 11 U.S.C. §§ 1104(a)(1) And (a)(2) (D.I. 359, Filed 10/26/10).

    Related Pleadings:

    (a) Notice Of Hearing On Motion Of Arrowgrass Master Fund Ltd. And Arrowgrass Distressed Opportunities Fund Limited For Order (I) Directing Debtor To Place Subsidiaries In Chapter 11 Cases Or, Alternatively, (II) Appointing A Chapter 11 Trustee Pursuant To 11 U.S.C. §§ 1104(a)(1) And (a)(2) (D.I. 366, Filed 10/27/10);

    (b) Notice Of Adjournment Of Hearing (D.I. 503, Filed 11/19/10);

    (c) (A) Supplement To Motion Of Arrowgrass Master Fund Ltd. And Arrowgrass Distressed Opportunities Fund Limited For Appointment Of A Chapter 11 Trustee And (B) Limited Objection To Motion Of Creditors' Committee For Authority To Prosecute Causes Of Action (D.I. 574, Filed 12/6/10).

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. ("TMS") (2405); Trico Marine Assets, Inc. ("TMA") (5404); Trico Marine Operators, Inc. ("TMO") (6124); Trico Marine International, Inc. ("TMI") (3132); Trico Holdco, LLC ("Holdco") (3870); Trico Marine Cayman, L.P. ("Cayman") (5842). The mailing address for all of the Debtors for the purpose of these Cases is 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380.

[2] Modifications to the Notice of Agenda of Matters are indicated in **bold** type face.

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

<u>Objection Deadline</u>: December 7, 2010 at 4:00 p.m. (ET).

<u>Responses Received</u>:

a)    Debtors' Motion to (I) Continue the Deadlines to Object to and the Hearings on: (A) The Motion of Arrowgrass Master Fund Ltd. and Arrowgrass Distressed Opportunities Fund Limited for Order (I) Directing Debtor to Place Subsidiaries in Chapter 11 Cases or, Alternatively, (II) Appointing a Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 1104(a)(1) and (a)(2) (the "Arrowgrass Motion"); and (B) the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Prosecute Causes of Action on Behalf of the Debtors' Estates (the "Standing Motion") and (II) Schedule a Status Conference to Consider Entry of a Scheduling Order with Respect to the Arrowgrass Motion, the Standing Motion and Debtors' Motion Pursuant to Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule 9019 for an Order Authorizing the Debtors to Compromise Certain Intercompany Claims and Equity Interests (D.I. 586, Filed 12/8/10).

<u>Status</u>: This matter has been adjourned to the hearing on January 12, 2011 at 9:00 a.m. The Debtors intend to present an agreed scheduling order regarding this matter at the hearing.

2.    Motion Of The Official Committee Of Unsecured Creditors For Entry Of An Order Granting Leave, Standing And Authority To Prosecute Causes Of Action On Behalf Of The Debtors' Estates (D.I. 534, Filed 11/24/10).

<u>Objection Deadline</u>: December 7, 2010 at 12:00 p.m. (ET).

<u>Responses Received</u>:

a)    Debtors' Motion to (I) Continue the Deadlines to Object to and the Hearings on: (A) The Motion of Arrowgrass Master Fund Ltd. and Arrowgrass Distressed Opportunities Fund Limited for Order (I) Directing Debtor to Place Subsidiaries in Chapter 11 Cases or, Alternatively, (II) Appointing a Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 1104(a)(1) and (a)(2) (the "Arrowgrass Motion"); and (B) the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Prosecute Causes of Action on Behalf of the Debtors' Estates (the "Standing Motion") and (II) Schedule a Status Conference to Consider Entry of a Scheduling Order with Respect to the Arrowgrass Motion, the Standing Motion and Debtors' Motion Pursuant to Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule 9019 for an Order Authorizing the Debtors to Compromise Certain Intercompany Claims and Equity Interests (D.I. 586, Filed 12/8/10); and

b) (A) Supplement To Motion Of Arrowgrass Master Fund Ltd. And Arrowgrass Distressed Opportunities Fund Limited For Appointment Of A Chapter 11 Trustee And (B) Limited Objection To Motion Of Creditors' Committee For Authority To Prosecute Causes Of Action (D.I. 574, Filed 12/6/10).

Status: This matter has been adjourned to the hearing on January 12, 2011 at 9:00 a.m. The Debtors intend to present an agreed scheduling order regarding this matter at the hearing.

