# SIGN-IN SHEET

**CASE NAME:** TRICO MARINE SERVICES  **COURTROOM NO.:** 1 / JUDGE SHANNON
**CASE NO.:** 10-12653  **DATE: DECEMBER 14, 2010**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David L. Dunbinder | USTP / DOJ | UST |
| John Mitchell | V+E | Debtors |
| Angela Degeyter | V+E | " |
| Robert Debney | AWAT | " |
| Andrew Remming | AWAT | " |
| Kerri Mumba | Landis Rath Cobb | Cowen 2nd Lien Lenders |