# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRICO MARINE SERVICES, INC., *et al.*,[1] | ) | Case No. 10-12653 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON JANUARY 13, 2011 AT 9:30 A.M. (EASTERN TIME)[2]

CONTESTED MATTERS GOING FORWARD

I. Emergency Motion Of PACC Offshore Services Holding Pte Ltd For (A) Immediate Telephonic Hearing On Dispute Over Memorandum Of Agreement And (B) Order Enforcing The Sale Order And Prohibiting Debtors From Withdrawing Or Distributing Escrowed Funds Pending Further Order Of The Court And/Or Directing The Parties To Arbitration (D.I. 741, Filed 1/11/2011).

    Related Pleadings:

    A. Motion Of PACC Offshore Services Holding Pte Ltd For An Order Directing Trico Marine Services, Inc., Et Al. To Return Buyer's Escrowed Funds Or Directing The Parties To Expedited Arbitration (D.I. 750, Filed 1/12/11);

    B. Motion Of Obsidian Agency Services, Inc., Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners V, LP, And Special Value Continuation Partners, LP'S To Compel PACC To Consummate The Sale Of The Mystic (D.I. 752, Filed 1/12/11).

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. ("TMS") (2405); Trico Marine Assets, Inc. ("TMA") (5404); Trico Marine Operators, Inc. ("TMO") (6124); Trico Marine International, Inc. ("TMI") (3132); Trico Holdco, LLC ("Holdco") (3870); Trico Marine Cayman, L.P. ("Cayman") (5842). The mailing address for all of the Debtors for the purpose of these Cases is 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380.

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

Objection Deadline:  January 12, 2011, at 5:00 p.m. (ET).

Responses Received:

a. Objection of Official Committee of Unsecured Creditors to Motion of PACC Offshore Services Pte Ltd to Order Enforcing Sale Order (D.I. 749, Filed 1/12/11);

b. Debtors' Objection to Emergency Motion of PACC Offshore Services Pte Ltd for (A) Immediate Telephonic Hearing on Dispute Over Memorandum of Agreement and (B) Order Enforcing the Sale Order and Prohibiting Debtors from Withdrawing or Distributing Escrowed Funds Pending Further Order of the Court and/or Directing the Parties to Arbitration (D.I. 751, Filed 1/12/11).

Status:  This matter is going forward.

Dated:  January 13, 2011
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew R. Remming*
Robert J. Dehney (No. 3578)
Eric Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
Tel:  302.658.9200
Fax:  302.658.3989

-and-

John E. Mitchell (admitted *pro hac vice*)
Angela B. Degeyter (admitted *pro hac vice*)
John P. Napier (admitted *pro hac vice*)
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel:  214.220.7700
Fax: 214.999.7787
jmitchell@velaw.com
adegeyter@velaw.com
jnapier@velaw.com

*Attorneys for the Debtors and*