# SIGN-IN SHEET

**CASE NAME:** TRICO MARINE SERVICES     **COURTROOM NO.:** 1 / JUDGE SHANNON
**CASE NO.:** 10-12653     **DATE: JANUARY 13, 2011**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Peter McLauchlan | Gardere Wynne Sewell | PACC |
| Don Baskone | Ashby & Geddes | " |
| Leigh-Anne Raport | " | " |
| Jamie O'Neill | PSZJ | Committee |
| David Marks | Kasowitz Benson Torres Friedman | Cypress Lbs |
| David L. Buchbinder | USDOJ OST | UST |
| John Mitchell | V&E | Debtors |
| Travis Ramsey | V&E | " |
| Robert Dehney | MNAT | " |
| Eric Shwartz | MNAT | " |
| Andrew Remming | MNAT | " |
| Michael R. Nestor | YCST | Tennenbaum |
| Robert Klyman | Latham & Watkins | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon
### #1

Calendar Date: 01/13/2011
Calendar Time: 09:30 AM ET

Amended Calendar 01/13/2011 05:08 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3965436 | Andrew Ambruoso | (212) 819-8967 | White & Case | Creditor, Nordea Bank Finland PLC, New York Branch / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3967318 | Richard F. Casher | (212) 506-1732 | Kasowitz Benson Torres & Friedman | Creditor, Creditors Committee / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3966054 | Tarik Dalton | (212) 538-0519 | Credit Suisse | Interested Party, Tarik Dalton / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3967075 | David Dunn | (212) 584-5946 | Arrowgrass Capital Services UK | Creditor, Arrowgrass / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3967113 | Daniel Fliman | (212) 506-1713 | Kasowitz Benson Torres & Friedman | Creditor, Creditors Committee / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3967154 | Andrew Glenn | (212) 506-1747 | Kasowitz Benson Torres & Friedman | Creditor, Creditors Committee / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3967819 | Tim Gravely | (310) 566-1036 | Tenenbaum Capital Partners | Interested Party, Tennenbaum Capital Partners / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3967812 | David A. Hollander | 310-566-1036 | Tenenbaum Capital Partners | Creditor, Tennenbaum Capital Partners / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3967638 | Robert Klyman | (213) 485-1234 | Latham & Watkins LLP | Creditor, Tennenbaum / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3967193 | David Mark | 212-506-1990 | Kasowitz Benson Torres & Friedman | Creditor, Creditors Committee / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3968808 | Abhishek Mathur | (212) 850-2822 | Andrew & Kurth LLP- New York | Interested Party, Andrew & Kurth / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3965369 | Kurt A. Mayr | (860) 256-8534 | Bracewell & Giuliani - Conneticut | Interested Party, Certain Secured Note Holders / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3967609 | Kerri K. Mumford | 302-467-4414 | Landis Rath & Cobb, LLP | Creditor, Holders of Certain 8.125% Secured Notes / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3965384 | Soham Naik | (212) 508-6171 | Bracewell & Giuliani - New York | Creditor, Holders of Certain 8.125 % and Secured Notes / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3967276 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Creditor, Creditors Committee / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3971315 | Brad Sweeney | (212) 412-7689 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |

# Court Conference

Calendar Date: 01/13/2011
Calendar Time: 09:30 AM ET

Amended Calendar 01/13/2011 06:03 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3965436 | Andrew Ambruoso | (212) 819-8967 | White & Case | Creditor, Nordea Bank Finland PLC, New York Branch / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3971395 | Angela Blandino Degeyter | (214) 220-7763 | Vinson & Elkins LLP | Debtor, Trico Marine Services, Inc. / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3971455 | Liana Bounanno | (302) 658-9200 ext. 168 | Evercore Partners | Interested Party, Trico Marine Services, Inc. / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3967318 | Richard F. Casher | (212) 506-1732 | Kasowitz Benson Torres & Friedman | Creditor, Creditors Committee / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3966054 | Tarik Dalton | (212) 538-0519 | Credit Suisse | Interested Party, Tarik Dalton / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3967075 | David Dunn | (212) 584-5946 | Arrowgrass Capital Services UK | Creditor, Arrowgrass / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3967113 | Daniel Fliman | (212) 506-1713 | Kasowitz Benson Torres & Friedman | Creditor, Creditors Committee / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3967154 | Andrew Glenn | (212) 506-1747 | Kasowitz Benson Torres & Friedman | Creditor, Creditors Committee / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3967819 | Tim Gravely | (310) 566-1036 | Tenenbaum Capital Partners | Interested Party, Tennenbaum Capital Partners / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3967812 | David A. Hollander | 310-566-1036 | Tenenbaum Capital Partners | Creditor, Tennenbaum Capital Partners / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3971473 | Eric Hsiao | 415-293-4372 | SilverLake | Interested Party, Silverlake / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3971414 | Alexandra Kelly | (212) 237-0110 | Vinson & Elkins LLP | Debtor, Trico Marine Services, Inc. / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3967638 | Robert Klyman | (213) 485-1234 | Latham & Watkins LLP | Creditor, Tennenbaum / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3967193 | David Mark | 212-506-1990 | Kasowitz Benson Torres & Friedman | Creditor, Creditors Committee / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3966808 | Abhishek Mathur | (212) 850-2822 | Andrew & Kurth LLP- New York | Interested Party, Andrew & Kurth / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3965369 | Kurt A. Mayr | (860) 256-8534 | Bracewell & Giuliani - Conneticut | Interested Party, Certain Secured Note Holders / LIVE |

| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3965653 | Ann K. Young | (212) 373-3234 | Paul Weiss | Creditor, Caspian Capital / LISTEN ONLY |

Peggy Drasal                    CourtConfCal2009

| | | | | | |
|---|---|---|---|---|---|
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3967609 Kerri K. Mumford | 302-467-4414 Landis Rath & Cobb, LLP | Creditor, Holders of Certain 8.125% Secured Notes / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3965384 Soham Naik | (212) 508-6171 Bracewell & Giuliani - New York | Creditor, Holders of Certain 8.125 % and Secured Notes / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3967276 David Rosner | (212) 506-1726 Kasowitz Benson Torres & Friedman | Creditor, Creditors Committee / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3971315 Brad Sweeney | (212) 412-7689 Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3965653 Ann K. Young | (212) 373-3234 Paul Weiss | Creditor, Caspian Capital / LISTEN ONLY |