# SIGN-IN SHEET

**CASE NAME:** TRICO MARINE SERVICES  **COURTROOM NO.:** 1 / JUDGE SHANNON
**CASE NO.:** 10-12653  **DATE: JANUARY 14, 2011**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Nestor | YCST | Tennenbaum |
| Robert Klyman | Cadwalader Wickersham | " |
| Eric Schwartz | Morris, Nichols, Arsht & Tunnell | Debtors |
| John Mitchell | Vinson & Elkins | " |
| David Mark | Kasowitz Benson | Comm. H&C |
| Ken Mumford | Landis Rath & Cobb | Cantor 2nd Lien Lender |
| Eric Softy | Fox Rothschild | Nordea Bank |
| Greg Taylor | Ashby + Geddes | RCAM PACC |
| Leigh Ann Ragsot | " | " |
| Peter McLoughlin | Gardere | " |
| Anacarolina Estaba | " | |
| Tim Cairns | Pachulski Stang Ziehl + Jones | Committee |

# Court Conference

Calendar Date: 01/14/2011
Calendar Time: 09:30 AM ET

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon
## #1

Amended Calendar 01/14/2011 06:21 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3979106 | Angela Blandino Degeyter | (214) 220-7763 | Vinson & Elkins LLP | Debtor, Trico Marine / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3979110 | Liana Bounanno | (212) 857-3100 ext. 168 | Evercore Partners | Interested Party, Trico Marine Services, Inc. / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3979104 | Tarik Dalton | (212) 538-0519 | Credit Suisse | Interested Party, Tarik Dalton / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3976685 | David Dunn | (212) 584-5946 | Arrowgrass Capital Services UK | Creditor, Arrowgrass / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3979079 | Tim Gravely | (310) 566-1036 | Tenenbaum Capital Partners | Creditor, Tenenbaum Capital Partners / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3979080 | David A. Hollander | 310-566-1036 | Tenenbaum Capital Partners | Creditor, Tenenbaum Capital Partners / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3979108 | Alexandra Kelly | (212) 237-0110 | Vinson & Elkins LLP | Debtor, Trico Marine Services, Inc. / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3976474 | Jonathan Levine | (212) 850-2816 | Andrews Kurth | Interested Party, Andrews Kurth / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3976753 | David Mark | 212-506-1990 | Kasowitz Benson Torres & Friedman | Creditor, Creditors Committee / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3976473 | Abhishek Mathur | (212) 850-2822 | Andrew & Kurth LLP- New York | Interested Party, Andrew & Kurth / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3979109 | Kurt A. Mayr | (860) 256-8534 | Bracewell & Giuliani - Conneticut | Interested Party, Certain Secured Note Holders / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3979085 | Radek Pawlowski | (212) 819-8414 | White & Case LLP | Creditor, Nordea Bank Finland PLC / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3976639 | Tonya Ramsey | 214-220-7750 | Vinson & Elkins LLP | Debtor, Trico Marine Services / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3976616 | Ann K. Young | (212) 373-3234 | Paul Weiss | Creditor, Caspian Capital / LISTEN ONLY |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Brendan L. Shannon**
**#1**

Calendar Date: 01/14/2011
Calendar Time: 09:30 AM ET

Amended Calendar 01/14/2011 06:04 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3976685 | David Dunn | (212) 584-5946 | Arrowgrass Capital Services UK | Creditor, Arrowgrass / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3979079 | Tim Gravely | (310) 566-1036 | Tenenbaum Capital Partners | Creditor, Tennenbaum Capital Partners / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3979080 | David A. Hollander | 310-566-1036 | Tenenbaum Capital Partners | Creditor, Tennenbaum Capital Partners / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3976474 | Jonathan Levine | (212) 850-2816 | Andrews Kurth | Interested Party, Andrews Kurth / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3976753 | David Mark | 212-506-1990 | Kasowitz Benson Torres & Friedman | Creditor, Creditors Committee / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3976473 | Abhishek Mathur | (212) 850-2822 | Andrew & Kurth LLP- New York | Interested Party, Andrew & Kurth / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3979085 | Radek Pawlowski | (212) 819-8414 | White & Case LLP | Creditor, Nordea Bank Finland PLC / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3976639 | Tonya Ramsey | 214-220-7750 | Vinson & Elkins LLP | Debtor, Trico Marine Services / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 3976616 | Ann K. Young | (212) 373-3234 | Paul Weiss | Creditor, Caspian Capital / LISTEN ONLY |

Peggy Drasal                                                       CourtConfCal2009