**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRICO MARINE SERVICES, INC., *et al.*,[1] | ) | Case No. 10-12653 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Hearing Date: January 31, 2011, at 9:00 a.m. (ET)** |
| | ) | **RE: D.I. 623** |

**DEBTORS' NOTICE OF (I) SELECTION OF SUCCESSFUL BIDDER AND BACK-UP BIDDER WITH RESPECT TO THE BUFFALO RIVER AND (II) HEARING TO APPROVE SALE**

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), file this *Notice of (I) Selection of Successful Bidder and Back-Up Bidder with Respect to the Buffalo River and (II) Hearing to Approve Sale* (the "Notice") and respectfully submit the following:

1. On December 13, 2010, the Bankruptcy Court entered an order (the "Sale Procedures Order") [Dkt. No. 623] approving procedures for the sale of certain operating assets of the Debtors (each, an "Asset" and collectively, the "Assets"), scheduling an auction (the "Final Auction") for certain unsold Assets for January 24, 2011 at 10:00 a.m. (prevailing Central time), and scheduling a sale hearing to approve the sale of any Assets sold at the Final Auction (the "Final Sale Hearing") for January 31, 2011.

2. Pursuant to the Sale Procedures Order, the Debtors, after consultation with the official committee of unsecured creditors (the "Committee"), Obsidian Agency Services, Inc., as Agent under the Senior Secured, Super-Priority Debtor-in-Possession Credit Agreement dated August 24, 2010 ("Obsidian"), and holders of the Debtors' 8.125% notes (the "8.125%

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. (2405); Trico Marine Assets, Inc. (2404); Trico Marine Operators, Inc. (6124); Trico Marine International, Inc. (3132); Trico Holdco, LLC (3870); Trico Marine Cayman, L.P. (5842). The mailing address for all of the Debtors for the purpose of these Cases is 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380.

Noteholders" and together with the Committee and Obsidian, the "Consultation Parties"), developed certain necessary procedures (the "Bid Procedures") [Dkt. No. 747] that, in the Debtors' business judgment, would facilitate the goal of procuring the highest and best bid for particular Asset(s).

3. On January 24, 2011, the Debtors held the Final Auction, and accepted bids for the following Assets: the James River (the "James"), Pearl River (the "Pearl"), and Buffalo River (the "Buffalo" and collectively with the James and the Pearl, the "Vessels"). Additionally, the Debtors stated that, notwithstanding anything to the contrary contained in the executed Memorandum of Agreement, the following provisions controlled the sale transaction (the "Sale") including, *inter alia*, that:

a. each Vessel is being sold "as is where is";

b. closing is to occur whenever the Debtors are in a position to close; and

c. a deposit of 20% of the final purchase price must be made by January 27, 2011 by the bidder offering the highest and best bid for each Vessel (the "Successful Bidder"), and the bidder offering the next highest and best bid for each Vessel (the "Back-Up Bidder").

4. At the conclusion of the bidding for the Buffalo and after consultation with the Consultation Parties, the Debtors selected Sea Lyon Marine, Inc. ("Sea Lyon") as the Successful Bidder, and its offer of $195,000 as the highest and best bid (the "Successful Bid"). Additionally, the Debtors, after consultation with the Consultation Parties, selected Blanco Offshore Logistics, S.A. de C.V. ("Blanco") as the Back-Up Bidder, and its bid of $190,000 as the next highest and best bid (the "Back-Up Bid"). A copy of the Successful Bidder's Memorandum of Agreement (the "Agreement"), is attached hereto as **Exhibit A**.

5. In accordance with paragraph 20 of the Sale Procedures Order, notice is hereby given that the Final Sale Hearing to approve the Sale of the Buffalo is scheduled for January 31, 2011 at 9:00 a.m. (prevailing Eastern Time).[2]

January 25, 2011
Wilmington, Delaware

Respectfully submitted,

*/s/ Andrew R. Remming*

Robert J. Dehney (No. 3578)
Gregory T. Donilon (No. 4244)
Andrew R. Remming (No. 5120)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302.658.9200
Fax: 302.658.3989

-and-

John E. Mitchell
Tonya M. Ramsey
Angela B. Degeyter
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.999.7787
jmitchell@velaw.com
tramsey@velaw.com
adegeyter@velaw.com

*Attorneys for the Debtors and Debtors-in-Possession*

[2] In the event the Successful Bidder fails to timely submit its deposit, the Debtors may, in their discretion, seek to sell the Buffalo to the Back-Up Bidder at the Final Sale Hearing.