**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRICO MARINE SERVICES, INC., *et al.*,[1] | ) | Case No. 10-12653 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **RE: D.I. 623** |

## DEBTORS' NOTICE OF ACCEPTANCE OF OFFER WITH RESPECT TO THE HONDO RIVER AND SPIRIT RIVER

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), file this *Notice of Acceptance of Offer with Respect to the Hondo River and Spirit River* (the "Notice") and respectfully submit the following:

1. On December 13, 2010, the Bankruptcy Court entered an order (the "Sale Procedures Order") [Dkt. No. 623] approving procedures for the sale of operating assets of the Debtors (each, an "Asset" and collectively, the "Assets"), scheduling an auction (the "Final Auction") for any unsold Assets for January 24, 2011 at 10:00 a.m. (prevailing Central time), and scheduling a sale hearing to approve the sale of any Assets sold at the Final Auction (the "Final Sale Hearing") for January 31, 2011. The Assets included the Hondo River and Spirit River (together the "Vessels").

2. On January 24, 2011, the Debtors received an offer to purchase the Vessels for $13,000,000, *en bloc*, from Odyssea Vessels, Inc. ("Odyssea"). After consultation with the official committee of unsecured creditors (the "Committee"), Obsidian Agency Services, Inc., as Agent under the Senior Secured, Super-Priority Debtor-in-Possession Credit Agreement dated

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. (2405); Trico Marine Assets, Inc. (2404); Trico Marine Operators, Inc. (6124); Trico Marine International, Inc. (3132); Trico Holdco, LLC (3870); Trico Marine Cayman, L.P. (5842). The mailing address for all of the Debtors for the purpose of these Cases is 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380.

August 24, 2010 ("Obsidian"), and holders of the Debtors' 8.125% notes (the "8.125% Noteholders" and together with the Committee and Obsidian, the "Consultation Parties"), the Debtors, in their business judgment, accepted the offer from Odyssea as the highest and best offer for the Vessels, and accordingly, entered into that certain Memorandum of Agreement (the "Agreement")[2] dated January 24, 2011, between Trico Marine International, Inc. and Odyssea.

3. Under the Agreement, Odyssea paid a deposit of $2,600,000, 20% of the purchase price, on January 25, 2011.[3] Furthermore, the Agreement specifies that closing is expected to take place on January 28, 2011. Therefore, in order to close the sale (the "Sale") of the Vessels, pursuant to paragraph 17 of the Sale Procedures Order, the Debtors intend to submit an order, approved and agreed to by the Debtors, the Consultation Parties, the U.S. Maritime Administration, and the U.S. Trustee, authorizing the Sale pursuant to the terms of the Agreement. In the alternative, pursuant to paragraph 20 of the Sale Procedures Order, the Debtors will seek Court approval of the Sale at the Final Sale Hearing on January 31, 2011 at 9:00 a.m. (prevailing Eastern Time).

---

[2] A true and correct copy of the Agreement is attached hereto as **Exhibit A**.

[3] The deposit was timely received.

Respectfully submitted,

January 25, 2011
Wilmington, Delaware

*/s/ Andrew R. Remming*

Robert J. Dehney (No. 3578)
Gregory T. Donilon (No. 4244)
Andrew R. Remming (No. 5120)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302.658.9200
Fax: 302.658.3989

-and-

John E. Mitchell
Tonya M. Ramsey
Angela B. Degeyter
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.999.7787
jmitchell@velaw.com
tramsey@velaw.com
adegeyter@velaw.com

*Attorneys for the Debtors and Debtors-in-Possession*