IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRICO MARINE SERVICES, INC., *et al.*,[1] | ) | Case No. 10-12653 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

NOTICE OF **SECOND AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 31, 2011 AT **10:30** A.M. (EASTERN TIME)

**PLEASE NOTE THAT THE HEARING TIME HAS CHANGED FROM 9:30 A.M. TO 10:30 A.M.**

CONTINUED/ADJOURNED MATTERS:

1. Motion Of Arrowgrass Master Fund Ltd. And Arrowgrass Distressed Opportunities Fund Limited For Order (I) Directing Debtor To Place Subsidiaries In Chapter 11 Cases Or, Alternatively, (II) Appointing A Chapter 11 Trustee Pursuant To 11 U.S.C. §§ 1104(a)(1) And (a)(2) (D.I. 359, Filed 10/26/10).

   Response Deadline: December 30, 2010, extended to January 5, 2011 for the Office of the United States Trustee.

   Responses Received:

   (a) Debtors' Objection To Motion Of Arrowgrass Master Fund Ltd. And Arrowgrass Distressed Opportunities Fund Limited For Order (I) Directing Debtor To Place Subsidiaries In Chapter 11 Cases Or, Alternatively, (II) Appointing A Chapter 11 Trustee Pursuant To 11 U.S.C. §§ 1104(a)(1) And (a)(2) (D.I. 694, Filed 12/30/10); and

   Related Pleadings:

---

1 The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. ("TMS") (2405); Trico Marine Assets, Inc. ("TMA") (5404); Trico Marine Operators, Inc. ("TMO") (6124); Trico Marine International, Inc. ("TMI") (3132); Trico Holdco, LLC ("Holdco") (3870); Trico Marine Cayman, L.P. ("Cayman") (5842). The mailing address for all of the Debtors for the purpose of these Cases is 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380.

2 **Modifications to the Notice of Agenda of Matters are indicated in bold type face.**

(a) Notice Of Hearing On Motion Of Arrowgrass Master Fund Ltd. And Arrowgrass Distressed Opportunities Fund Limited For Order (I) Directing Debtor To Place Subsidiaries In Chapter 11 Cases Or, Alternatively, (II) Appointing A Chapter 11 Trustee Pursuant To 11 U.S.C. §§ 1104(a)(1) And (a)(2) (D.I. 366, Filed 10/27/10);

(b) Notice Of Adjournment Of Hearing (D.I. 503, Filed 11/19/10);

(c) (A) Supplement To Motion Of Arrowgrass Master Fund Ltd. And Arrowgrass Distressed Opportunities Fund Limited For Appointment Of A Chapter 11 Trustee And (B) Limited Objection To Motion Of Creditors' Committee For Authority To Prosecute Causes Of Action (D.I. 574, Filed 12/6/10);

(d) Certification Of Counsel Regarding Scheduling Order And Discovery Plan (D.I. 636, Filed 12/15/10);

(e) Arrowgrass Master Fund Ltd.'s Preliminary Witness List For Hearing On January 31, 2011 (D.I. 703, Filed 12/30/10);

(f) Official Committee Of Unsecured Creditors' Initial Witness List For January 31, 2011 Hearing (D.I. 691, Filed 12/30/10); and

(g) Debtors' Preliminary Witness List For January 31, 2011 Hearing (D.I. 698, Filed 12/30/10).

Status: This matter has been adjourned to a date to be determined.

2. Motion Of The Official Committee Of Unsecured Creditors For Entry Of An Order Granting Leave, Standing And Authority To Prosecute Causes Of Action On Behalf Of The Debtors' Estates (D.I. 534, Filed 11/24/10);

Response Deadline: December 30, 2010, extended to January 5, 2011 for the Office of the United States Trustee.

