IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRICO MARINE SERVICES, INC., *et al.*,[1] | ) | Case No. 10-12653 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

NOTICE OF **THIRD AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 10, 2011 AT 9:00 A.M. (EASTERN TIME)

**PLEASE NOTE THAT THE HEARING DATE HAS CHANGED
FROM FEBRUARY 7, 2011, TO FEBRUARY 10, 2011**

CONTINUED/ADJOURNED MATTERS

None at this time.

MATTERS GOING FORWARD:

1. Motion Of Arrowgrass Master Fund Ltd. And Arrowgrass Distressed Opportunities Fund Limited For Order (I) Directing Debtor To Place Subsidiaries In Chapter 11 Cases Or, Alternatively, (II) Appointing A Chapter 11 Trustee Pursuant To 11 U.S.C. §§ 1104(a)(1) And (a)(2) (D.I. 359, Filed 10/26/10).

    Response Deadline: December 30, 2010, extended to January 5, 2011 for the Office of the United States Trustee.

    Responses Received:

    (a) Debtors' Objection To Motion Of Arrowgrass Master Fund Ltd. And Arrowgrass Distressed Opportunities Fund Limited For Order (I) Directing Debtor To Place Subsidiaries In Chapter 11 Cases Or, Alternatively, (II) Appointing A Chapter 11 Trustee Pursuant To 11 U.S.C. §§ 1104(a)(1) And (a)(2) (D.I. 694, Filed 12/30/10); and

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. ("TMS") (2405); Trico Marine Assets, Inc. ("TMA") (5404); Trico Marine Operators, Inc. ("TMO") (6124); Trico Marine International, Inc. ("TMI") (3132); Trico Holdco, LLC ("Holdco") (3870); Trico Marine Cayman, L.P. ("Cayman") (5842). The mailing address for all of the Debtors for the purpose of these Cases is 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380.

[2] **Modifications to the Notice of Agenda of Matters are indicated in bold type face.**

Related Pleadings:

(a) Notice Of Hearing On Motion Of Arrowgrass Master Fund Ltd. And Arrowgrass Distressed Opportunities Fund Limited For Order (I) Directing Debtor To Place Subsidiaries In Chapter 11 Cases Or, Alternatively, (II) Appointing A Chapter 11 Trustee Pursuant To 11 U.S.C. §§ 1104(a)(1) And (a)(2) (D.I. 366, Filed 10/27/10);

(b) Notice Of Adjournment Of Hearing (D.I. 503, Filed 11/19/10);

(c) (A) Supplement To Motion Of Arrowgrass Master Fund Ltd. And Arrowgrass Distressed Opportunities Fund Limited For Appointment Of A Chapter 11 Trustee And (B) Limited Objection To Motion Of Creditors' Committee For Authority To Prosecute Causes Of Action (D.I. 574, Filed 12/6/10);

(d) Certification Of Counsel Regarding Scheduling Order And Discovery Plan (D.I. 636, Filed 12/15/10);

(e) Arrowgrass Master Fund Ltd.'s Preliminary Witness List For Hearing On January 31, 2011 (D.I. 703, Filed 12/30/10);

(f) Official Committee Of Unsecured Creditors' Initial Witness List For January 31, 2011 Hearing (D.I. 691, Filed 12/30/10); and

(g) Debtors' Preliminary Witness List For January 31, 2011 Hearing (D.I. 698, Filed 12/30/10).

Status: This matter is going forward.

2. Motion Of The Official Committee Of Unsecured Creditors For Entry Of An Order Granting Leave, Standing And Authority To Prosecute Causes Of Action On Behalf Of The Debtors' Estates (D.I. 534, Filed 11/24/10);

Response Deadline: December 30, 2010, extended to January 5, 2011 for the Office of the United States Trustee.

Responses Received:

(a) (A) Supplement To Motion Of Arrowgrass Master Fund Ltd. And Arrowgrass Distressed Opportunities Fund Limited For Appointment Of A Chapter 11 Trustee And (B) Limited Objection To Motion Of Creditors' Committee For Authority To Prosecute Causes Of Action (D.I. 574, Filed 12/6/10);

(b) Deutsche Bank National Trust Company's Objection To Motion Of The Official Committee Of Unsecured Creditors For Entry Of An Order

Granting Leave, Standing And Authority To Prosecute Causes Of Action On Behalf Of The Debtors' Estates (D.I. 689, Filed 12/30/10);

(c) Debtors' Objection To The Motion Of The Official Committee Of Unsecured Creditors For Entry Of An Order Granting Leave, Standing And Authority To Prosecute Causes Of Action On Behalf Of The Debtors' Estates (D.I. 695, Filed 12/30/10); and

(d) Arrowgrass Master Fund Ltd.'s Prelminary Witness List For Hearing On January 31, 2011 (D.I. 703, Filed 12/30/10).

