# SIGN-IN SHEET

**CASE NAME:** TRICO MARINE SERVICES  **COURTROOM NO.:** 1 / JUDGE SHANNON
**CASE NO.:** 10-12653  **DATE: FEBRUARY 10, 2011**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David L. Buchbinder | USTP/DOJ | UST |
| David J. Mayer | KS/UTZ | GMM/TCO |
| Mark Hebbeln | Foley & Lardner LLP | Deutsche Bank National Trust Co., as Trustee |
| Robert Mallard | Dorsey Whitney | U.S. Bank as Trustee |
| Eric Lopez Schnabel | Dorsey Whitney | U.S. Bank as Trustee |
| Jon Levine | Andrews Kurth | Arrowgrass |
| Paul Silverstein | Andrews Kurth | Arrowgrass |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Creditors' Committee |
| Eric Sutty | Fox Rothschild LLP | Nordea Bank |
| Richard Cobb | Landis Rath & Cobb | SELVO Ligan/DVB ets |
| Kurt Mayr | Bracewell Giuliani | " |
| Scott Leonhardt | The Rosner Law Group LLC | Arrowgrass |
| Kevin Burke | Cahill Gordon & Reindel LLP | Debtors |
| Joel Levitin | Cahill Gordon & Reindel LLP | Debtors |

# SIGN-IN SHEET

**CASE NAME:** TRICO MARINE SERVICES  **COURTROOM NO.:** 1 / JUDGE SHANNON
**CASE NO.:** 10-12653  **DATE: FEBRUARY 10, 2011**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| John Mitchell | VE | Debtors |
| Bob Dehney | MNAT | Debtors |
| Andrew Remmy | MNAT | Debtors |
| Russell C. Silberglied | Richards Layton & Finger | DB as indenture Trustee |
| Andrew Rosenberg | Paul Weiss | " " " " |
| Oksana Lashko | Paul Weiss | " " " " |

# Court Conference

**Calendar Date:** 02/10/2011
**Calendar Time:** 09:00 AM ET

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon
### #1

Amended Calendar 02/10/2011 05:35 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4032767 | Steven Abramowitz | (212) 237-0137 | Vinson & Elkins LLP | Debtor, Trico Marine Services / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4022217 | Andrew Ambruoso | (212) 819-8967 | White & Case | Creditor, Nordea Bank Finland PLC, New York Branch / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4029883 | Angela Blandino Degeyter | (214) 220-7763 | Vinson & Elkins LLP | Debtor, Trico Marine Services, Inc. / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4028949 | Liana Buonanno | (302) 351-9158 | Evercore Partners | Debtor, Trico Marine Services, Inc. / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4022920 | Timothy P. Cairns | (302) 778-6443 | Pachulski Stang Ziehl & Jones | Creditor, Creditors Committee / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4022438 | Richard F. Casher | (212) 506-1732 | Kasowitz Benson Torres & Friedman | Creditor, Creditors Committee / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4028942 | Robert Chambers | (818) 456-5212 | Akanthos Capital Management | Interested Party, Akanthos Capital Management / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4030833 | Katherine Constantine | 612-340-8792 | Dorsey & Whitney LLP | Creditor, US Bank National Association / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4022922 | Laura Davis Jones | 302-652-4100 | Pachulski Stang Ziehl & Jones | Creditor, Creditors Committee / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4031480 | David Dunn | (212) 584-5946 | Arrowgrass Capital Services UK | Creditor, Arrowgrass Capital Services / LISTEN ONLY |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4022460 | Daniel Fliman | (212) 506-1713 | Kasowitz Benson Torres & Friedman | Creditor, Creditors Committee / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4022294 | Andrew Glenn | (212) 506-1747 | Kasowitz Benson Torres & Friedman | Creditor, Creditors Committee / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4030113 | Tim Gravely | (310) 566-1036 | Tenenbaum Capital Partners | Creditor, Tennenbaum Capital Partners / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4022202 | Scott Greissman | (212) 819-8567 | White & Case | Interested Party, Nordea Bank Finland PLC New York Branch / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4030109 | David Heller | 312-876-7670 | Latham & Watkins | Creditor, Tennenbaum Capital / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4030114 | David A. Hollander | (310) 566-1011 | Tennenbaum Capital Partners LLC | Creditor, Tennenbaum Capital Partners / LIVE |
| | | Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4024340 | David Holmes | (207) 831-0239 | Citi Alternative Investments | Creditor, Citi Alternative Investments / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4031016 | Carras Holmstead | 203-719-1425 | UBS Securities LLC | Interested Party, UBS Securities LLC / LISTEN ONLY |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4027932 | Eric Hsiao | 415-293-4372 | SilverLake | Interested Party, Silverlake / LISTEN ONLY |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4031927 | Tibita P. Kaneene | (212) 500-1383 | DebtWire | Interested Party, DebtWire / LISTEN ONLY |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4022357 | Jonathan Levine | 212-850-2816 | Andrews Kurth | Intervenor, Andrews Kurth / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4032843 | Umesh Mahajan | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4022916 | David Mark | 212-506-1990 | Kasowitz Benson Torres & Friedman | Creditor, Creditors Committee / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4022858 | Abhishek Mathur | (212) 850-2822 | Andrew & Kurth LLP- New York | Interested Party, Andrew & Kurth / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4022227 | Radek Pawlowski | (212) 819-8414 | White & Case | Creditor, Nordea Bank Finland PLC / LISTEN ONLY |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4028963 | Tonya Ramsey | 214-220-7750 | Vinson & Elkins LLP | Debtor, Trico Marine Services, Inc. / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4022393 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Creditor, Creditors Committee / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4022354 | Paul Silverstein | (212) 850-2819 | Andrews Kurth | Interested Party, Andrews Kurth / LIVE |
| Trico Marine Services, Inc., et al. | 10-12653 | Hearing | 4026001 | Brad Sweeney | (212) 412-7689 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |