IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TRICO MARINE SERVICES, INC., et al.,[1] ) | Case No. 10-12653 (BLS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | (Relates to Dkt. No. 672) |
| ) | |

## ORDER GRANTING MOTION OF DEBTORS PURSUANT TO SECTION 1121(d)(1) OF THE BANKRUPTCY CODE TO EXTEND THE EXCLUSIVE PERIODS TO (I) FILE A CHAPTER 11 PLAN AND (II) SOLICIT ACCEPTANCES THEREOF

Upon consideration of the *Motion of Debtors Pursuant to Section 1121(d)(1) of the Bankruptcy Code to Extend the Exclusive Periods to (i) File a Chapter 11 Plan And (ii) Solicit Acceptances Thereof* (the "Motion"),[2] and the *Certification of Counsel Regarding Revised Proposed Order Granting Motion of the Debtors Pursuant to Section 1121(d)(1) of the Bankruptcy Code to Extend the Exclusive Periods to (I) File a Chapter 11 Plan and (II) Solicit Acceptances Thereof* (the "Certification") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), the Court finds that (a) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334(b), (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) the relief requested in the Motion, as amended by the Certification, is in the best interests of the Debtors and their respective estates, creditors, and equity security holders, (d) proper and adequate notice of the Motion and hearing thereon has been given and that no other or further notice is necessary, and (e) good and sufficient cause

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. (2405); Trico Marine Assets, Inc. (2404); Trico Marine Operators, Inc. (6124); Trico Marine International, Inc. (3132); Trico Holdco, LLC (3870); Trico Marine Cayman, L.P. (5842). The mailing address for all of the Debtors for the purpose of these Cases is 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380.

[2] Capitalized terms used but not defined herein shall have the meaning given to them in the Motion.

ORDER GRANTING MOTION OF DEBTORS PURSUANT TO SECTION 1121(d)(1) OF THE
BANKRUPTCY CODE TO EXTEND THE EXCLUSIVE PERIODS TO
(I) FILE A CHAPTER 11 PLAN AND (II) SOLICIT ACCEPTANCES THEREOF          Page 1 of 2

US 751754v.1

exists under Bankruptcy Code §1121(d) for the granting of the relief requested in the Motion. Therefore, it is

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that, pursuant to Bankruptcy Code § 1121(d)(1), the time within which the Debtors may file a plan or plans under Bankruptcy Code § 1121(b) is extended through and including February 28, 2011. It is further

**ORDERED** that, pursuant to Bankruptcy Code § 1121(d)(1), the time within which the Debtors may solicit acceptances to any proposed plan or plans under Bankruptcy Code § 1121(c)(3) is extended through and including April 29, 2011. It is further

**ORDERED** that this Order shall be without prejudice to Debtors' right to seek further extensions of the time within which only the Debtors may file and solicit acceptances of a plan.

**ORDERED** that notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary (i) the terms of this Order shall be immediately effective, (ii) the Debtors are not subject to any stay in the implementation, enforcement, or realization of the relief granted in this order, and (iii) the Debtors are authorized and empowered, in their discretion and without further delay, to take such actions as may be necessary and appropriate to implement the terms of this Order. It is further

**ORDERED** that this Court shall retain jurisdiction to hear and consider all disputes arising out of the interpretation or implementation of this Order.

Dated Feb. 14, 2011
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

4078582.2

**ORDER GRANTING MOTION OF DEBTORS PURSUANT TO SECTION 1121(d)(1) OF THE BANKRUPTCY CODE TO EXTEND THE EXCLUSIVE PERIODS TO**
**(I) FILE A CHAPTER 11 PLAN AND (II) SOLICIT ACCEPTANCES THEREOF**   Page 2 of 2

US 751754v.1