# **EXHIBIT A**

# MEMORANDUM OF AGREEMENT

Dated: February 8, 2011

Norwegian Shipbrokers' Association's Memorandum of Agreement for sale and purchase of ships Adopted by The Baltic and International Maritime Council (BIMCO) in 1956.
Code-name
**SALEFORM 1993**
Revised 1966, 1983 and 1986/87.

| | | |
|---|---|---|
| **Trico Marine Assets, Inc.** hereinafter called the Sellers, have agreed to sell, and **Coastland Energy Logistics Limited** | | 1 |
| hereinafter called the Buyers, have agreed to buy | | 2 |
| Name: **Oak River** | | 3 |
| Classification Society/Class: **ABS** | | 4 |
| Built: **1974** | By: **Quality Equipment, Inc.** | 5 |
| Flag: **Dominica** | Place of Registration: **Portsmouth** | 6 |
| Call Sign: **J7BF7** | Grt/Nrt: **723/216** | 7 |
| Register Number: **50367** | | 8 |

Name: Roe River
Classification Society/Class: ABS
Built: 1979          By: General Motors Corp.
Flag: Dominica       Place of Registration: Portsmouth
Call Sign: J7AW3     Grt/Nrt: 802/240
Register Number: 50204

hereinafter called the Vessel, on the following terms and conditions: 9

### Definitions 10

"Banking days" are days on which banks are open both in the country of the currency 11
stipulated for the Purchase Price in Clause 1 and in the place of closing stipulated in Clause 8. 12

"In writing" or "written" means a letter handed over from the Sellers to the Buyers or vice versa, 13
a registered letter, telex, telefax or other modern form of written communication. 14

"Classification Society" or "Class" means the Society referred to in line 4. 15

1. Purchase Price US$2,300,000 United States Dollars. The Vessels are sold "en bloc," and 16
the purchase prices is allocated as follows: Oak River US$1,050,000 and Roe River
US$1,250,000.

2. **Deposit** 17

As security for the correct fulfilment of this Agreement the Buyers shall pay a deposit of ~~10~~ 18
%10%
(~~ten~~ten per cent) of the Purchase Price within ———— five (5) ~~banking~~ working days from the 19
date of execution of this
Agreement. The deposit shall be wired to Sellers' account as follows: Trico Marine Operators 20
Inc. Receiving Bank: Nordea Bank Finland Plc-New York branch, 437 Madison Avenue, New
York, NY 10022; SWIFT: NDEAUS3N; ABA/ROUTING#: 026010786; Beneficiary Account #
7414473001. Upon payment of the deposit, Sellers will send a letter to Addax: 1) informing
them of the sale of the Vessels to Coastland Energy Logistics Limited, on mutually agreed upon
terms, 2) advising them that Sellers intend to assign the contracts, if any, to Buyers and 3)
requesting confirmation from them that they have no objections to the novation/assignment,
however, such confirmation shall not be a condition to closing, payment and release of the
Purchase Price or any other undertaking or obligation of Buyers pursuant to this Memorandum

This document is a computer generated SALEFORM 1993 form printed by authority of the Norwegian Shipbrokers' Association. Any insertion or deletion to the form must be clearly visible. In the event of any modification made to the pre-printed text of this document which is not clearly visible, the text of the original approved document shall apply. BIMCO and the Norwegian Shipbrokers' Association assume no responsibility for any loss, damage or expense as a result of discrepancies between the original approved document and this computer generated document.

of Agreement ~~This deposit shall be placed with~~
~~and held by them in a joint account for the Sellers and the Buyers, to be released in accordance~~ 21
~~with joint written instructions of the Sellers and the Buyers. Interest, if any, to be credited to the~~ 22
~~Buyers. Any fee charged for holding the said deposit shall be borne equally by the Sellers and the~~ 23
Buyers. 24

### 3. Payment 25

~~The said Purchase Price shall be paid in full free of bank charges to~~ The said Purchase Price 26
shall be paid by wire into an escrow account at JP Morgan for Trico Marine Operators, Inc. in
full free of bank charges, prior to closing, which shall occur no later than February 28, 2011, in
accordance with Section 3 herein.

