IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TRICO MARINE SERVICES, INC., *et al.*,[1] ) | Case No. 10-12653 (BLS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |

## NOTICE OF CONTINUED AUCTION

1. **PLEASE TAKE NOTICE** that, on February 23, 2011, the Bankruptcy Court entered an order (the "Sale Procedures Order") [Dkt. No. 953] approving procedures for the sale of the (i) Elm River, (ii) Suwanee River, (iii) Trinity River, (iv) Palma River, and (v) any other vessels (collectively, the "Assets") which have not closed by the date of the Auction (as defined below) and any vessel related inventory.

2. **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Sale Procedures Order, an auction (the "Auction") of the Assets was to be held on March 21, 2011 at 10:00 a.m. (prevailing Central Time).

3. **PLEASE TAKE FURTHER NOTICE** that the Auction has been continued to March 28, 2011 at 10:00 a.m. (prevailing Central Time).

4. **PLEASE TAKE FURTHER NOTICE** that the hearing on the sale of any Assets auctioned at the Auction (the "Sale Hearing") will held on **April 4, 2011 at 11:00 a.m.** (prevailing Eastern Time) before the Honorable Brendan L. Shannon, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware, 19801.

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. (2405); Trico Marine Assets, Inc. (2404); Trico Marine Operators, Inc. (6124); Trico Marine International, Inc. (3132); Trico Holdco, LLC (3870); Trico Marine Cayman, L.P. (5842). The mailing address for all of the Debtors for the purpose of these Cases is 3200 Southwest Freeway, Suite 2950, Houston, TX 77027.

March 17, 2011
Wilmington, Delaware

Respectfully submitted,

/s/ _____
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302.658.9200
Fax: 302.658.3989

-and-

John E. Mitchell
Tonya M. Ramsey
Angela B. Degeyter
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.999.7787
jmitchell@velaw.com
tramsey@velaw.com
adegeyter@velaw.com

*Attorneys for the Debtors and Debtors-in-Possession*