**EXHIBIT A**

# MEMORANDUM OF AGREEMENT

Dated: March 16, 2011

Norwegian Shipbrokers' Association's Memorandum of Agreement for sale and purchase of ships. Adopted by The Baltic and International Maritime Council (BIMCO) in 1956
Code-name
**SALEFORM 1993**
Revised 1966, 1983 and 1986/87.

Trico Marine Assets, Inc. hereinafter called the Sellers, have agreed to sell, and Odekole   1
International Services, Ltd. #7 Sweez Close, Orazi Road, Port Harcourt, Rivers State, Nigeria
hereinafter called the Buyers, have agreed to buy   2
Name: **SUWANNEE RIVER**   3
Classification Society/Class: **ABS**   4

Built: **1977**  By: **Halter Marine, Inc.**   5
Flag: **Dominica**  Place of Registration: **Portsmouth**   6
Call Sign: **J7AJ4**  Grt/Nrt: **723/216**   7
Register Number: **50262**   8
hereinafter called the Vessel, on the following terms and conditions:   9

**Definitions**   10

"Banking days" are days on which banks are open both in the country of the currency   11
stipulated for the Purchase Price in Clause 1 and in the place of closing stipulated in Clause 8.   12

"In writing" or "written" means a letter handed over from the Sellers to the Buyers or vice versa,   13
a registered letter, telex, telefax or other modern form of written communication.   14

"Classification Society" or "Class" means the Society referred to in line 4.   15

1.  **Purchase Price USD $700,000.00**   16

2.  **Deposit**   17
As security for the correct fulfilment of this Agreement the Buyers shall pay a deposit of fifty   18
percent (50%) of the Purchase Price prior to the date of this MOA (Sellers hereby acknowledge
Buyer's initiation of a wire transfer of these funds on March 16, 2011). ~~10 %~~
~~(ten per cent) of the Purchase Price within         banking days from the date of this~~   19
~~Agreement. This deposit shall be placed with~~   20
~~and held by them in a joint account for the Sellers and the Buyers, to be released in accordance~~   21
~~with joint written instructions of the Sellers and the Buyers. Interest, if any, to be credited to the~~   22
~~Buyers. Any fee charged for holding the said deposit shall be borne equally by the Sellers and the~~   23
~~Buyers.~~   24

3.  **Payment**   25
~~The said Purchase Price shall be paid in full free of bank charges to~~   The balance of said   26
Purchase Price shall be paid in full free of bank charges to Trico Marine Operators, Inc.:
Receiving Bank: Nordea Bank Finland Plc-New York branch, 437 Madison Avenue, New York,
NY 10022; SWIFT: NDEAUS3N; ABA/ROUTING#: 026010786; Beneficiary Account # 7414473001
on delivery of the Vessel, but not later than the earlier of (a) 3 banking days after the Vessel is   27 2
in every respect
physically ready for delivery in accordance with the terms and conditions of this Agreement and   28 2
Notice of Readiness has been given in accordance with Clause 5, or (b) as provided in the   29 2
Bankruptcy Court Order.

4.  **Inspections**   30 2
a)*  The Buyers have inspected and accepted the Vessel's classification records. The Buyers   30



have also inspected the Vessel at/in _____ on _____ 31
and have accepted the Vessel following this inspection and the sale is outright and definite, 32
subject only to the terms and conditions of this Agreement. 33

b)* ~~The Buyers shall have the right to inspect the Vessel's classification records and declare~~ 353
~~whether same are accepted or not within_____~~ 363
~~The Sellers shall provide for inspection of the Vessel at/in_____~~ 373
~~The Buyers shall undertake the inspection without undue delay to the Vessel. Should the~~ 383
~~Buyers cause undue delay they shall compensate the Sellers for the losses thereby incurred.~~ 393
~~The Buyers shall inspect the Vessel without opening up and without cost to the Sellers.~~ 403
~~During the inspection, the Vessel's deck and engine log books shall be made available for~~ 414
~~examination by the Buyers. If the Vessel is accepted after such inspection, the sale shall~~ 424
~~become outright and definite, subject only to the terms and conditions of this Agreement,~~ 434
~~provided the Sellers receive written notice of acceptance from the Buyers within 72 hours~~ 444
~~after completion of such inspection.~~ 454
~~Should notice of acceptance of the Vessel's classification records and of the Vessel not be~~ 464
~~received by the Sellers as aforesaid, the deposit together with interest earned shall be~~ 474
~~released immediately to the Buyers, whereafter this Agreement shall be null and void.~~ 484

