# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRICO MARINE SERVICES, INC., et al.,[1] | ) Case No. 10-12653 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) RE: D.I. 953 |

## DEBTORS' NOTICE OF ACCEPTANCE OF OFFER
## WITH RESPECT TO THE TRINITY RIVER

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), file this *Notice of Acceptance of Offer with Respect to the Trinity River* (the "Notice") and respectfully submit the following:

1. On December 13, 2010, the Bankruptcy Court entered an order approving global sale procedures to be utilized in connection with the sale of assets (the "Global Sale Procedures Order")[2] [Dkt. No. 623]. On February 23, 2011, in furtherance of the Global Sale Procedures Order, the Bankruptcy Court entered an order (the "Sale Procedures Order") [Dkt. No. 953] approving procedures for the sale of certain operating assets of the Debtors (each, an "Asset" and collectively, the "Assets"). The Assets included the Trinity River (the "Vessel").

2. The Debtors received an offer to purchase the Vessel for $611,000 from Lanex Corporation ("Lanex"). On March 28, 2011, Lanex paid a deposit of $122,200, 20% of the purchase price, to the Debtors. The Debtors, in their business judgment, accepted the offer from

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. (2405); Trico Marine Assets, Inc. (2404); Trico Marine Operators, Inc. (6124); Trico Marine International, Inc. (3132); Trico Holdco, LLC (3870); Trico Marine Cayman, L.P. (5842). The mailing address for all of the Debtors for the purpose of these Cases is 3200 Southwest Freeway, Suite 2950, Houston, TX 77027.

[2] Capitalized terms used but not defined herein shall have the meaning given to them in the Global Sale Procedures Order.

Lanex as the highest and best offer for the Vessel, and accordingly, entered into that certain *Memorandum of Agreement* (the "Agreement")[3] between Trico Marine Assets, Inc. and Lanex.

3. The Agreement specifies that closing is expected to take place on April 11, 2011. Therefore, in order to close the sale (the "Sale") of the Vessel, pursuant to paragraph 9 of the Sale Procedures Order, the Debtors intend to submit an order, approved and agreed to by the (i) Debtors, (ii) Obsidian, (iii) the Committee, (iv) the 8.125% Noteholders, and (iv) the United States Trustee authorizing the Sale pursuant to the terms of the Agreement.

April 4, 2011
Wilmington, Delaware

Respectfully submitted,

/s/ _____
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302.658.9200
Fax: 302.658.3989

-and-

John E. Mitchell
Tonya M. Ramsey
Angela B. Degeyter
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.999.7787
jmitchell@velaw.com
tramsey@velaw.com
adegeyter@velaw.com

*Attorneys for the Debtors and Debtors-in-Possession*

---

[3] A true and correct copy of the Agreement is attached hereto as **Exhibit A**.