# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | § | Chapter 11 |
|---|---|---|
| In re: | § | |
| | § | Case No. 10-12653 |
| TRICO MARINE SERVICES, INC., et al., | § | |
| | § | |
| Debtors | § | (Jointly Administered) |
| | § | |

**THIRD NOTICE OF RESCHEDULED HEARING AND OBJECTION DATE OF THE DISCLOSURE STATEMENT FOR THE DEBTORS' JOINT PLAN OF LIQUIDATION AND APPROVAL OF DEBTORS' MOTION FOR ORDER UNDER BANKRUPTCY CODE SECTIONS 105, 502, 1125 AND 1126, BANKRUPTCY RULES 2002, 3003, 3017, 3018, 3020 AND 9007 AND LOCAL BANKRUPTCY RULE 3017-1 APPROVING (I) DISCLOSURE STATEMENT; (II) VOTING DEADLINES; (III) CONFIRMATION RELATED DATES AND NOTICES; AND (IV) SOLICITATION PROCEDURES**

PLEASE TAKE NOTICE that on February 25, 2011, Trico Marine Services, Inc., Trico Marine Assets, Inc., Trico Marine Operators, Inc., Trico Holdco, LLC, Trico Marine Cayman, LP, and Trico Marine International, Inc. (collectively, the "Debtors") filed the *Debtors' [Proposed] Joint Plan of Liquidation* (as it may be amended, the "Plan"), and the *[Proposed] Disclosure Statement for the Debtors' Joint Plan of Liquidation* (as it may be amended, the "Disclosure Statement"), with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that on February 28, 2011, the Debtors filed the *Debtors' Motion for Order Under Bankruptcy Code Sections 105, 502, 1125 and 1126, Bankruptcy Rules 2002, 3003, 3017, 3018, 3020 and 9007 and Local Bankruptcy Rule 3017-1 Approving (I) Disclosure Statement; (II) Voting Deadlines; (III) Confirmation Related Dates and Notices; and (IV) Solicitation Procedures* (the "Disclosure Statement Motion").

PLEASE TAKE FURTHER NOTICE that a hearing (the "Disclosure Statement Hearing") will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, on **May 13, 2011 at 9:00 a.m. (prevailing Eastern time)**, or as soon thereafter as counsel can be heard, to consider the entry of an order, among other things, approving the Disclosure Statement Motion and finding that the Disclosure Statement contains "adequate information" within the meaning of section 1125 of chapter 11 of the United States Code (the "Bankruptcy Code") and approving the Disclosure Statement for solicitation purposes. The Disclosure Statement Hearing may be adjourned from time to time, without further notice to creditors or parties in interest, by an announcement in the Bankruptcy Court of such adjournment on the date scheduled for the Disclosure Statement Hearing or in the agenda filed with respect to the scheduled Disclosure Statement Hearing. **THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN. VOTES ON THE PLAN MAY NOT BE SOLICITED UNLESS AND UNTIL THE**

**DISCLOSURE STATEMENT IS APPROVED BY ORDER OF THE BANKRUPTCY COURT.**

PLEASE TAKE FURTHER NOTICE THAT the Disclosure Statement and Plan are on file with and may be examined by interested parties at the Office of the Clerk of the Bankruptcy Court, 824 North Market Street, Wilmington, DE 19801, during regular business hours. In addition, a copy of the Disclosure Statement and Plan may be obtained upon written request to the Solicitation Agent, Epiq Bankruptcy Solutions at Trico Marine Processing, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, P.O. Box 5014, New York, NY 10150-5014, by calling (646) 282-2400 or by downloading such copies from the Bankruptcy Court's website at www.deb.uscourts.gov (a PACER account is required) or from the Solicitation Agent's website http://dm.epiq11.com/TMG.

PLEASE TAKE FURTHER NOTICE THAT responses and objections, if any, to the approval of the Disclosure Statement Motion and Disclosure Statement ("Disclosure Statement Objections") must (a) be in writing, (b) state the name and address of the objecting or responding party and the nature of the claim or interest of such party, (c) state with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Disclosure Statement to resolve any such objection or response, (d) otherwise comply with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the Bankruptcy Court, and (e) be filed, together with proof of service, with the Bankruptcy Court, and served so as to be **actually received, on or before 4:00 p.m. (prevailing Eastern time) on Wednesday, May 6, 2011** by each of the following: (1) Counsel for the Debtors, Vinson & Elkins L.L.P., Trammel Crow Center, 2001 Ross Avenue, Suite 3700, Dallas, Texas 75201-2975. (Attn: Tonya M. Ramsey) and Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, P.O. Box 1347, Wilmington, Delaware 19899-1347 (Attn: Robert Dehney and Andrew Remming); (2) Office of the U.S. Trustee, J. Caleb Boggs Federal Bldg., 844 King Street, Suite 2207, Wilmington, DE 19801 (Attn: David L. Buchbinder); and (3) Counsel for the Creditors' Committee, Kasowitz Benson Torres Friedman LLP, 1633 Broadway, New York, NY 10019 (Attn: David Mark) and Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19899-8705 (attn: Laura Davis Jones and Timothy P. Cairns) **DISCLOSURE STATEMENT OBJECTIONS NOT TIMELY FILED AND SERVED IN THE MANNER SET FORTH ABOVE SHALL NOT BE CONSIDERED AND MAY BE DEEMED OVERRULED.**

**PLEASE TAKE FURTHER NOTICE THAT** upon approval of the Disclosure Statement by the Bankruptcy Court, holders of claims against the Debtors who are entitled to vote on the Plan will receive a copy of the Disclosure Statement, the Plan, and various documents related thereto, unless otherwise ordered by the Bankruptcy Court.

April 27, 2011
Wilmington, Delaware

Respectfully submitted,

*/s/ Andrew R. Remming*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302.658.9200
Fax: 302.658.3989

-and-

John E. Mitchell
Tonya M. Ramsey
Angela B. Degeyter
John Paul K. Napier
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.999.7787
jmitchell@velaw.com
tramsey@velaw.com
adegeyter@velaw.com
jnapier@velaw.com

*Attorneys for the Debtors and Debtors-in-Possession*

4224276