# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRICO MARINE SERVICES, INC., *et al.*,[1] | ) | Case No. 10-12653 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 9, 2011 AT 1:30 P.M. (EASTERN TIME)

CONTINUED/ADJOURNED/RESOLVED MATTERS:

None at this time.

UNCONTESTED MATTERS WITH CNO:

None at this time.

CONTESTED MATTER GOING FORWARD:

1. Motion Of Creditor Steven Jennings To Modify Automatic Stay Under §11 U.S.C. §362(d)(1) (D.I. 1069, Filed 3/29/11).

   Response Deadline: April 11, 2011 at 4:00 p.m. (ET).

   Responses Received:

   (a) Debtors' Objection To Motion Of Creditor Steven Jennings To Modify Automatic Stay Under §11 U.S.C. §362(d)(1) (D.I. 1112, Filed 4/11/11).

   Related Pleadings: None.

   Status: This matter is going forward.

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. (2405); Trico Marine Assets, Inc. (2404); Trico Marine Operators, Inc. (6124); Trico Marine International, Inc. (3132); Trico Holdco, LLC (3870); Trico Marine Cayman, L.P. (5842). The mailing address for all of the Debtors for the purpose of these Cases is 3200 Southwest Freeway, Suite 2950, Houston, TX 77027.

FEE APPLICATIONS:

2. Interim Fee application hearing (See Exhibit A attached hereto for all related pleadings).

   Responses Received:  See Exhibit A.

   Related Documents: See Exhibit A.

   Status:  The Interim fee binder was delivered to the Court on May 2, 2011.  This matter is going forward.

Dated:  May 5, 2011
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    /s/ Andrew R. Remming
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
Tel:  302.658.9200
Fax:  302.658.3989

-and-

John E. Mitchell (admitted *pro hac vice*)
Angela B. Degeyter (admitted *pro hac vice*)
John P. Napier (admitted *pro hac vice*)
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel:  214.220.7700
Fax: 214.999.7787
jmitchell@velaw.com
adegeyter@velaw.com
jnapier@velaw.com

*Attorneys for the Debtors and Debtors-in-Possession*

4234352.1