IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRICO MARINE SERVICES, INC., | : | Case No. 10-12653 (BLS) |
| et al.,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Related Docket Nos. 965, 1249** |
| | : | |

### JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' RESPONSE TO THE MOTION OF U.S. BANK NATIONAL ASSOCIATION FOR RECONSIDERATION AND AMENDMENT OF ORDER DENYING PRIORITY CLAIMS PURSUANT TO 11 USC §507(B)

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby joins, by filing this joinder to, the *Debtors' Response to the Motion of U.S Bank National Association For Reconsideration and Amendment of Order Denying Priority Claims Pursuant to 11 U.S.C. §507(B).* (the "Response") [Docket No. 1249.][2]

The Committee joins in, and incorporates herein by reference, all of the arguments made by the Debtors in the Response. The Committee agrees that the Motion to Reconsider is premised on a misinterpretation of the Intercreditor Agreement and that, in any event, the Intercreditor Agreement is not binding on the Court or the estates. Furthermore, the Committee has not and will not consent to the relief that Trustee is seeking. The Committee

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. ("TMS") (2405); Trico Marine Assets, Inc. ("TMA") (5404); Trico Marine Operators, Inc. ("TMO") (6124); Trico Marine International, Inc. ("TMI") (3132); Trico Holdco, LLC ("Holdco") (3870); Trico Marine Cayman, L.P. ("Cayman") (5842). The mailing address for all of the Debtors for the purpose of these Cases is 10001 Woodloch Forest Drive, Suite 610, The Woodlands, TX 77380.

[2] All capitalized terms not defined herein have the meaning ascribed to them in the Response.

consented to Tennenbaum's §507(b) claim because the claim was limited to $100,000 and Tennnebaum was oversecured. The claim that the Trustee is now seeking is for a potentially much larger but undetermined amount.

WHEREFORE, the Committee requests that the Motion to Reconsider be denied in all respects.

Dated: May 18, 2011

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
David S. Rosner
David J. Mark

1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

-and-

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       tcairns@pszjlaw.com

Counsel for the Official Committee of Unsecured Creditors

2

85142-001\DOCS_DE:168093.1