# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| TRICO MARINE SERVICES, INC., *et al.*, ) | |
| ) | Case No. 10-12653 (BLS) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |
| ) | **Related Dkt. Nos. 975 & 976** |

## ARROWGRASS MASTER FUND LTD.'S REQUEST FOR STATUS CONFERENCE PURSUANT TO SECTION 105(d) OF THE BANKRUPTCY CODE

Arrowgrass Master Fund Ltd. ("Arrowgrass"), a holder of Trico Marine Services, Inc.'s 3.00% Senior Convertible Debentures Due 2027 (the "3.00% Debentures"), for its request for a status conference pursuant to Section 105(d) of the Bankruptcy Code (the "Motion"), respectfully represents:

## BACKGROUND

1. On February 25, 2011, the Debtors filed their *[Proposed] Joint Plan of Liquidation* [Docket No. 976] and its accompanying *[Proposed] Disclosure Statement For Debtors' Joint Plan of Liquidation* [Docket No. 975].

2. On February 28, 2011, the Debtors filed its *Motion For Order Under Bankruptcy Code Sections 105, 502, 1125 And 1126, Bankruptcy Rules 2002, 3003, 3017, 3018, 3020 And 9007 And Local Bankruptcy Rule 3017-1 Approving (I) Disclosure Statement; (II) Voting Deadlines; (III) Confirmation Related Dates And Notices; And (IV) Solicitation Procedures* [Docket No. 985] (the "Motion to Approve DS/Solicitation Procedures"). On three consecutive occasions, the hearing on the Motion to Approve DS/Solicitation Procedures was adjourned.

3. Late last night (May 18, 2011), the Debtors filed their *First Amended Joint Plan of Liquidation* [Docket No. 1260] (the "Proposed Amended Plan") and its accompanying *First*

NYC:228388.3

*Amended Disclosure Statement for Debtors' Joint Plan of Liquidation* [Docket No. 1259] (the "Proposed Amended DS") and are now attempting, on two business days notice, to move forward on the approval of the Proposed Amended DS. Upon the quickest of glances, it is evident that material wholesale changes have been made to the Proposed Amended Plan and DS pursuant to a non-consensual "settlement" which has been tacitly signed off on by several parties in interest. These changes are not *de minimus* nor are they "conforming". Rather, they go directly to a plan distribution scheme and ultimately, to the recoveries of the Debtors' creditors.

4. It is out of this concern that Arrowgrass hereby requests a status conference. Arrowgrass believes it is necessary for the Court to set an appropriate schedule with respect to the request to approve the Proposed Amended DS which will allow Arrowgrass, and other parties in interest, sufficient time to digest the new filings, file appropriate pleadings in response thereto, and conduct discovery to the extent necessary.

## RELIEF REQUESTED

5. By this Motion, Arrowgrass requests, pursuant to Section 105(d)(1) of the Bankruptcy Code, that the Court set a status conference to take place on Friday, May 20, 2011 or at the Court's earliest convenience to, among other things, (i) set an appropriate hearing date for the approval of the Proposed Amended DS and (ii) set a discovery schedule in connection therewith.

## SCHEDULING OF A STATUS CONFERENCE IS WARRANTED

6. Section 105(d)(1) of the Bankruptcy Code provides that the Court, on the request of a party in interest "shall hold such status conferences as are necessary to further the expeditious and economical resolution of the case." Arrowgrass' request goes directly to the logistics of a hearing regarding the Proposed Amended DS. This will allow for efficiency and

economy. Accordingly, scheduling a status conference is warranted pursuant to Section 105(d) of the Bankruptcy Code.

## **NOTICE**

7. Arrowgrass has served notice of this Motion upon: (i) counsel to the Debtors; (ii) the United States Trustee; (iii) counsel to the Creditors' Committee; (iv) counsel to the U.S. Bank, as Trustee; and (v) via ECF, to all parties on the Master Service List filed with the Court (collectively, the "Notice Parties"). Arrowgrass submits that no other or further notice need be provided.

## **NO PREVIOUS REQUEST**

8. No previous request for the relief sought herein has been made by Arrowgrass to this or any other court.

WHEREFORE, Arrowgrass respectfully requests that the Court grant the relief requested herein and grant such other and further relief as the Court may deem just and proper.

Dated: Wilmington, Delaware
      May 19, 2011

THE ROSNER LAW GROUP LLC

By: /s/ Scott Leonhardt
Frederick B. Rosner (DE #3995)
Scott Leonhardt (DE #4885)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone Number: (302) 777-1111

--and--

ANDREWS KURTH LLP
Paul N. Silverstein (admitted *pro hac vice*)
Jonathan I. Levine (admitted *pro hac vice*)
Abhishek Mathur (NYS Bar No. AM 1269)
450 Lexington Avenue
New York, New York 10017
Telephone Number: (212) 850-2800
Facsimile Number: (212) 850-2929

*Counsel to Arrowgrass Master Fund Ltd.*