# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRICO MARINE SERVICES, INC., *et al.*,[1] | ) | Case No. 10-12653 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

### NOTICE OF **SECOND AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 23, 2011 AT 1:30 P.M. (EASTERN TIME)

CONTINUED/ADJOURNED/RESOLVED MATTERS:

None at this time.

UNCONTESTED MATTER WITH CNO:

1. Motion Of Debtors Pursuant To Section 1121(d)(1) Of The Bankruptcy Code To Extend The Exclusive Period To Solicit Acceptances Of The Debtors' Chapter 11 Plan (D.I. 1196, Filed 4/29/11).

   Response Deadline: May 16, 2011 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleadings:

   (a) Certification Of No Objection Regarding Docket No. 1196 (D.I. 1261, Filed 5/19/11); and

   (b) **Order Granting Motion Of Debtors Pursuant To Section 1121(d)(1) Of The Bankruptcy Code To Extend The Exclusive Period To Solicit Acceptances Of The Debtors' Chapter 11 Plan (D.I. 1271, Entered 5/20/11).**

   Status: **An order has been signed**. No hearing is necessary.

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. (2405); Trico Marine Assets, Inc. (2404); Trico Marine Operators, Inc. (6124); Trico Marine International, Inc. (3132); Trico Holdco, LLC (3870); Trico Marine Cayman, L.P. (5842). The mailing address for all of the Debtors for the purpose of these Cases is 3200 Southwest Freeway, Suite 2950, Houston, TX 77027.

[2] **Modifications to the Notice of Agenda of Matters are indicated in bold type face.**

UNCONTESTED MATTER GOING FORWARD:

2.    Debtors' Motion For An Order Pursuant To Bankruptcy Rule 9019 Approving Settlement And Release Agreement Between The Debtors And The Bank Of New York Mellon Trust Company, N.A. (D.I. 1204, Filed 5/2/11).

    Response Deadline: May 16, 2011 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleadings:

    (a)    Notice Of Filing Of Revised Order Approving Debtors' Motion For An Order Pursuant To Bankruptcy Rule 9019 Approving Settlement And Release Agreement Between The Debtors And The Bank Of New York Mellon Trust Company, N.A. (D.I. 1207, Filed 5/4/11).

    Status: The Debtors intend to submit a revised form of order at the hearing.

CONTESTED MATTER GOING FORWARD:

3.    Motion Of U.S. Bank National Association For Reconsideration And Amendment Of Order Denying Priority Claims Pursuant To 11 U.S.C. § 507(b) (D.I. 965, Filed 2/24/11).

    Response Deadline: May 6, 2011 at 4:00 p.m. (ET). The response deadline has been extended to a TBD date for the Debtors, the Committee, Arrowgrass Master Fund Ltd., and Wells Fargo Bank, N.A.

    Responses Received:

    (a)    Debtors' Response To The Motion Of U.S. Bank National Association For Reconsideration And Amendment Of Order Denying Priority Claims Pursuant To 11 U.S.C. § 507(b) (D.I. 1249, Filed 5/17/11); and

    (b)    Joinder Of The Official Committee Of Unsecured Creditors To Debtors' Response To The Motion Of U.S. Bank National Association For Reconsideration And Amendment Of Order Denying Priority Claims Pursuant To 11 U.S.C. § 507(b) (D.I. 1253, Filed 5/18/11).

    Related Pleadings:

    (a)    Amended Notice of Hearing (D.I. 1203, Filed 5/2/11).

    Status: **This matter has been resolved.**

4. Debtors' Motion For Order Under Bankruptcy Code Sections 105, 502, 1125 And 1126, Bankruptcy Rules 2002, 3003, 3017, 3018, 3020 And 9007 And Local Bankruptcy Rule 3017-1 Approving (I) Disclosure Statement; (II) Voting Deadlines; (III) Confirmation Related Dates And Notices; And (IV) Solicitation Procedures (D.I. 985, Filed 2/28/11).

Response Deadline: May 18, 2011 at 4:00 p.m. (ET). The response deadline has been extended to a TBD date for U.S. Bank National Association.

Responses Received:

(a) Objection Of Creditor Steven Jennings To Debtors' Plan Of Reorganization And Liquidation (D.I. 1065, Filed 3/28/11);

(b) Arrowgrass Master Fund Ltd.'s Response To Debtors' Motion For Order Approving Proposed Disclosure Statement And Granting Related Relief (D.I. 1256, Filed 5/18/11); and

(c) Arrowgrass Master Fund Ltd.'s Request For Status Conference Pursuant To Section 105(d) Of The Bankruptcy Code (D.I. 1263, Filed 5/19/11).

Related Pleadings:

(a) Proposed Disclosure Statement For The Debtors' Joint Plan Of Liquidation (D.I. 975, Filed 2/25/11);

(b) Proposed Joint Plan Of Liquidation (D.I. 976, Filed 2/25/11); and

(c) Third Notice Of Rescheduled Hearing And Objection Date Of The Disclosure Statement For The Debtors' Joint Plan Of Liquidation And Approval Of The Debtors' Motion For Order Under Bankruptcy Code Sections 105, 502, 1125 And 1126, Bankruptcy Rules 2002, 3003, 3017, 3018, 3020 And 9007 And Local Bankruptcy Rule 3017-1 Approving (I) Disclosure Statement; (II) Voting Deadlines; (III) Confirmation Related Dates And Notices; And (IV) Solicitation Procedures (D.I. 1233, Filed 5/12/11);

(d) First Amended Disclosure Statement For The Debtors' Joint Plan Of Liquidation Date: May 18, 2011 (D.I. 1259, Filed 5/19/11);

(e) Debtors' First Amended Joint Plan Of Liquidation Dated: May 18, 2011 (D.I. 1260, Filed 5/19/11); and

(f) Notice Of Filing Of Exhibits To First Amended Disclosure Statement For The Debtors' Joint Plan Of Liquidation Dated: May 18, 2011 (D.I. 1265, Filed 5/19/11).