UNCONTESTED MATTERS WITH CNO:

3. Debtors' Application To Employ B&W Tech, Inc. As Vessel Broker For The Debtors (D.I. 476, Filed 11/16/10).

    Related Pleadings:

    a) Certification Of No Objection Regarding Docket No. 476 (D.I. 602, Filed 12/9/10); and

    b) **Order Granting Debtors' Application To Employ B&W Tech, Inc. As Vessel Broker For The Debtors (D.I. 617, Entered 12/10/10).**

    Objection Deadline: November 30, 2010 at 4:00 p.m. (ET).

    Responses Received: None.

    Status: **An order has been signed. No hearing is necessary.**

4. Debtors' Motion Pursuant To Federal Rules Of Bankruptcy Procedure 9006 And 9027 To Enlarge The Time To File Notices Of Removal Of Related Proceedings (D.I. 491, Filed 11/18/10).

    Related Pleadings:

    a) Certification Of No Objection Regarding Docket No. 491 (D.I. 601, Filed 12/9/10); and

    b) **Order Granting Debtors' Motion Pursuant To Federal Rules Of Bankruptcy Procedure 9006 And 9027 To Enlarge The Time To File Notices Of Removal Of Related Proceedings (D.I. 616, Filed 12/10/10).**

    Objection Deadline: December 2, 2010 at 4:00 p.m. (ET).

    Responses Received: None.

    Status: **An order has been signed. No hearing is necessary.**

CONTESTED MATTERS GOING FORWARD:

5.     Motion To Lift Automatic Stay (filed by David Connelly) (D.I. 294, Filed 10/14/10).

    Objection Deadline: November 22, 2010 at 4:00 p.m. (ET).

    Responses Received:

    (a)     Debtors' Objection To David Connelly's Motion To Lift Automatic Stay (D.I. 509, Filed 11/22/10).

    Status: This matter is going forward.

6.     Amended Motion To Lift Automatic Stay (D.I. 304, Filed 10/18/10).

    Related Pleadings:

    (a)     Motion Of Steven Jennings For Relief From Stay (D.I. 279, Filed 10/8/10).

    Objection Deadline: November 22, 2010 at 4:00 p.m. (ET).

    Responses Received:

    (a)     Debtors' Objection To Steven Jennings' Amended Motion To Lift Automatic Stay (D.I. 510, Filed 11/22/10).

    Status: This matter is going forward.

7.     Debtors' Motion For An Order (A) Approving Sale Procedures To Be Utilized In Connection With The Sale Of Assets, (B) Approving The Form Of Notice Related To Accepted Offers, (C) Authorizing The Sale Of Assets Pursuant To The Sale Procedures, (D) Setting Sale Hearings, And (E) Granting Related Relief (D.I. 460, Filed 11/15/10).

    **Related Pleadings:**

    **a)**     **Certification Of Counsel Regarding Revised Order Granting Debtors' Motion For An Order (A) Approving Sale Procedures To Be Utilized In Connection With The Sale Of Assets, (B) Approving The Form Of Notice Related To Accepted Offers, (C) Authorizing The Sale Of Assets Pursuant To The Sale Procedures, (D) Setting Sale Hearings, And (E) Granting Related Relief (D.I. 614, Filed 12/10/10); and**

    **b)**     **Order Granting Debtors' Motion For An Order (A) Approving Sale Procedures To Be Utilized In Connection With The Sale Of Assets, (B) Approving The Form Of Notice Related To Accepted Offers, (C) Authorizing The Sale Of Assets Pursuant To The Sale Procedures, (D) Setting Sale Hearings, And (E) Granting Related Relief (D.I. 623, Filed 12/13/10).**

Objection Deadline: November 24, 2010 at 12:00 p.m. (ET).

Responses Received:

(a) Omnibus Objection Of Obsidian Agency Services, Inc., Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners V, LP, And Special Value Continuation Partners, LP's To (I) Debtors' Emergency Motion Pursuant To 11 U.S.C. §§ 105(a), 361, 363, 507(b), 1107, And 1108 And Federal Rules Of Bankruptcy Procedure 4001, 9006(b) And 9014 For An Order (A) Authorizing The Use Of Cash Collateral, (B) Granting Adequate Protection To Pre-Petition Lenders And (C) Scheduling A Final Hearing, (II) Debtors' Motion For An Order (A) Approving Sale Procedures To Be Utilized In Connection With The Sale Of Assets, (B) Approving The Form Of Notice Related To Accept Offers, (C) Authorizing The Sale Of Assets Pursuant To The Sale Procedures, (D) Setting Sale Hearings, And (E) Granting Related Relief; And (III) Debtors' Verified Complaint For Immediate Injunctive Relief (FILED UNDER SEAL); and

(b) Objection Of The United States Of America ("MARAD") To Debtor's Motion And Proposed Order Approving Sale Procedures, Etc. (D.I. 535, Filed 11/26/10).