Responses Received:

(a) (A) Supplement To Motion Of Arrowgrass Master Fund Ltd. And Arrowgrass Distressed Opportunities Fund Limited For Appointment Of A Chapter 11 Trustee And (B) Limited Objection To Motion Of Creditors' Committee For Authority To Prosecute Causes Of Action (D.I. 574, Filed 12/6/10);

(b) Deutsche Bank National Trust Company's Objection To Motion Of The Official Committee Of Unsecured Creditors For Entry Of An Order Granting Leave, Standing And Authority To Prosecute Causes Of Action On Behalf Of The Debtors' Estates (D.I. 689, Filed 12/30/10);

(c) Debtors' Objection To The Motion Of The Official Committee Of Unsecured Creditors For Entry Of An Order Granting Leave, Standing And Authority To Prosecute Causes Of Action On Behalf Of The Debtors' Estates (D.I. 695, Filed 12/30/10); and

(d) Arrowgrass Master Fund Ltd.'s Prelminary Witness List For Hearing On January 31, 2011 (D.I. 703, Filed 12/30/10).

Related Pleadings:

(a) Certification Of Counsel Regarding Scheduling Order And Discovery Plan (D.I. 636, Filed 12/15/10);

(b) Official Committee Of Unsecured Creditors' Initial Witness List For January 31, 2011 Hearing (D.I. 691, Filed 12/30/10); and

(c) Debtors' Preliminary Witness List For January 31, 2011 Hearing (D.I. 698, Filed 12/30/10).

Status: This matter has been adjourned to a date to be determined.

3. Debtors' Motion Pursuant To Bankruptcy Code Sections 105 And 363 And Bankruptcy Rule 9019 For An Order Authorizing The Debtors To Compromise Certain Intercompany Claims And Equity Interests (D.I. 581, Filed 12/6/10).

Response Deadline: December 30, 2010, extended to January 5, 2011 for the Office of the United States Trustee.

Responses Received:

(a) Official Committee Of Unsecured Creditors' Preliminary Objection To Debtors' Motion To Compromise Certain Intercompany Claims And Equity Interests (D.I. 690, Filed 12/30/10);

(b) Conditional Joinder Of Certain Second Lien Noteholders To The Official Committee Of Unsecured Creditors' Preliminary Objection To Debtors' Motion To Compromise Certain Intercompany Claims And Equity Interests (D.I. 692, Filed 12/30/10);

(c) Preliminary Objection Of Arrowgrass Master Fund Ltd. To Debtors' 9019 Settlement (D.I. 704, Filed 12/30/10);

(d) United States Trustee's Objection To Debtors' Motion Pursuant To Bankruptcy Code Sections 105 And 363 And Bankruptcy Rule 9019 For An Order Authorizing The Debtors To Compromise Certain Intercompany Claims And Equity Interests (D.I. 715, Filed 1/5/11); and

(e) Objection Of Obsidian Agency Services, Inc., Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners V, L.P., And Special Value Continuation Partnerss, LP's To Debtors' Motion Pursuant To Bankruptcy Code Sections 105 And 363 And Bankruptcy Rule 9019 For An Order Authorizing The Debtors To Compromise Certain Intercompany Claims And Equity Interests (D.I. 753, Filed 1/12/11).

Related Pleadings:

(a) Certification Of Counsel Regarding Scheduling Order And Discovery Plan (D.I. 636, Filed 12/15/10);

(b) Debtors' Preliminary Witness List For January 31, 2011 Hearing (D.I. 698, Filed 12/30/10);

(c) Official Committee Of Unsecured Creditors' Initial Witness List For January 31, 2011 Hearing (D.I. 691, Filed 12/30/10); and

(d) Arrowgrass Master Fund Ltd.'s Prelminary Witness List For Hearing On January 31, 2011 (D.I. 703, Filed 12/30/10).

Status: This matter has been adjourned to a date to be determined.

4. Motion Of Debtors Pursuant To Section 1121(d)(1) Of The Bankruptcy Code To Extend The Exclusive Periods To (I) File A Chapter 11 Plan And (II) Solicit Acceptances Thereof (D.I. 672, Filed 12/21/10).

Response Deadline: January 3, 2011 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

(a) Certification Of Counsel Regarding Revised Proposed Order Granting Motion Of Debtors Pursuant To Section 1121(d)(1) Of The Bankruptcy Code To Extend The Exclusive Periods To (I) File A Chapter 11 Plan And (II) Solicit Acceptances Thereof (D.I. 784, Filed 1/21/11).

Status: This matter has been adjourned to a date to be determined.

MATTERS GOING FORWARD:

5. Debtors' Motion For Approval Of Executive Compensation And Employee Incentive Plan For Non-Debtor Opco Subsidiaries (D.I. 792, Filed 1/24/11).