Related Pleadings:

(a) Certification Of Counsel Regarding Scheduling Order And Discovery Plan (D.I. 636, Filed 12/15/10);

(b) Official Committee Of Unsecured Creditors' Initial Witness List For January 31, 2011 Hearing (D.I. 691, Filed 12/30/10); and

(c) Debtors' Preliminary Witness List For January 31, 2011 Hearing (D.I. 698, Filed 12/30/10).

Status:  This matter is going forward.

3. Debtors' Motion Pursuant To Bankruptcy Code Sections 105 And 363 And Bankruptcy Rule 9019 For An Order Authorizing The Debtors To Compromise Certain Intercompany Claims And Equity Interests (D.I. 581, Filed 12/6/10).

Response Deadline:  December 30, 2010, extended to January 5, 2011 for the Office of the United States Trustee.

Responses Received:

(a) Official Committee Of Unsecured Creditors' Preliminary Objection To Debtors' Motion To Compromise Certain Intercompany Claims And Equity Interests (D.I. 690, Filed 12/30/10);

(b) Conditional Joinder Of Certain Second Lien Noteholders To The Official Committee Of Unsecured Creditors' Preliminary Objection To Debtors' Motion To Compromise Certain Intercompany Claims And Equity Interests (D.I. 692, Filed 12/30/10);

(c) Preliminary Objection Of Arrowgrass Master Fund Ltd. To Debtors' 9019 Settlement (D.I. 704, Filed 12/30/10);

(d) United States Trustee's Objection To Debtors' Motion Pursuant To Bankruptcy Code Sections 105 And 363 And Bankruptcy Rule 9019 For

An Order Authorizing The Debtors To Compromise Certain Intercompany Claims And Equity Interests (D.I. 715, Filed 1/5/11); and

(e) Objection Of Obsidian Agency Services, Inc., Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners V, L.P., And Special Value Continuation Partnerss, LP's To Debtors' Motion Pursuant To Bankruptcy Code Sections 105 And 363 And Bankruptcy Rule 9019 For An Order Authorizing The Debtors To Compromise Certain Intercompany Claims And Equity Interests (D.I. 753, Filed 1/12/11);

(f) Reply Of The Official Committee Of Unsecured Creditors To Tennenbaums' Objection To Debtors' Motion For An Order Authorizing The Debtors To Compromise Certain Intercompany Claims And Interests (D.I. 858, Filed 2/3/11);

**(g) Joint Supplemental Objection Of Certain Second Lien Noteholders And The Trustee For The Second Lien Notes To The Debtors' Motion To Compromise Certain Intercompany Claims And Equity Interests (D.I. 886, Filed 2/8/11); and**

**(h) Supplemental Objection Of Obsidian Agency Services, Inc., Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners V, L.P., And Special Value Continuation Partnerss, LP's To Debtors' Motion Pursuant To Bankruptcy Code Sections 105 And 363 For An Order Authorizing The Debtors To Compromise Certain Intercompany Claims And Equity Interests (D.I. 890, Filed 2/9/11).**

Related Pleadings:

(a) Certification Of Counsel Regarding Scheduling Order And Discovery Plan (D.I. 636, Filed 12/15/10);

(b) Debtors' Preliminary Witness List For January 31, 2011 Hearing (D.I. 698, Filed 12/30/10);

(c) Official Committee Of Unsecured Creditors' Initial Witness List For January 31, 2011 Hearing (D.I. 691, Filed 12/30/10);

(d) Arrowgrass Master Fund Ltd.'s Prelminary Witness List For Hearing On January 31, 2011 (D.I. 703, Filed 12/30/10);

(e) Notice Of (I) Settlement Of Committee's Objections To The Debtors' Motion Pursuant To Bankruptcy Code Sections 105 And 363 And Bankruptcy Rule 9019 For An Order Authorizing The Debtors To Compromise Certain Intercompany Claims And Equity Interest And (II) Revised Restructuring Support Agreement Term Sheet (D.I. 857, Filed 2/3/11);

(f) Debtors' Memorandum Of Law In Further Support Of Their Motions (I) Pursuant To Bankruptcy Code Sections 105 and 363 And Bankruptcy Rule 9019 For An Order Authorizing The Debtors To Compromise Certain Intercompany Claims And Equity Interests And (II) For Approval Of Executive Compensation And Employee Incentive Plan Payments From Non-Debtor Subsidiaries (D.I. 860, Filed 2/4/11);