The Purchase Price will be released from the escrow account and delivered to the Sellers after
Sellers deliver the final bill of sale and all other delivery documents contained in Section 8
hereof to the Buyers. Addax's approval of any novation/assignment is not a condition of the
sale or release of the Purchase Price from escrow to the Sellers.

Final Purchase Price shall be paid only after Sellers have obtained Bankruptcy Court approval
and sent a certified copy of same to the Buyers.

~~on delivery of the Vessel, but not later than 3 banking days after the Vessel is in every respect~~ 27
~~physically ready for delivery in accordance with the terms and conditions of this Agreement and~~ 28
~~Notice of Readiness has been given in accordance with Clause 5.~~ 29

### 4. Inspections 30

The Buyers have inspected the Vessels and this Agreement is not contingent upon any
inspections.

~~a)*~~ ~~The Buyers have inspected and accepted the Vessel's classification records. The Buyers~~ 31
~~have also inspected the Vessel at/in on~~ 32
~~and have accepted the Vessel following this inspection and the sale is outright and definite,~~ 33
~~subject only to the terms and conditions of this Agreement.~~ 34

b)* The Buyers shall have the right to inspect the Vessel's classification records and declare 34
whether same are accepted or not ~~within~~ no later than seven (7) days from 35
Wednesday, 9 February 2011.
The Sellers shall provide for inspection of the Vessel at/in **Calabar, Nigeria.** 36
The Buyers shall undertake the inspection without undue delay to the Vessel. Should the 37
Buyers cause undue delay they shall compensate the Sellers for the losses thereby incurred. 38
The Buyers shall inspect the Vessel without opening up and without cost to the Sellers. 39
During the inspection, the Vessel's deck and engine log books shall be made available for 40
examination by the Buyers. If the Vessel is accepted after such inspection, the sale shall 41
become outright and definite, subject only to the terms and conditions of this Agreement, 42
provided the Sellers receive written notice of acceptance from the Buyers within 72 hours 43
after completion of such inspection. 44
Should notice of acceptance of the Vessel's classification records and of the Vessel not be 45
received by the Sellers as aforesaid, the deposit together with interest earned shall be 46
released immediately to the Buyers, whereafter this Agreement shall be null and void. 47

~~* 4 a) and 4b) are alternatives; delete whichever is not applicable. In the absence of deletions,~~ 49
~~alternative 4a) to apply.~~ 50

### 5. Notices, time and place of delivery 51

a) It is agreed that notices and communications provided for hereunder may be made by 52
e-mail, fax or express courier service provided that the same are addressed to the party
required to be notified at the address below, or such other address as may be hereafter
established for notices. Notices mailed shall be considered to be delivered on the date
the same are deposited in the mails, postage pre-paid, in accordance with the
provisions hereof.

(1) To the Sellers at: Trico Marine Assets, Inc.
c/o Brett A. Cenkus, General Counsel
10001 Woodloch Forest Drive, Suite 610
The Woodlands, TX 77380

This document is a computer generated SALEFORM 1993 form printed by authority of the Norwegian Shipbrokers' Association. Any insertion or deletion to the form must be clearly visible. In the event

Tel: 713-780-9926
Fax: 713-780-0062
E-Mail: bcenkus@tricomarine.com

(2) To the Buyers at:  Coastal Energy Logistics Limited
Plot 107A Imam Abibu Adetoro Street
Off Ajose Adeogun Street
Victoria Island
Lagos, Nigeria
Tel: +234 1 4615897 or 7746028
Fax: +234 1 4610295

~~The Sellers shall keep the Buyers well informed of the Vessel's itinerary and shall provide the Buyers with ____, ____, and ____ days notice of the estimated time of arrival at the intended place of drydocking/underwater inspection/delivery. When the Vessel is at the place of delivery and in every respect physically ready for delivery in accordance with this Agreement, the Sellers shall give the Buyers a written Notice of Readiness for delivery.~~  53 54 55 56

b) The Vessels shall be delivered and taken over safely afloat at a safe and accessible berth or  57
anchorage at/in  Calabar, Nigeria  57
in the Sellers' option.  58