\* ~~4 a) and 4 b) are alternatives; delete whichever is not applicable. In the absence of deletions,~~ 494
~~alternative 4a) if any~~ 504

5. **Notices, time and place of delivery** 515

a) ~~The Sellers shall keep the Buyers well informed of the Vessel's itinerary and shall~~ 525
~~provide the Buyers with_____,_____and_____days notice of the estimated time of arrival at~~ 535
~~the~~
~~intended place of drydocking/underwater inspection/delivery. When the Vessel is at the place~~ 545
~~of delivery and in every respect physically ready for delivery in accordance with this~~ 555
~~Agreement, the Sellers shall give the Buyers a written Notice of Readiness for delivery.~~ 565

b) ~~The~~ Vessel shall be delivered and taken over safely afloat at a safe and accessible berth or 575
anchorage at/in **Calabar, Nigeria** 585
~~in the Sellers' option.~~ 595

Expected time of delivery: **March 25, 2011** 605

Date of cancelling (see Clauses 5 c), 6 b) (iii) and 14): **April 30, 2011.** 616

c) If the Sellers anticipate that, notwithstanding the exercise of due diligence by them, the 61
Vessel will not be ready for delivery by the cancelling date they may notify the Buyers in 62
writing stating the date when they anticipate that the Vessel will be ready for delivery and 63
propose a new cancelling date. Upon receipt of such notification the Buyers shall have the 64
option of either cancelling this Agreement in accordance with Clause 14 within 7 running 65
days of receipt of the notice or of accepting the new date as the new cancelling date. If the 66
Buyers have not declared their option within 7 running days of receipt of the Sellers' 67
notification or if the Buyers accept the new date, the date proposed in the Sellers' notification 68
shall be deemed to be the new cancelling date and shall be substituted for the cancelling 69
date stipulated in line 61. 70

If this Agreement is maintained with the new cancelling date all other terms and conditions 71
hereof including those contained in Clauses 5 a) and 5 c) shall remain unaltered and in full 72
force and effect. Cancellation or failure to cancel shall be entirely without prejudice to any 73
claim for damages the Buyers may have under Clause 14 for the Vessel not being ready 74
by
the original cancelling date. 75

d) Should the Vessel become an actual, constructive or compromised total loss before delivery 777
the deposit together with interest earned shall be released immediately to the Buyers 787
whereafter this Agreement shall be null and void. 797

6. **Drydocking/Divers Inspection** 807

a)** ~~The Sellers shall place the Vessel in drydock at the port of delivery for inspection by the~~ 818
~~Classification Society of the Vessel's underwater parts below the deepest load line, the~~ 828
~~extent of the inspection being in accordance with the Classification Society's rules. If the~~ 838
~~rudder, propeller, bottom or other underwater parts below the deepest load line are found~~ 848
~~broken, damaged or defective so as to affect the Vessel's class, such defects shall be made~~ 858

This document is a computer generated SALEFORM 1993 form printed by authority of the Norwegian Shipbrokers' Association. Any insertion or deletion to the form must be clearly visible. In the event of any modification made to the pre-printed text of this document which is not clearly visible, the text of the original approved document shall apply. BIMCO and the Norwegian Shipbrokers' Association assume no responsibility for any loss, damage or expense as a result of discrepancies between the original approved document and this computer generated document.

good at the Sellers' expense to the satisfaction of the Classification Society without condition/recommendation".

(i) The Vessel is to be delivered without drydocking. However, the Buyers shall have the right at their expense to arrange for an underwater inspection by a diver approved by the Classification Society prior to the delivery of the Vessel. The Sellers shall at their cost make the Vessel available for such inspection. The extent of the inspection and the conditions under which it is performed shall be to the satisfaction of the Classification Society. If the conditions at the port of delivery are unsuitable for such inspection, the Sellers shall make the Vessel available at a suitable alternative place near to the delivery port.