Status: This matter is going forward.

5. Debtors' Objection To The Claim Of The United States Of America, On Behalf Of The Maritime Administration (D.I. 1018, Filed 3/7/11).

    Response Deadline: April 18, 2011 at 4:00 p.m. (ET).

    Responses Received:

    (a) Reply To Debtors' Objection To The Claim Of The United States Of America, On Behalf Of The Maritime Administration (D.I. 1128, Filed 4/15/11).

    Related Pleadings: None.

    Status: **This matter has been adjourned to the hearing on June 22, 2011 at 1:00 p.m. (ET).**

6. Debtors' Objection To The Claim Of The Bank Of New York Mellon Trust Company, N.A. (D.I. 1023, Filed 3/7/11).

    Response Deadline: April 18, 2011 at 4:00 p.m. (ET).

    Responses Received:

    (a) Reply Of The Bank Of New York Mellon Trust Company, N.A., As Indenture Trustee, To The Debtors' Objection To The Claim Of The Bank Of New York Mellon Trust Company, N.A. (D.I. 1131, Filed 4/18/11).

    Related Pleadings: None.

    Status: Pending Court approval of Debtors' Motion For An Order Pursuant To Bankruptcy Rule 9019 Approving Settlement And Release Agreement Between The Debtors And The Bank Of New York Mellon Trust Company, N.A. (agenda item #2), this matter is resolved.

7. Emergency Motion Of U.S. Bank National Association, As Trustee, For An Order Modifying Or Terminating The Debtors' Use Of Cash Collateral (D.I. 1156, Filed 4/21/11).

    Response Deadline: April 25, 2011 at 1:30 p.m. (ET). The response deadline has been extended to a TBD date for the Debtors, the Committee, Arrowgrass Master Fund Ltd., and Wells Fargo Bank, N.A.

    Responses Received:

    (a) Statement Of Arrowgrass Master Fund Ltd. To The Emergency Motion Of U.S. Bank National Association, As Trustee, For An Order Modifying Or

Terminating The Debtors' Use Of Cash Collateral (D.I. 1161, Filed 4/25/11);

(b) Debtors' Response To Emergency Motion Of The U.S. Bank National Association, As Trustee, For An Order Modifying Or Terminating The Debtors' Use Of Cash Collateral (D.I. 1162, Filed 4/25/11); and

(c) Joinder Of Official Committee Of Unsecured Creditors To Debtors' Response To Emergency Motion Of U.S. Bank National Association, As Trustee, For An Order Modifying Or Terminating The Debtors' Use Of Cash Collateral (D.I. 1164, Filed 4/25/11).

Related Pleadings:

(a) Emergency Motion For Shortened Notice And Expedited Hearing On Emergency Motion Of U.S. Bank National Association, As Trustee, For An Order Modifying Or Terminating The Debtors' Use Of Cash Collateral (D.I. 1154, Filed 4/21/11); and

(b) Proposed Order On Emergency Motion For Shortened Notice And Expedited Hearing On Emergency Motion Of U.S. Bank National Association, As Trustee, For An Order Modifying Or Terminating The Debtors' Use Of Cash Collateral (D.I. 1158, Filed 4/22/11);

Status: **This matter has been resolved.**

8. Debtors' Emergency Motion For Entry Of Interim And Final Orders Pursuant To 11 U.S.C. §§ 361 And 363 Authorizing Debtors To Use Cash Collateral And Granting Adequate Protection (D.I. 1266, Filed 5/19/11).

Response Deadline: **At the hearing.**

Responses Received: None to date.

Related Pleadings:

(a) Debtors' Motion For An Order Under 11 U.S.C. §§ 102(1) And 105 Shortening Notice Relating To Debtors' Emergency Motion For Entry Of Interim And Final Orders Pursuant To 11 U.S.C. §§ 361 And 363 Authorizing Debtors To Use Cash Collateral And Granting Adequate Protection (D.I. 1267, Filed 5/20/11);

(b) **Order Granting Debtors' Motion For An Order Under 11 U.S.C. §§ 102(1) And 105 Shortening Notice Relating To Debtors' Emergency Motion For Entry Of Interim And Final Orders Pursuant To 11 U.S.C. §§ 361 And 363 Authorizing Debtors To Use Cash Collateral And Granting Adequate Protection (D.I. 1270, Entered 5/20/11);**

(c) **Notice Of Filing Regarding Debtors' Emergency Motion For Entry Of Interim And Final Orders Pursuant To 11 U.S.C. §§ 361 And 363 Authorizing Debtors To Use Cash Collateral And Granting Adequate Protection (D.I. 1272, Filed 5/21/11); and**

(d) **Notice Of Filing Regarding Debtors' Emergency Motion For Entry Of Interim And Final Orders Pursuant To 11 U.S.C. §§ 361 And 363 Authorizing Debtors To Use Cash Collateral And Granting Adequate Protection [Second] (D.I. 1273, Filed 5/22/11).**

Status:  **This matter is going forward.**

Dated:  May 23, 2011
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew R. Remming*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
Tel:  302.658.9200
Fax:  302.658.3989

-and-

John E. Mitchell (admitted *pro hac vice*)
Angela B. Degeyter (admitted *pro hac vice*)
John P. Napier (admitted *pro hac vice*)
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel:  214.220.7700
Fax: 214.999.7787
jmitchell@velaw.com
adegeyter@velaw.com
jnapier@velaw.com

*Attorneys for the Debtors and Debtors-in-Possession*

4269314.4