Status: **An order has been signed. No hearing is necessary.**

8. Motion Of The Bank Of New York Mellon Trust Company, N.A. For An Order (I) Providing That The Automatic Stay Does Not Apply Or, In The Alternative, (II) Granting Relief From The Automatic Stay (D.I. 513, Filed 11/22/10).

   **Related Pleadings:**

   a) **Evidentiary Stipulation By And Between The Debtors And The Bank Of New York Mellon Trust Company, N.A., As Indenture Trustee, Regarding Motion Of The Bank Of New York Mellon Trust Company, N.A. For An Order (I) Providing That The Automatic Stay Does Not Apply Or, In The Alternative, (II) Granting Relief From The Automatic Stay (D.I. 615, Filed 12/10/10).**

   Objection Deadline: December 7, 2010 at 12:00 p.m. (ET).

   Responses Received:

   a) Debtors' Response To Motion Of The Bank Of New York Mellon Trust Company, N.A. For An Order (I) Providing That The Automatic Stay Does Not Apply Or, In The Alternative, (II) Granting Relief From The Automatic Stay (D.I. 600, Filed 12/9/10).

   Status: This matter is going forward.

9. Debtors' Second Motion To Execute Amended Credit Documents (D.I. 578, Filed 12/6/10).

   Related Pleadings:

   a) Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Second Motion To Execute Amended Credit Documents (D.I. 579, Filed 12/6/10);

   b) Order Granting Debtors' Motion For An Order 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Second Motion To Execute Amended Credit Documents (D.I. 583, Entered 12/7/10);

   c) **Notice Of Supplement To Debtors' Second Motion To Execute Amended Credit Documents (D.I. 618, Filed 12/10/10); and**

   d) **Notice Of Withdrawal Of Docket No. 578 (D.I. 622, Filed 12/13/10).**

   Objection Deadline: December 10, 2010 at 12:00 p.m. (ET).

   Responses Received:

   a) **Official Committee Of Unsecured Creditors' Objection To Debtors' Motion To Execute Amended Credit Documents (D.I. 619, Filed 12/12/10).**

   Status: **The Debtors have withdrawn this motion.**

10. Debtors' Motion To Approve The Sale Of Assets Free And Clear Of Liens, Claims, And Encumbrances To Riverman Nigeria Limited (D.I. 594, Filed 12/8/10).

    Related Pleadings:

    a) Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion To Approve The Sale Of Assets Free And Clear Of Liens, Claims, And Encumbrances To Riverman Nigeria Limited (D.I. 595, Filed 12/8/10); and

    b) Order Granting Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion To Approve The Sale Of Assets Free And Clear Of Liens, Claims, And Encumbrances To Riverman Nigeria Limited (D.I. 604, Entered 12/9/10).

    Objection Deadline: December 13, 2010 at 12:00 p.m. (ET).

    Responses Received: Informal comments received from MARAD.

    a) **Objection Of The Official Committee Of Unsecured Creditors To Debtors' Motion To Approve The Sale Of Assets Free And Clear Of**

**Liens, Claims, And Encumbrances To Riverman Nigeria Limited (D.I. 620, Filed 12/13/10).**

<u>Status</u>:  This matter is going forward.

Dated:  December 13, 2010
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew R. Remming*
Robert J. Dehney (No. 3578)
Gregory T. Donilon (No. 4244)
Andrew R. Remming (No. 5120)
L. John Bird (No. 5310)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
Tel:  302.658.9200
Fax:  302.658.3989

-and-

John E. Mitchell (admitted *pro hac vice*)
Angela B. Degeyter (admitted *pro hac vice*)
John P. Napier (admitted *pro hac vice*)
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel:  214.220.7700
Fax: 214.999.7787
jmitchell@velaw.com
adegeyter@velaw.com
jnapier@velaw.com

*Attorneys for the Debtors and Debtors-in-Possession*

3948266.2