Response Deadline: January 28, 2011 at 4:00 p.m. (ET) [Proposed].

Responses Received: None

Related Pleadings:

(a) Notice Of Proposed Executive Compensation And Employee Incentive Plan For Non-Debtor Opco Subsidiaries (D.I. 788, Filed 1/21/11).

Status: This matter has been adjourned to a hearing on February 7, 2011 at 9:00 a.m.

6. Debtors' Motion For An Order Under 11 U.S.C. §§ 102(1) And 105 Shortening Notice Relating To Debtors' Motion For Approval Of Executive Compensation And Employee Incentive Plan For Non-Debtor Opco Subsidiaries (D.I. 795, Filed 1/24/11).

Responses Received:

(a) Omnibus Objection Of The United States Trustee To Debtors' Motion For An Order Shortening Notice Relating To Debtors' Motion For Approval Of Executive Compensation And Employee Incentive Plan For Non-Debtor Opco Subsidiaries And Debtors' Motion For Entry Of An Order Authorizing Filing Under Seal Of Exhibit A To Debtors' Notice Of Proposed Executive Compensation And Employee Incentive Plan For Non-Debtor Opco Subsidiaries (D.I. 799, Filed 1/25/11).

(b) Official Committee Of Unsecured Creditors' Objection To Debtors' Motions To Shorten Notice Relating To Their (I) Motion For Approval Of Executive Compensation And Employee Incentive Plan For Non-Debtor Opco Subsidiaries And (II) Motion To File Related Exhibits Under Seal (D.I. 801, Filed 1/25/11).

Related Pleadings:

(a) Notice Of Proposed Executive Compensation And Employee Incentive Plan For Non-Debtor Opco Subsidiaries (D.I. 788, Filed 1/21/11); and

Status: **An order has been entered.**

7. Debtors' Motion For Entry Of An Order Authorizing Filing Under Seal Of Exhibit A To Debtors' Notice Of Proposed Executive Compensation And Employee Incentive Plan For Non-Debtor Opco Subsidiaries (D.I. 793, Filed 1/24/11).

Response Deadline: January 28, 2011 at 4:00 p.m. (ET) [Proposed].

Responses Received:

(a) Omnibus Objection Of The United States Trustee To Debtors' Motion For An Order Shortening Notice Relating To Debtors' Motion For Approval Of Executive Compensation And Employee Incentive Plan For Non-Debtor Opco Subsidiaries And Debtors' Motion For Entry Of An Order Authorizing Filing Under Seal Of Exhibit A To Debtors' Notice Of

Proposed Executive Compensation And Employee Incentive Plan For Non-Debtor Opco Subsidiaries (D.I. 799, Filed 1/25/11); and

Related Pleadings:

(a) Notice Of Proposed Executive Compensation And Employee Incentive Plan For Non-Debtor Opco Subsidiaries (D.I. 788, Filed 1/21/11).

Status: This matter has been adjourned to a hearing on February 7, 2011 at 9:00 a.m.

8. Debtors' Motion For An Order Under 11 U.S.C. §§ 102(1) And 105 Shortening Notice Relating To Debtors' Motion For Entry Of An Order Authorizing Filing Under Seal Of Exhibit A To Debtors' Notice Of Proposed Executive Compensation And Employee Incentive Plan For Non-Debtor Opco Subsidiaries (D.I. 794, Filed 1/24/11).

Responses Received:

(a) Official Committee Of Unsecured Creditors' Objection To Debtors' Motions To Shorten Notice Relating To Their (I) Motion For Approval Of Executive Compensation And Employee Incentive Plan For Non-Debtor Opco Subsidiaries And (II) Motion To File Related Exhibits Under Seal (D.I. 801, Filed 1/25/11).

Related Pleadings:

(a) Notice Of Proposed Executive Compensation And Employee Incentive Plan For Non-Debtor Opco Subsidiaries (D.I. 788, Filed 1/21/11); and

Status: **An order has been entered.**

9. Debtors' Notice Of (I) Selection Of Successful Bidder And Back-Up Bidder With Respect To The Pearl River And (II) Hearing To Approve Sale (D.I. 805, Filed 1/25/11).