(g) Declaration Of John R. Castellano In Support Of (1) The Debtors' Motion Pursuant To Bankruptcy Code Sections 105 and 363 And Bankruptcy Rule 9019 For An Order Authorizing The Debtors To Compromise Certain Intercompany Claims And Equity Interests, And (2) The Debtors' Motion For Approval Of Executive Compensation And Employee Incentive Plan Payments From Non-Debtor Subsidiaries (D.I. 861, Filed 2/4/11);

(h) Declaration Of Stephen Sieh In Support of Debtors' Motion Pursuant To Bankruptcy Code Sections 105 And 363 And Bankruptcy Rule 9019 For An Order Authorizing The Debtors To Compromise Certain Intercompany Claims and Equity Interests (D.I. 862, Filed 2/4/11);

**(i) Deutsche Bank National Trust Company's Statement In Support Of The Debtors' Motion Pursuant To Bankruptcy Code Sections 105 And 363 And Bankruptcy Rule 9019 For An Order Authorizing The Debtors To Compromise Certain Intercompany Claims And Existing Equity (D.I. 869, Filed 2/7/11);**

**(j) Deutsche Bank National Trust Company's Motion To Authorize To Be Filed Under Seal Exhibits To Deutsche Bank National Trust Company's Statement In Support Of The Debtors' Motion Pursuant To Bankruptcy Code Sections 105 And 363 And Bankruptcy Rule 9019 For An Order Authorizing The Debtors To Compromise Certain Intercompany Claims And Equity Interests (D.I. 870, Filed 2/7/11);**

**(k) Motion To Shorten Notice And Objection Periods For Deutsche Bank National Trust Company's Motion To Authorize To Be Filed Under Seal Exhibits To Deutsche Bank National Trust Company's Statement In Support Of The Debtors' Motion Pursuant To Bankruptcy Code Sections 105 And 363 And Bankruptcy Rule 9019 For An Order Authorizing The Debtors To Compromise Certain Intercompany Claims And Equity Interests (D.I. 871, Filed 2/7/11); and**

**(l) Notice Of Corrected Exhibit A To The Declaration Of Stephen Sieh In Support of Debtors' Motion Pursuant To Bankruptcy Code Sections 105 And 363 And Bankruptcy Rule 9019 For An Order Authorizing The Debtors To Compromise Certain Intercompany Claims and Equity Interests (D.I. 873, Filed 2/7/11).**

Status: This matter is going forward.

4.  Motion Of Debtors Pursuant To Section 1121(d)(1) Of The Bankruptcy Code To Extend The Exclusive Periods To (I) File A Chapter 11 Plan And (II) Solicit Acceptances Thereof (D.I. 672, Filed 12/21/10).

    Response Deadline:  January 3, 2011 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleadings:

    (a) Certification Of Counsel Regarding Revised Proposed Order Granting Motion Of Debtors Pursuant To Section 1121(d)(1) Of The Bankruptcy Code To Extend The Exclusive Periods To (I) File A Chapter 11 Plan And (II) Solicit Acceptances Thereof (D.I. 784, Filed 1/21/11)**; and**

    **(b) Certification Of Counsel Regarding Revised Proposed Order Granting Motion Of Debtors Pursuant To Section 1121(d)(1) Of The Bankruptcy Code To Extend The Exclusive Periods To (I) File A Chapter 11 Plan And (II) Solicit Acceptances Thereof (D.I. 872, Filed 2/7/11).**

    Status:  This matter is going forward.

5.  Debtors' Motion For Approval Of Executive Compensation And Employee Incentive Plan For Non-Debtor Opco Subsidiaries (D.I. 792, Filed 1/24/11).

    Response Deadline:  February 3, 2011 at 4:00 p.m. (ET).

    Responses Received:

    (a) United States Trustee's Objection To Debtors' Motion For Approval Of Executive Compensation And Employee Incentive Plan For Non-Debtor Opco Subisidiaries (D.I. 855, Filed 2/3/11)**; and**

    **(b) Debtors' Reply To (I) United States Trustee's Objection To Debtors; Motion For Approval Of Executive Compensation And Employee Incentive Plan For Non-Debtor Opco Subsidiaries And (II) United States Trustee's Limited Objection To Debtors' Motion For Entry Of An Order Authorizing Filing Under Seal (D.I. 889, Filed 2/8/11).**

    Related Pleadings:

    (a) Notice Of Proposed Executive Compensation And Employee Incentive Plan For Non-Debtor Opco Subsidiaries (D.I. 845, Filed 2/2/11).