Expected time of delivery: ~~____~~ February 28, 2011, or earlier if mutually agreed.  60

Date of cancelling (see Clauses 5 c), 6 b) (iii) and 14): ~~____~~ March 31, 2011 subject to final approval of the U.S. Bankruptcy court.  61

c) If the Sellers anticipate that, notwithstanding the exercise of due diligence by them, one or both of the  62
Vessels will not be ready for delivery by the cancelling date they may notify the Buyers in writing stating the date when they anticipate that the Vessel(s) will be ready for delivery and  63 64
propose a new cancelling date. Upon receipt of such notification the Buyers shall have the option of either cancelling this Agreement in respect only to the Vessel not ready for delivery in accordance with Clause 14 within 7 running  65 66
days of receipt of the notice or of accepting the new date as the new cancelling date. If the Buyers have not declared their option within 7 running days of receipt of the Sellers' notification or if the Buyers accept the new date, the date proposed in the Sellers' notification shall be deemed to be the new cancelling date and shall be substituted for the cancelling date stipulated in line 61 for the Vessel(s) subject to delay.  67 68 69 70 71

If this Agreement is maintained with the new cancelling date all other terms and conditions hereof including those contained in Clauses 5 a) and 5 c) shall remain unaltered and in full force and effect. Cancellation or failure to cancel shall be entirely without prejudice to any claim for damages the Buyers may have under Clause 14 for the Vessel not being ready by  72 73 74 75
the original cancelling date.  76

d) Should either of the Vessels become an actual, constructive or compromised total loss before delivery  77
the deposit allocated to that Vessel together with interest earned shall be released immediately to the Buyers  78
whereafter this Agreement shall be null and void in the part relating to the Vessel subject to such loss.  79

6. **Drydocking/Divers Inspection**  80

a)** ~~The Sellers shall place the Vessel in drydock at the port of delivery for inspection by the Classification Society of the Vessel's underwater parts below the deepest load line, the extent of the inspection being in accordance with the Classification Society's rules. If the rudder, propeller, bottom or other underwater parts below the deepest load line are found broken, damaged or defective so as to affect the Vessel's class, such defects shall be made good at the Sellers' expense to the satisfaction of the Classification Society without condition/recommendation*.~~  81 82 83 84 85 86 87

b)** (i) ~~The Vessel is to be delivered without drydocking. However, the Buyers shall~~  87



BAC

~~have the right at their expense to arrange for an underwater inspection by a diver approved~~ 88
~~by the Classification Society prior to the delivery of the Vessel. The Sellers shall at their~~ 89
~~cost make the Vessel available for such inspection. The extent of the inspection and the~~ 90
~~Conditions under which it is performed shall be to the satisfaction of the Classification~~ 91
~~Society. If the conditions at the port of delivery are unsuitable for such inspection, the~~ 92
~~Sellers shall make the Vessel available at a suitable alternative place near to the delivery~~ 93
~~port.~~ 94

~~(ii) If the rudder, propeller, bottom or other underwater parts below the deepest load line~~ 95
~~are found broken, damaged or defective so as to affect the Vessel's class, then unless~~ 96
~~repairs can be carried out afloat to the satisfaction of the Classification Society, the Sellers~~ 97
~~shall arrange for the Vessel to be drydocked at their expense for inspection by the~~ 98
~~Classification Society of the Vessel's underwater parts below the deepest load line, the~~ 99
~~extent of the inspection being in accordance with the Classification Society's rules. If the~~ 100
~~rudder, propeller, bottom or other underwater parts below the deepest load line are found~~ 101
~~broken, damaged or defective so as to affect the Vessel's class, such defects shall be made~~ 102
~~good by the Sellers at their expense to the satisfaction of the Classification Society~~ 103
~~without condition/recommendation*. In such event the Sellers are to pay also for the cost of~~ 104
~~the underwater inspection and the Classification Society's attendance.~~ 105
106