(ii) If the rudder, propeller, bottom or other underwater parts below the deepest load line are found broken, damaged or defective so as to affect the Vessel's class, then unless repairs can be carried out afloat to the satisfaction of the Classification Society, the Sellers shall arrange for the Vessel to be drydocked at their expense for inspection by the Classification Society of the Vessel's underwater parts below the deepest load line, the extent of the inspection being in accordance with the Classification Society's rules. If the rudder, propeller, bottom or other underwater parts below the deepest load line are found broken, damaged or defective so as to affect the Vessel's class, such defects shall be made good by the Sellers at their expense to the satisfaction of the Classification Society without condition/recommendation*. In such event the Sellers are to pay also for the cost of the underwater inspection and the Classification Society's attendance.

(iii) If the Vessel is to be drydocked pursuant to Clause 6 b) (ii) and no suitable drydocking facilities are available at the port of delivery, the Sellers shall take the Vessel to a port where suitable drydocking facilities are available, whether within or outside the delivery range as per Clause 5 b). Once drydocking has taken place the Sellers shall deliver the Vessel at a port within the delivery range as per Clause 5 b) which shall, for the purpose of this Clause, become the new port of delivery. In such event the cancelling date provided for in Clause 5 b)) shall be extended by the additional time required for the drydocking and extra steaming, but limited to a maximum of 14 running days.

If the Vessel is drydocked pursuant to Clause 6 a) or 6 b) above

(i) the Classification Society may require survey of the tailshaft system, the extent of the survey being to the satisfaction of the Classification surveyor. If such survey is not required by the Classification Society, the Buyers shall have the right to require the tailshaft to be drawn and surveyed by the Classification Society, the extent of the survey being in accordance with the Classification Society's rules for tailshaft survey and consistent with the current stage of the Vessel's survey cycle. The Buyers shall declare whether they require the tailshaft to be drawn and surveyed not later than by the completion of the inspection by the Classification Society. The drawing and refitting of the tailshaft shall be arranged by the Sellers. Should any parts of the tailshaft system be condemned or found defective so as to affect the Vessel's class, those parts shall be renewed or made good at the Sellers' expense to the satisfaction of the Classification Society without condition/recommendation*.

(ii) the expenses relating to the survey of the tailshaft system shall be borne by the Buyers unless the Classification Society requires such survey to be carried out in which case the Sellers shall pay these expenses. The Sellers shall also pay the expenses if the Buyers require the survey and parts of the system are condemned or found defective or broken so as to affect the Vessel's class.

(iii) the expenses in connection with putting the Vessel in and taking her out of drydock, including the drydock dues and the Classification Society's fees shall be paid by the Sellers if the Classification Society issues any condition/recommendation* as a result of the survey or if it requires survey of the tailshaft system. In all other cases the Buyers shall pay the aforesaid expenses, dues and fees.

(iv) the Buyers' representative shall have the right to be present in the drydock, but without interfering with the work or decisions of the Classification surveyor.

(v) the Buyers shall have the right to have the underwater parts of the Vessel cleaned and painted at their risk and expense without interfering with the Sellers' or the Classification surveyor's work, if any, and without affecting the Vessel's timely delivery. If, however, the Buyers' work in drydock is still in progress when the Sellers have completed the work which the Sellers are required to do, the additional docking time needed to complete the Buyers' work shall be for the Buyers' risk and expense. In the event

This document is a computer generated SALEFORM 1993 form printed by authority of the Norwegian Shipbrokers' Association. Any insertion or deletion to the form must be clearly visible. In the event of any modification made to the pre-printed text of this document which is not clearly visible, the text of the original approved document shall apply. BIMCO and the Norwegian Shipbrokers' Association assume no responsibility for any loss, damage or expense as a result of discrepancies between the original approved document and this computer generated document.