Responses Received: None.

Related Pleadings:

(a) Order Granting Debtors' Motion For An Order (A) Approving Sale Procedures To Be Utilized In Connection With The Sale Of Assets, (B) Approving The Form Of Notice Related To Accepted Offers, (C) Authorizing The Sale Of Assets Pursuant To The Sale Procedures, (D) Setting Sale Hearings, And (E) Granting Related Relief (D.I. 623, Entered 12/13/10).

Status: This matter is going forward.

10. Debtors' Notice Of (I) Selection Of Successful Bidder And Back-Up Bidder With Respect To The James River And (II) Hearing To Approve Sale (D.I. 806, Filed 1/25/11).

Responses Received: None.

Related Pleadings:

(a) Order Granting Debtors' Motion For An Order (A) Approving Sale Procedures To Be Utilized In Connection With The Sale Of Assets, (B) Approving The Form Of Notice Related To Accepted Offers, (C) Authorizing The Sale Of Assets Pursuant To The Sale Procedures, (D) Setting Sale Hearings, And (E) Granting Related Relief (D.I. 623, Entered 12/13/10).

Status: This matter is going forward.

11. Debtors' Notice Of (I) Selection Of Successful Bidder And Back-Up Bidder With Respect To The Buffalo River And (II) Hearing To Approve Sale (D.I. 807, Filed 1/25/11).

Responses Received: None.

Related Pleadings:

(a) Order Granting Debtors' Motion For An Order (A) Approving Sale Procedures To Be Utilized In Connection With The Sale Of Assets, (B) Approving The Form Of Notice Related To Accepted Offers, (C) Authorizing The Sale Of Assets Pursuant To The Sale Procedures, (D) Setting Sale Hearings, And (E) Granting Related Relief (D.I. 623, Entered 12/13/10).

Status: This matter is going forward.

12. Debtors' Notice Of Acceptance Of Offer With Respect To The Hondo River And Spirit River (D.I. 809, Filed 1/25/11).

Responses Received: None.

Related Pleadings:

(a) Order Granting Debtors' Motion For An Order (A) Approving Sale Procedures To Be Utilized In Connection With The Sale Of Assets, (B) Approving The Form Of Notice Related To Accepted Offers, (C) Authorizing The Sale Of Assets Pursuant To The Sale Procedures, (D) Setting Sale Hearings, And (E) Granting Related Relief (D.I. 623, Entered 12/13/10).

Status: This matter is going forward.

13. Emergency Motion of Obsidian Agency Services, Inc., Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners, V, LP, And Special Value Continuation Partners, LP For An Order (A) Terminating Or Modifying The Debtors' Use of Cash Collateral, (B) Scheduling Global Auction For Remaining Unsold Assets, (C) Lifting Agreed Injunction Against Exercising Remedies Against Non-Debtors And (D) Granting Related Relief (D.I. 813, Filed 1/27/11).

Responses Received: None.

Related Pleadings:

(a) Motion for Order Shortening Notice Of The Hearing To Consider Emergency Motion of Obsidian Agency Services, Inc., Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners, V, LP, And Special Value Continuation Partners, LP For An Order (A) Terminating Or Modifying The Debtors' Use of Cash Collateral, (B) Scheduling Global Auction For Remaining Unsold Assets, (C) Lifting Agreed Injunction Against Exercising Remedies Against Non-Debtors And (D) Granting Related Relief (D.I. 814, Filed 1/27/11).

Status: This matter has been adjourned to a hearing on February 7, 2011 at 9:00 a.m.

Dated: January 28, 2011
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew R. Remming*

Robert J. Dehney (No. 3578)
Gregory T. Donilon (No. 4244)
Andrew R. Remming (No. 5120)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302.658.9200
Fax: 302.658.3989

-and-

John E. Mitchell (admitted *pro hac vice*)
Angela B. Degeyter (admitted *pro hac vice*)
John P. Napier (admitted *pro hac vice*)
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201

Tel: 214.220.7700
Fax: 214.999.7787
jmitchell@velaw.com
adegeyter@velaw.com
jnapier@velaw.com

*Attorneys for the Debtors and Debtors-in-Possession*

4053913.5