    Status: This matter is going forward.

6. Debtors' Motion For Entry Of An Order Authorizing Filing Under Seal Of Exhibit A To Debtors' Notice Of Proposed Executive Compensation And Employee Incentive Plan For Non-Debtor Opco Subsidiaries (D.I. 793, Filed 1/24/11).

   Response Deadline: February 3, 2011 at 4:00 p.m. (ET).

   Responses Received:

   (a) United States Trustee's Limited Objection to Debtors' Motion for Entry of an Order Authorizing Filing Under Seal of Exhibit A to Debtors' Notice of Proposed Executive Compensation and Employee Incentive Plan for Non-Debtor Opco Subsidiaries (D.I. 856, Filed 2/3/11); and

   (b) **Debtors' Reply To (I) United States Trustee's Objection To Debtors; Motion For Approval Of Executive Compensation And Employee Incentive Plan For Non-Debtor Opco Subsidiaries And (II) United States Trustee's Limited Objection To Debtors' Motion For Entry Of An Order Authorizing Filing Under Seal (D.I. 889, Filed 2/8/11).**

   Related Pleadings:

   (a) Notice Of Proposed Executive Compensation And Employee Incentive Plan For Non-Debtor Opco Subsidiaries (D.I. 845, Filed 2/2/11).

   Status: This matter is going forward.

7. Emergency Motion of Obsidian Agency Services, Inc., Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners, V, LP, And Special Value Continuation Partners, LP For An Order (A) Terminating Or Modifying The Debtors' Use of Cash Collateral, (B) Scheduling Global Auction For Remaining Unsold Assets, (C) Lifting Agreed Injunction Against Exercising Remedies Against Non-Debtors And (D) Granting Related Relief (D.I. 813, Filed 1/27/11).

   Response Deadline: February 3, 2011 at 12:00 p.m. (ET).

   Responses Received:

   (a) Objection Of The Official Committee Of Unsecured Creditors To Emergency Motion Of Tennenbaum For An Order (A) Terminating Or Modifying The Debtors' Use of Cash Collateral, (B) Scheduling Global Auction For Remaining Unsold Assets, (C) Lifting Agreed Injunction Against Exercising Remedies Against Non-Debtors And (D) Granting Related Relief (D.I. 852, Filed 2/3/11); and

   (b) Debtors' (I) Response To The Emergency Motion Of Obsidian Agency Services, Inc., Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners V, LP, And Special Value Continuation Partners, LP For An Order (A) Terminating Or Modifying The Debtors' Use Of

Cash Collateral, (B) Scheduling Global Auction For Remaining Unsold Assets, (C) Lifting Agreed Injunction Against Exercising Remedies Against Non-Debtors, And (D) Granting Related Relief; And (II) Cross-Motion To Surcharge Secured Lenders' Collateral Pursuant To § 506(c) Of The Bankruptcy Code (D.I. 853, Filed 2/3/11).

Related Pleadings:

(a) Debtors' Notice of Escrowed Sales Proceeds (D.I. 864, Filed 2/6/11);

(b) Notice of Amounts Owed to Obsidian Agency Services, Inc., Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners V, LP, and Special Value Continuation Partners, LP (D.I. 865, Filed 2/7/11); **and**

**(c) Reply In Support Of Emergency Motion of Obsidian Agency Services, Inc., Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners, V, LP, And Special Value Continuation Partners, LP For An Order (A) Terminating Or Modifying The Debtors' Use of Cash Collateral, (B) Scheduling Global Auction For Remaining Unsold Assets, (C) Lifting Agreed Injunction Against Exercising Remedies Against Non-Debtors And (D) Granting Related Relief (D.I. 883, Filed 2/8/11).**

Status: This matter is going forward.

Dated: February **9**, 2011
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew R. Remming*
Robert J. Dehney (No. 3578)
Gregory T. Donilon (No. 4244)
Andrew R. Remming (No. 5120)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302.658.9200
Fax: 302.658.3989

-and-

John E. Mitchell (admitted *pro hac vice*)
Angela B. Degeyter (admitted *pro hac vice*)
John P. Napier (admitted *pro hac vice*)
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.999.7787
jmitchell@velaw.com
adegeyter@velaw.com
jnapier@velaw.com

*Attorneys for the Debtors and Debtors-in-Possession*

4081342.2