~~(iii) If the Vessel is to be drydocked pursuant to Clause 6 b) (ii) and no suitable dry-~~ 107
~~docking facilities are available at the port of delivery, the Sellers shall take the Vessel~~ 108
~~to a port where suitable drydocking facilities are available, whether within or outside the~~ 109
~~delivery range as per Clause 5 b). Once drydocking has taken place the Sellers shall deliver~~ 110
~~the Vessel at a port within the delivery range as per Clause 5 b) which shall, for the~~ 111
~~purpose of this Clause, become the new port of delivery. In such event the cancelling date~~ 112
~~provided for in Clause 5 b)) shall be extended by the additional time required for the~~ 113
~~drydocking and extra steaming, but limited to a maximum of 14 running days.~~ 114

~~c) If the Vessel is drydocked pursuant to Clause 6 a) or 6 b) above~~ 115

~~(i) the Classification Society may require survey of the tailshaft system, the extent of~~ 116
~~the survey being to the satisfaction of the Classification surveyor. If such survey is not~~ 117
~~required by the Classification Society, the Buyers shall have the right to require the tailshaft~~ 118
~~to be drawn and surveyed by the Classification Society, the extent of the survey being in~~ 119
~~accordance with the Classification Society's rules for tailshaft survey and consistent with~~ 120
~~the current stage of the Vessel's survey cycle. The Buyers shall declare whether they~~ 121
~~require the tailshaft to be drawn and surveyed not later than by the completion of the~~ 122
~~inspection by the Classification Society. The drawing and refitting of the tailshaft shall be~~ 123
~~arranged by the Sellers. Should any parts of the tailshaft system be condemned or found~~ 124
~~defective so as to affect the Vessel's class, those parts shall be renewed or made good at~~ 125
~~the Sellers' expense to the satisfaction of the Classification Society without~~ 126
~~condition/recommendation*.~~ 127

~~(ii) the expenses relating to the survey of the tailshaft system shall be borne~~ 128
~~by the Buyers unless the Classification Society requires such survey to be carried out, in~~ 129
~~which case the Sellers shall pay these expenses. The Sellers shall also pay the expenses~~ 130
~~if the Buyers require the survey and parts of the system are condemned or found defective~~ 131
~~or broken so as to affect the Vessel's class*.~~ 132

~~(iii) the expenses in connection with putting the Vessel in and taking her out of~~ 133
~~drydock, including the drydock dues and the Classification Society's fees shall be paid by~~ 134
~~the Sellers if the Classification Society issues any condition/recommendation* as a result~~ 135
~~of the survey or if it requires survey of the tailshaft system. In all other cases the Buyers~~ 136
~~shall pay the aforesaid expenses, dues and fees.~~ 137

~~(iv) the Buyers' representative shall have the right to be present in the drydock, but~~ 138
~~without interfering with the work or decisions of the Classification surveyor.~~ 139

~~(v) the Buyers shall have the right to have the underwater parts of the Vessel~~ 140
~~cleaned and painted at their risk and expense without interfering with the Sellers' or the~~ 141
~~Classification surveyor's work, if any, and without affecting the Vessel's timely delivery. If,~~ 142
~~however, the Buyers' work in drydock is still in progress when the Sellers have~~ 143
~~completed the work which the Sellers are required to do, the additional docking time~~ 144
~~needed to complete the Buyers' work shall be for the Buyers' risk and expense. In the event~~ 145
~~that the Buyers' work requires such additional time, the Sellers may upon completion of the~~ 146
~~Sellers' work tender Notice of Readiness for delivery whilst the Vessel is still in drydock~~ 147
~~and the Buyers shall be obliged to take delivery in accordance with Clause 3, whether~~ 148
~~the Vessel is in drydock or not and irrespective of Clause 5 b).~~ 149

This document is a computer generated SALEFORM 1993 form printed by authority of the Norwegian Shipbrokers' Association. Any insertion or deletion to the form must be clearly visible. In the event

~~*      Notes, if any, in the surveyor's report which are accepted by the Classification Society  150
without condition/recommendation are not to be taken into account.                          151~~