BAC [signature]

that the Buyers' work requires such additional time, the Sellers may upon completion of the 146
Sellers' work tender Notice of Readiness for delivery whilst the Vessel is still in drydock 147
and the Buyers shall be obliged to take delivery in accordance with Clause 3, whether 148
the Vessel is in drydock or not and irrespective of Clause 6 b). 149

Notes, if any, in the surveyor's report which are accepted by the Classification Society 150
without condition/recommendation are not to be taken into account. 151

6 a) and 6 b) are alternatives; delete whichever is not applicable. In the absence of deletions, 152
alternative 6 a) to apply. 153

Spares/bunkers, etc. 154

The Sellers shall deliver the Vessel to the Buyers with everything belonging to her on board, and on 155
shore. All spare parts and spare equipment including spare tail-end shaft(s) and/or spare 156
propeller(s)/propeller blade(s), if any, belonging to the Vessel at the time of inspection used or 157
unused, whether on board, or otherwise specifically assigned to, the Vessel or not shall 158
become the Buyers' property, but Unassigned spares on shore and spares on order are to be 
excluded. Forwarding charges, if any, shall be for the Buyers' account. The Sellers are not required to 159
replace spare parts including spare tail-end shaft(s) and spare propeller(s)/propeller blade(s) which 160
are taken out of spare and used as replacement prior to delivery, but the replaced items shall be the 161
property of the Buyers. The radio installation and navigational equipment shall be included in the sale 162
without extra payment if they are the property of the Sellers. Unused stores and provisions shall be 163
included in the sale and be taken over by the Buyers without extra payment. 164

The Sellers have the right to take ashore crockery, plates, cutlery, linen and other articles bearing the 165
Sellers' flag or name, provided they replace same with similar unmarked items. Library, forms, etc., 166
exclusively for use in the Sellers' vessel(s), shall be excluded without compensation. Captain's, 167
Officers' and Crew's personal belongings including the slop chest are to be excluded from the sale, 168
as well as the following additional items (including items on hire): VSAT System (rented). 169

The Buyers shall take over the remaining bunkers and unused lubricating oils in storage tanks and 170
sealed drums and pay the current net market price (excluding barging expenses) at the port and date 171
of delivery of the Vessel. 172
Payment under this Clause shall be made at the same time and place and in the same currency as 173
the Purchase Price. 174

Documentation 175

The place of closing: _____ 176

In exchange for payment of the Purchase Price the Sellers shall furnish the Buyers with delivery 177
documents, namely: 178

) Legal Bill of Sale in on a US form cg1340 recordable in _____ (the country in which the Buyers 179
are
to register the Vessel), warranting that the Vessel is free from all encumbrances, mortgages 179
and maritime liens or any other debts or claims whatsoever, duly notarized, notarially 180
attested and
legalized by the consul of such country or other competent authority. 181

) Current Certificate of Ownership issued by the competent authorities of the flag state of 183
the Vessel. 184

) Confirmation of Class issued within 72 hours prior to delivery, provided that if the original is 185
unavailable at the place of closing, a copy will be provided together with a written
undertaking from the Sellers to furnish the Buyer with the original within four (4) weeks
from the closing.

l) Current Certificate of Ownership and Non-Encumbrance issued by the competent 185
authorities of the Flag State of the Vessel confirming stating that the Vessel is registered
in the ownership of the Sellers and that the Vessel is free from
registered encumbrances, issued on the day of the closing. A copy will be provided at the 186
closing, together with a written undertaking from the Sellers to furnish the Buyers with
the original within four (4) weeks after the closing.

) Certificate of Deletion of the Vessel from the Vessel's registry or other official evidence of 188
deletion appropriate to the Vessel's registry at the time of delivery, or, in the event that the 189
registry does not as a matter of practice issue such documentation immediately, a written 190

This document is a computer generated SALEFORM 1993 form printed by authority of the Norwegian Shipbrokers' Association. Any insertion or deletion to the form must be clearly visible. In the event of any modification made to the pre-printed text of this document which is not clearly visible, the text of the original approved document shall apply. BIMCO and the Norwegian Shipbrokers' Association assume no responsibility for any loss, damage or expense as a result of discrepancies between the original approved document and this computer generated document.

BAC

undertaking by the Sellers to effect deletion from the Vessel's registry forthwith and furnish a Certificate or other official evidence of deletion to the Buyers promptly and latest within 4 (four) weeks after the Purchase Price has been paid and the Vessel has been delivered.

f) Any such additional documents as may reasonably be required by the competent authorities for the purpose of registering the Vessel, provided the Buyers notify the Sellers of any such documents as soon as possible after the date of this Agreement.

At the time of delivery the Buyers and Sellers shall sign and deliver to each other a Protocol of Delivery and Acceptance confirming the date and time of delivery of the Vessel from the Sellers to the Buyers.