~~** 6 a) and 6 b) are alternatives; delete whichever is not applicable. In the absence of deletions,  152
alternative 6 a) to apply.                                                                  153~~

### 7.    Spares/bunkers, etc.                                                                154

The Sellers shall deliver the ~~each~~ Vessel to the Buyers with everything belonging to her on board  155
and ~~on~~ the on shore spares specifically assigned to each Vessel
~~shore.~~ All spare parts and spare equipment on board the Vessels, including spare tail-end  156
shaft(s) and/or spare
propeller(s)/propeller blade(s), if any, belonging to the Vessels at the time of inspection used  157
or
unused, whether on board or not shall become the Buyers' property, but spares on order are to  158
be
excluded. Buyers are entitled only to the on shore spares specifically assigned to each Vessel.  159
Forwarding charges, if any, shall be for the Buyers' account. The Sellers are not required to
replace spare parts including spare tail - end shaft(s) and spare propeller(s)/propeller blade(s) which  160
are taken out of spare and used as replacement prior to delivery, but the replaced items shall be the  161
Property of the Buyers. The radio installation and navigational equipment shall be included in the sale  162
without extra payment if they are the property of the Sellers. Unused stores and provisions shall be  163
included in the sale and be taken over by the Buyers without extra payment.                  164

The Sellers have the right to take ashore crockery, plates, cutlery, linen and other articles bearing the  165
Sellers' flag or name, provided they replace same with similar unmarked items. Library, forms, etc.,  166
exclusively for use in the Sellers' vessel(s), shall be excluded without compensation. Captain's,  167
Officers' and Crew's personal belongings including the slop chest are to be excluded from the sale,  168
as well as the following additional items (including items on hire): ——— VSAT System (rented).  169

The Buyers shall take over the remaining bunkers and unused lubricating oils in storage tanks and  170
sealed drums and pay the current net market price (excluding barging expenses) at the port and date  171
of delivery of the Vessel. The amount of fuel on the Oak River is 29,996 Litres @ $0.77 per litre;  172
the amount of fuel on the Roe is 20,351 Litres @ $0.77 per litre.
Payment under this Clause shall be made at the same time and place and in the same currency as  173
the Purchase Price.                                                                          174

### 8.    Documentation                                                                       175

The place of closing: ~~Calabar, Nigeria.~~ Vinson & Elkins, First City Tower, 1001 Fannin, Suite 2500,  176
Houston, TX 77002.
In exchange for payment of the Purchase Price the Sellers shall furnish the Buyers with delivery  177
documents, namely:                                                                           178

a)   Legal Bill of Sale in a form recordable in ——— Nigeria (the country or countries in which the  179
     Buyers are
     to register the Vessels), warranting that the Vessels are ~~is~~ free from all encumbrances,  180
     mortgages
     and maritime liens or any other debts or claims whatsoever, duly notarially attested. ~~and  181
     legalized by the consul of such country or other competent authority.~~  182

b)   Current Certificate of Ownership issued by the competent authorities of the flag state of  183
     the Vessels.                                                                             184

c)   Confirmation of Class issued within 72 hours prior to delivery.                          185

d)   Current Certificate issued by the competent authorities stating that the Vessels are ~~is~~ free  185
     from
     Registered encumbrances; provided that if the original is unavailable at the place of   186
     closing, a copy will be provided together with a written undertaking from the Sellers to
     furnish the Buyers with the original within four (4) weeks from the closing.

e)   Certificate of Deletion of the Vessels from the Vessel's registry or other official evidence  188
     of
     deletion appropriate to the Vessel's registry at the time of delivery, or, in the event that the  189
     registry does not as a matter of practice issue such documentation immediately, a written  190
     undertaking by the Sellers to effect deletion from the Vessel's registry forthwith and furnish a  191
     Certificate or other official evidence of deletion to the Buyers promptly and latest within 4  192
     (four) weeks after the Purchase Price has been paid and the Vessels ~~has~~ have been  193
     delivered; provided that the Certificates of Deletion will not be obtained if the Sellers and