At the time of delivery the Sellers shall hand to the Buyers the classification certificate(s) as well as all plans etc., which are on board the Vessel. Other certificates which are on board the Vessel shall also be handed over to the Buyers unless the Sellers are required to retain same, in which case the Buyers to have the right to take copies. Other technical documentation which may be in the Sellers' possession shall be promptly forwarded to the Buyers at their expense, if they so Request. The Sellers may keep the Vessel's log books but the Buyers to have the right to take copies of same.

## 9. Encumbrances

The Sellers warrant that the Vessel, at the time of delivery, is free from all charters, encumbrances, mortgages and maritime liens or any other debts whatsoever. The Sellers hereby undertake to indemnify the Buyers against all consequences of claims made against the Vessel which have been incurred prior to the time of delivery.

## 10. Taxes, etc.

Any taxes, fees and expenses in connection with the purchase and registration under the Buyers' flag shall be for the Buyers' account, whereas similar charges in connection with the closing of the Sellers' register shall be for the Sellers' account.

## 11. Condition on delivery

The Vessel with everything belonging to her on board and the shore spares specifically assigned to the Vessel shall be at the Sellers' risk and expense until she is delivered to the Buyers., ~~but subject to the terms and conditions of this Agreement she shall be delivered and taken over as she was at the time of inspection, fair wear and tear excepted. However, the Vessel shall be delivered with her class maintained without condition/recommendation*, free of average damage affecting the Vessel's class, and with her classification certificates and National certificates, as well as all other certificates the Vessel had at the time of inspection, valid and unextended without condition/recommendation* by Class or the relevant authorities at the time of Delivery.~~

~~"Inspection" in this Clause 11, shall mean the Buyers' inspection according to Clause 4 a) or 4 b), if applicable, or the Buyers' inspection prior to the signing of this Agreement. If the Vessel is taken over without inspection, the date of this Agreement shall be the relevant date.~~

~~* Notes, if any, in the surveyor's report which are accepted by the Classification Society~~

WORKING COPY



This document is a computer generated SALEFORM 1993 form printed by authority of the Norwegian Shipbrokers' Association. Any insertion or deletion to the form must be clearly visible. In the event of any modification made to the pre-printed text of this document which is not clearly visible, the text of the original approved document shall apply. BIMCO and the Norwegian Shipbrokers' Association assumes no responsibility for any loss, damage or expense as a result of discrepancies between the original approved document and this computer generated document.

undertaking by the Sellers to effect deletion from the Vessel's registry forthwith and furnish a   191
Certificate or other official evidence of deletion to the Buyers promptly and latest within 4      192
(four) weeks after the Purchase Price has been paid and the Vessel has been delivered.            193

Any such additional documents as may reasonably be required by the competent authorities           194
for the purpose of registering the Vessel, provided the Buyers notify the Sellers of any such      195
documents as soon as possible after the date of this Agreement.                                    196

ie time of delivery the Buyers and Sellers shall sign and deliver to each other a Protocol of     197
ery and Acceptance confirming the date and time of delivery of the Vessel from the Sellers to the 198
rs.                                                                                                199

ie time of delivery the Sellers shall hand to the Buyers the classification certificate(s) as well as all   200
etc., which are on board the Vessel. Other certificates which are on board the Vessel shall also   201
anded over to the Buyers unless the Sellers are required to retain same, in which case the         202
rs to have the right to take copies. Other technical documentation which may                       203
the Sellers' possession shall be promptly forwarded to the Buyers at their expense, if they so     204
est. The Sellers may keep the Vessel's log books but the Buyers to have the right to               205

s of same.                                                                                         206

### Encumbrances                                                                                   207

Sellers warrant that the Vessel, at the time of delivery, is free from all charters, encumbrances, 208
gages and maritime liens or any other debts whatsoever. The Sellers hereby undertake               209
demnify the Buyers against all consequences of claims made against the Vessel which have           210
incurred prior to the time of delivery.                                                            211

### Taxes, etc.                                                                                    212

taxes, fees and expenses in connection with the purchase and registration under the Buyers' flag   213
be for the Buyers' account, whereas similar charges in connection with the closing of the Sellers' 214
ter shall be for the Sellers' account.                                                             215