Buyers enter into a Management Agreement referred to in clause 9. In such case, the Sellers will facilitate the transfer of ownership procedure within the Vessels' current Registry and upon termination of the Management Agreement, the Buyers will obtain the Deletion Certificates directly from the Registry.

f) Any such additional documents as may reasonably be required by the competent authorities for the purpose of registering the Vessels, provided the Buyers notify the Sellers of any such documents as soon as possible after the date of this Agreement.   194 195 196

g) Letter to Addax for the novation/assignment of contracts

h) Letter to Addax for the change of bank account details to Coastland's account.

i) Draft letters releasing lien on boats from all relevant banks (for sighting and confirmation that the original lien releases are signed and held in escrow), to be released to Buyers upon closing.

j) List of spares for each Vessel

At the time of delivery the Buyers and Sellers shall sign and deliver to each other a Protocol of Delivery and Acceptance confirming the date and time of delivery of the Vessels from the Sellers to the Buyers.   197 198 199

At the time of delivery the Sellers shall hand to the Buyers the classification certificate(s) as well as all plans etc., which are on board the Vessel. Other certificates which are on board the Vessel shall also be handed over to the Buyers unless the Sellers are required to retain same, in which case the Buyers to have the right to take copies. Other technical documentation which may be in the Sellers' possession shall be promptly forwarded to the Buyers at their expense, if they so request. The Sellers may keep the Vessel's log books but the Buyers to have the right to take copies of same.   200 201 202 203 204 205 206

At the closing, after the Buyers and the Sellers verify all documentation is in good order, the Buyers will wire funds into escrow. The Buyers and the Sellers will execute a mutual release of funds to Sellers, which shall be delivered to the escrow agent contemporaneously with the delivery of the lien releases to the Buyers.

## 9.   Encumbrances   207

The Sellers warrant that the Vessels, at the time of delivery, is are free from all charters, encumbrances, mortgages and maritime liens or any other debts whatsoever. The Sellers hereby undertake to indemnify the Buyers against all consequences of claims made against the Vessels which have been incurred prior to the time of delivery. The Sellers and the Buyers shall use their commercially reasonable efforts after closing to obtain agreement of Addax to novate/assign the current charters, if any, from the Sellers to the Buyers. Until such time as the novation/assignment is approved by Addax, the Sellers will manage and operate the Vessels on behalf of the Buyers. Such management and operation will be documented in a Ship Management Agreement on the BIMCO Shipman 2009 form with customary terms and conditions and other provisions necessary to pass through the rights and obligations, economic and otherwise, of the charters to the Buyers. The Buyers shall prepay to the Sellers at closing thirty days of estimated operating expenses for the management and operation of the Vessels. Thereafter, on or prior to each monthly anniversary of the closing date, if the Sellers are still managing and operating the Vessels on behalf of the Buyers, the Buyers shall prepay the estimated operating expenses for the management and operation of the Vessels for the following month. Agreement of Addax to the novation/assignment of the charters to the Buyers shall not constitute a condition of sale or release of the purchase price, and Sellers are only obligated to deliver a novation/assignment letter to Addax for their approval. For the duration of the Ship Management Agreement, the Buyers will retain the current Flag of the Vessels and not change the Vessels' names or markings.   208 209 210 211

## 10.   Taxes, etc.   212

Any taxes, fees and expenses in connection with the purchase and registration under the Buyers' flag   213



This document is a computer generated SALEFORM 1993 form printed by authority of the Norwegian Shipbrokers' Association. Any insertion or deletion to the form must be clearly visible. In the event

shall be for the Buyers' account, whereas similar charges in connection with the closing of the Sellers' register shall be for the Sellers' account.