### Condition on delivery                                                                          216

Vessel with everything belonging to her on board and the shore spares specifically                 217
jned to the Vessel shall be at the Sellers' risk and expense until she is
ered to the Buyers, ~~but subject to the terms and conditions of this Agreement she shall be~~    218
~~ered and taken over as she was at the time of inspection, fair wear and tear excepted~~          219
~~wer, the Vessel shall be delivered with her class maintained without condition/recommendation*,~~ 220
~~of average damage affecting the Vessel's class, and with her classification certificates and~~   221
~~nal certificates, as well as all other certificates the Vessel had at the time of inspection, valid and~~ 222
~~tended without condition/recommendation* by Class or the relevant authorities at the time of~~  223
~~ery.~~                                                                                           224
~~ection* in this Clause 11, shall mean the Buyers' inspection according to Clause 4 a) or 4 b), if~~ 225
~~cable, or the Buyers' inspection prior to the signing of this Agreement. If the Vessel is taken over~~ 226
~~ut inspection, the date of this Agreement shall be the relevant date~~                           227
~~Notes, if any, in the surveyor's report which are accepted by the Classification Society~~      228



This is a computer generated SALEFORM 1993 form printed by authority of the Norwegian Shipbrokers' Association. Any insertion or deletion to the form must be clearly visible. In the event of any modification made to the pre-printed text of this document which is not clearly visible, the text of the original approved document shall apply. BIMCO and the Norwegian Shipbrokers' Association assume no responsibility for any loss, damage or expense as a result of discrepancies between the original approved document and this computer generated document.

Except as otherwise provided in this Agreement, no representations or warranties, either expressed or implied, are made with respect to the maintenance, repair, condition, design, operation, seaworthiness, value, marketability, merchantability, usefulness or suitability for any purposes, of the Vessel, including without limitation (a) any implied or expressed warranty of merchantability, (b) any implied or expressed warranty for fitness for a particular purpose, and (c) any implied or expressed warranty as to seaworthiness, classification, freedom from redhibitory vice or defect of the Vessel. The Buyers and Sellers intend that the Vessel shall be conveyed and transferred to the Buyers in its present condition and state of repair existing "as is" and "where is," with all faults present. Buyers hereby waive each and every claim for recovery against the Sellers for any and all loss or damage to the Vessel arising from or relating to, in whole or in part, the maintenance, repair, condition, seaworthiness or design of the Vessel, including, but not limited to, any claims under the general maritime laws of the United States or the laws of any state or of the United States that occurred as regards the negligent act or commission by the Sellers during the pendency of this sale orchestrated by the Sellers. Notwithstanding the foregoing, during the pendency of this Agreement, Sellers shall do nothing inimical in respect to the maintenance of the Vessel, and the Vessel shall be delivered in the same condition as it is on the date hereof, normal wear and tear excepted.

12. Name/markings                                                                    230
Upon delivery the Buyers undertake to change the name of the Vessel and alter funnel markings. 231

13. Buyers' default                                                                   232
Should the deposit not be paid in accordance with Clause 2, the Sellers have the right to cancel this 233
Agreement, and they shall be entitled to claim compensation for their losses and for all expenses 234
incurred together with interest.                                                      235
Should the Purchase Price not be paid in accordance with Clause 3, the Sellers have the right to 236
cancel the Agreement, in which case the deposit together with interest earned shall be released to the 237
Sellers. If the deposit does not cover their loss, the Sellers shall be entitled to claim further 237
compensation for their losses and for all expenses incurred together with interest. 238

14. Sellers' default                                                                  240
Should the Sellers fail to give Notice of Readiness in accordance with Clause 5 a) or fail to be ready 240
to validly complete a legal transfer by the date stipulated in line 61 the Buyers shall have 241
the option of cancelling this Agreement provided always that the Sellers shall be granted a 242
maximum of 3 banking days after Notice of Readiness has been given to make arrangements 243
for the documentation set out in Clause 8. If after Notice of Readiness has been given but before 244
the Buyers have taken delivery, the Vessel ceases to be physically ready for delivery and is not 245
made physically ready again in every respect by the date stipulated in line 61 and new Notice of 246
Readiness given, the Buyers shall retain their option to cancel. In the event that the Buyers elect 247
to cancel this Agreement the deposit together with interest earned shall be released to them 248
immediately.                                                                          249
~~Should the Sellers fail to give Notice of Readiness by the date stipulated in line 61 or fail to be ready~~ 250
~~to validly complete a legal transfer as aforesaid they shall make due compensation to the Buyers for~~ 251
~~their loss and for all expenses together with interest if their failure is due to proven~~ 252
~~negligence and whether or not the Buyers cancel the Agreement.~~ 253