## 11. Condition on delivery

~~The~~Each Vessel with everything belonging to her on board and the shore spares specifically assigned to the Vessel shall be at the Sellers' risk and expense until she is delivered to the Buyers~~, but subject to the terms and conditions of this Agreement she shall be delivered and taken over as she was at the time of inspection, fair wear and tear excepted. However, the Vessel shall be delivered with her class maintained without condition/recommendation*, free of average damage affecting the Vessel's class, and with her classification certificates and National certificates, as well as all other certificates the Vessel had at the time of inspection, valid and unextended without condition/recommendation* by Class or the relevant authorities at the time of Delivery.~~

~~"Inspection" in this Clause 11, shall mean the Buyers' inspection according to Clause 4 a) or 4 b) if applicable, or the Buyers' inspection prior to the signing of this Agreement. If the Vessel is taken over without inspection, the date of this Agreement shall be the relevant date.~~

~~*    Notes, if any, in the surveyor's report which are accepted by the Classification Society without condition/recommendation are not to be taken into account.~~

Except as otherwise provided in this Memorandum of Agreement, no representations or warranties, either expressed or implied, are made with respect to the maintenance, repair, condition, design, operation, seaworthiness, value, marketability, merchantability, usefulness or suitability for any purposes, of the Vessels, including without limitation (a) any implied or expressed warranty of merchantability, (b) any implied or expressed warranty for fitness for a particular purpose, and (c) any implied or expressed warranty as to seaworthiness, classification, freedom from redhibitory vice or defect of the Vessels. The Buyers and Sellers intend that the Vessels shall be conveyed and transferred to the Buyers in their present condition and state of repair existing "as is" and "where is," with all faults present. Buyers hereby waive each and every claim for recovery against the Sellers for any and all loss or damage to either of the Vessels arising from or relating to, in whole or in part, the maintenance, repair, condition, seaworthiness or design of such Vessel, including but not limited to any claims under the general maritime laws of the United States or the laws of any state or of the United States that occurred as regards the negligent act or commission by the Sellers during the pendency of this sale orchestrated by the Sellers. Notwithstanding the foregoing, during the pendency of this Agreement, Sellers shall do nothing inimical in respect to the maintenance of the Vessels, and the Vessels shall be delivered in the same condition as it is on the date hereof, normal wear and tear excepted.

## 12. Name/markings

Upon delivery the Buyers undertake to change the names ~~of~~ each of the Vessels and alter funnel markings within thirty (30) days following the date of delivery of the Vessels, unless the Sellers and the Buyers entered into the Management Agreement referred to in clause 9, in which case the Buyers will undertake to change the names and markings within 30 days following the termination of such Management Agreement.

## 13. Buyers' default

Should the deposit not be paid in accordance with Clause 2, the Sellers have the right to cancel this Agreement, and they shall be entitled to claim compensation for their losses and for all expenses incurred together with interest.
Should the Purchase Price not be paid in accordance with Clause 3, the Sellers have the right to cancel the Agreement, in which case the deposit together with interest earned shall be released to the Sellers. If the deposit does not cover their loss, the Sellers shall be entitled to claim further compensation for their losses and for all expenses incurred together with interest.

## 14. Sellers' default

Should the Sellers ~~fail to give Notice of Readiness in accordance with Clause 5 a) or~~ fail to be ready to validly complete a legal transfer by the date stipulated in line 61 the Buyers shall have the option of cancelling this Agreement provided always that the Sellers shall be granted a maximum of 3 banking days ~~after Notice of Readiness has been given~~ to make arrangements for the documentation set out in Clause 8. If ~~after Notice of Readiness has been given but~~ before



This document is a computer generated SALEFORM 1993 form printed by authority of the Norwegian Shipbrokers Association. Any insertion or deletion to the form must be clearly visible. In the event

the Buyers have taken delivery, either of the Vessels ceases to be physically ready for delivery 246
and is not
made physically ready again in every respect by the date stipulated in <u>line 61</u> ~~and new Notice of~~ 247
~~Readiness given,~~ the Buyers shall retain their option to cancel. In the event that the Buyers elect 248
to cancel this Agreement the deposit together with interest earned shall be released to them 249
immediately. 250
Should the Sellers fail to ~~give Notice of Readiness by the date stipulated in~~ <u>line 61</u> ~~or fail to~~ be ready 251
to validly complete a legal transfer as aforesaid they shall make due compensation to the Buyers for 252
their loss and for all expenses together with interest if their failure is due to proven 253
negligence and whether or not the Buyers cancel this Agreement. 254

15. This Agreement is subject to the approval of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") in the proceedings styled In re: Trico Marine Services, Inc., et al., No. 10-12653, and the Sellers shall use best efforts to obtain Bankruptcy Court approval. In the event that Bankruptcy court approval is not obtained, this Agreement shall be null and void, and the deposit shall be released to the Buyers immediately; however, the Sellers shall have no further liability to the Buyers arising out of or related to this Agreement.