15. This Agreement shall be subject to the approval of (a) the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") in the proceedings styled, In re: Trico Marine Services, Inc., et al., No. 10-12653 and (b) the United States Maritime Administration. In the event that any of such required approvals are not obtained, this Agreement shall be null and void, and the deposit shall be released to the Buyers immediately; however, the Sellers shall have no further liability to the Buyers arising out of or related to this Agreement.

15. ~~Buyers' representatives~~                                                       255
~~After this Agreement has been signed by both parties and the deposit has been lodged, the Buyers~~ 256
~~have the right to place two representatives on board the Vessel at their sole risk and expense upon~~ 257
~~arrival at _____ on or about _____~~                                              258
~~These representatives are on board for the purpose of familiarisation and in the capacity of~~ 259

~~observers only, and they shall not interfere in any respect with the operation of the Vessel. The~~ 260
~~Buyers' representatives shall sign the Sellers' letter of indemnity prior to their embarkation.~~ 261

16. **Arbitration** 262

~~a)* This Agreement shall be governed by and construed in accordance with English law and~~ 263
~~any dispute arising out of this Agreement shall be referred to arbitration in London in~~ 264
~~accordance with the Arbitration Acts 1950 and 1979 or any statutory modification or~~ 265
~~re-enactment thereof for the time being in force, one arbitrator being appointed by each~~ 266
~~party. On the receipt by one party of the nomination in writing of the other party's arbitrator,~~ 267
~~that party shall appoint their arbitrator within fourteen days, failing which the decision of the~~ 268
~~single arbitrator appointed shall apply. If two arbitrators properly appointed shall not agree~~ 269
~~they shall appoint an umpire whose decision shall be final.~~ 270

~~b)* This Agreement shall be governed by and construed in accordance with Title 9 of the~~ 271
~~United States Code and the Law of the State of New York and should any dispute arise out of~~ 272
~~this Agreement, the matter in dispute shall be referred to three persons at New York, one to~~ 273
~~be appointed by each of the parties hereto, and the third by the two so chosen, their~~ 274
~~decision or that of any two of them shall be final, and for purpose of enforcing any award, this~~ 275
~~Agreement may be made a rule of the Court.~~ 276
~~The proceeding shall be conducted in accordance with the rules of the Society of Maritime~~ 277
~~Arbitrators, Inc. New York.~~ 278

~~c)* Any dispute arising out of this Agreement shall be referred to arbitration at~~ 279
~~_____, subject to the procedures applicable there.~~ 280
~~The laws of _____ shall govern this Agreement.~~ 281

~~* 16 a), 16 b) and 16 c) are alternatives; delete whichever is not applicable. In the absence of~~ 282
~~deletions, alternative 16 a) to apply.~~ 283

This Agreement shall be construed in accordance with U.S. maritime law and the substantive laws of the State of Texas to the extent not provided for by maritime law. Venue for any disputes arising out of this Agreement shall be the Bankruptcy Court, and the parties hereto hereby consent to the personal jurisdiction of said court and venue.

Signed for and on behalf of Sellers:

**TRICO MARINE ASSETS, INC.**

By: _____
Brett A. Cenkus
President

Signed for on behalf of Buyers:

**ODEKOLE INTERNATIONAL SERVICES, LTD.**

By: _____
Name: John G. Dgah
Title: Managing Director

This document is a computer generated SALEFORM 1993 form printed by authority of the Norwegian Shipbrokers' Association. Any insertion or deletion to the form must be clearly visible. In the event of any modification made to the pre-printed text of this document which is not clearly visible, the text of the original approved document shall apply. BIMCO and the Norwegian Shipbrokers' Association assumes no responsibility for any loss, damage or expense as a result of discrepancies between the original approved document and this computer generated document.