### ~~15.  Buyers' representatives~~ 254

~~After this Agreement has been signed by both parties and the deposit has been lodged, the Buyers~~ 255
~~have the right to place two representatives on board the Vessel at their sole risk and expense upon~~ 256
~~arrival at Calabar on or about December 20, 2010.~~ 257
~~These representatives are on board for the purpose of familiarisation and in the capacity of~~ 258
~~observers only, and they shall not interfere in any respect with the operation of the Vessel. The~~ 259
~~Buyers' representatives shall sign the Sellers' letter of indemnity prior to their embarkation.~~ 260

**16.** During the period between closing and the final assignment of existing contracts the 262
net earnings from the vessels shall be for the account of Coastland Energy Logistics Limited
and Addax shall be notified of such change of bank account details.

### Arbitration

a)* ~~This Agreement shall be governed by and construed in accordance with English law and~~ 263
~~any dispute arising out of this Agreement shall be referred to arbitration in London in~~ 264
~~accordance with the Arbitration Acts 1950 and 1979 or any statutory modification or~~ 265
~~re-enactment thereof for the time being in force, one arbitrator being appointed by each~~ 266
~~party. On the receipt by one party of the nomination in writing of the other party's arbitrator,~~ 267
~~that party shall appoint their arbitrator within fourteen days, failing which the decision of the~~ 268
~~single arbitrator appointed shall apply. If two arbitrators properly appointed shall not agree~~ 269
~~they shall appoint an umpire whose decision shall be final.~~ 270

b)* ~~This Agreement shall be governed by and construed in accordance with Title 9 of the~~ 271
~~United States Code and the Law of the State of New York and should any dispute arise out of~~ 272
~~this Agreement, the matter in dispute shall be referred to three persons at New York, one to~~ 273
~~be appointed by each of the parties hereto, and the third by the two so chosen; their~~ 274
~~decision or that of any two of them shall be final, and for purpose of enforcing any award, this~~ 275
~~Agreement may be made a rule of the Court.~~ 276
~~The proceedings shall be conducted in accordance with the rules of the Society of Maritime~~ 277
~~Arbitrators, Inc. New York.~~ 278

c)* ~~Any dispute arising out of this Agreement shall be referred to arbitration at~~ 279
~~————, subject to the procedures applicable there.~~ 280
~~The laws of ———— shall govern this Agreement.~~ 281

* ~~16 a), 16 b) and 16 c) are alternatives; delete whichever is not applicable. In the absence of~~ 282
~~deletions, alternative 16 a) to apply.~~ 283

17. This Memorandum of Agreement shall be construed in accordance with U.S. maritime law and the substantive laws of the State of Texas to the extent not provided for by maritime law. Venue for any disputes arising out of this Memorandum of Agreement shall be the Bankruptcy Court, and the parties hereto hereby consent to the personal jurisdiction of said court and venue.



This document is a computer generated SALEFORM 1993 form printed by authority of the Norwegian Shipbrokers' Association. Any insertion or deletion to the form must be clearly visible. In the event

Signed for and on behalf of Sellers:  Signed for and on behalf of Buyers:

TRICO MARINE ASSETS, INC.  COASTLAND ENERGY LOGISTICS LIMITED

By: [signature]  By: [signature]
Bret Cenkus  Name: UWEM UDOH
President  Title: CHAIRMAN

This document is a computer generated SALEFORM 1993 form printed by authority of the Norwegian Shipbrokers' Association. Any insertion or deletion to the form must be clearly visible. In the event of any modification made to the pre-printed text of this document which is not clearly visible, the text of the original approved document shall apply. BIMCO and the Norwegian Shipbrokers' Association