# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRICO MARINE SERVICES, INC., *et al.*,[1] | ) | Case No. 10-12653 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 18, 2011 AT 11:00 A.M. (EASTERN TIME)

CONTINUED/ADJOURNED/RESOLVED MATTERS:

1.  Debtors' Objection To The Claim Of The United States Of America, On Behalf Of The Maritime Administration (D.I. 1018, Filed 3/7/11).

    Response Deadline: April 18, 2011 at 4:00 p.m. (ET).

    Response Received:

    (a) Reply To Debtors' Objection To The Claim Of The United States Of America, On Behalf Of The Maritime Administration (D.I. 1128, Filed 4/15/11).

    Related Pleadings:

    (a) Certification Of Counsel Regarding Proposed Order Approving The Stipulation By And Between The Debtors And The United States Maritime Administration Regarding Withdrawal Of Proof Of Claim No. 94 Filed By The United States Maritime Administration (D.I. 1370, 6/29/11); and

    (b) Order Approving The Stipulation By And Between The Debtors And The United States Maritime Administration Regarding Withdrawal Of Proof Of Claim No. 94 Filed By The United States Maritime Administration (D.I. 1372, Entered 6/30/11).

    Status: An order has been entered by the Court resolving this matter. No hearing is required.

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. (2405); Trico Marine Assets, Inc. (2404); Trico Marine Operators, Inc. (6124); Trico Marine International, Inc. (3132); Trico Holdco, LLC (3870); Trico Marine Cayman, L.P. (5842). The mailing address for all of the Debtors for the purpose of these Cases is 3200 Southwest Freeway, Suite 2950, Houston, TX 77027.

[2] **Modifications to the Notice of Agenda of matters are indicated in bold type face.**

2. Debtors' Motion For Entry Of An Order (i) Disallowing Any Guaranty Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement Order Against The Parties To The Opco Settlement (D.I. 1320, Filed 6/16/11).

   Response Deadline:  June 30, 2011 at 4:00 p.m. (ET), extended to July 7, 2011 for Tennenbaum Lenders and DeepOcean Group Holding.

   Responses Received:

   (a) Objection Of Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners V, LP, And Special Value Continuation Partners, LP To Debtors' Motion For Entry Of An Order (i) Disallowing Any Guaranty Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement Order Against The Parties To The Opco Settlement (D.I. 1386, Filed 7/7/11);

   (b) DeepOcean Group Holding's Limited Objection To Debtors' Motion For Entry Of An Order (i) Disallowing Any Guaranty Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement Order Against The Parties To The Opco Settlement (D.I. 1389, Filed 7/7/11); and

   (c) Affidavit Of David R. Hilty In Support Of DeepOcean Group Holding's Limited Objection To Debtors' Motion For Entry Of An Order (i) Disallowing Any Guaranty Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement Order Against The Parties To The Opco Settlement (D.I. 1396, Filed 7/7/11).

   Related Pleadings:

   (a) Joinder To Debtors' Motion And Motion of U.S. Bank National Association, As Trustee, For Entry Of An Order (i) Disallowing Any Guaranty Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement Order Against The Parties To The Opco Settlement (D.I. 1350, Filed 6/23/11);

   (b) Joinder Of The Official Committee Of Unsecured Creditors To Debtors' Motion For Entry Of An Order (i) Disallowing Any Guaranty Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement Order Against The Parties To The Opco Settlement (D.I. 1357, Filed 6/24/11);

   (c) Joinder Of Wells Fargo Bank, N.A., To Debtors' Motion For Entry Of An Order (i) Disallowing Any Guaranty Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement Order Against The Parties To The Opco Settlement (D.I. 1360, Filed 6/27/11);

**(d)** **Limited Joinder To Debtors Reply And Reply Of U.S. Bank National Association, As Trustee, To The Objections Of The Tennenbaum Lenders And DeepOcean Group Holding To The Debtors Motion For Entry Of An Order (i) Disallowing Any Guaranty Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement (D.I. 1431, Filed 7/16/11); and**

**(e)** **Reply To The Objections Of Tennenbaun Lenders And Deepocean Group Holding To The Debtors' Motion For Entry Of An Order (i) Disallowing Any Guaranty Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement Order Against The Parties To The Opco Settlement (D.I. 1433, Filed 7/16/11).**

Status: This matter has been adjourned to the hearing scheduled in these cases for July 28, 2011 at 9:00 a.m. (ET).

UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION ("C.N.O."):

3. Debtors' Second Omnibus (Substantive) Objection To Certain No Liability Claims (D.I. 1325, Filed 6/17/11) **(the "Second Omnibus Objection")**.

    Responses Received: None.

    Objection Deadline: July 1, 2011 at 4:00 p.m. (Eastern Time).

    Related Pleadings:

    (a) C.N.O. [Re: D.I. 1325] (D.I. 1381, Filed 7/5/11); and

    (b) Proposed Form Of Order.

    Status: **An order has been entered granting the Second Omnibus Objection. No hearing is required.**

4. Debtors' Third Omnibus (Non-Substantive) Objection To Certain (A) Amended and Replaced, (B) Duplicate, And (C) Late Filed Claims (D.I. 1326, Filed 6/17/11) **(the "Third Omnibus Objection")**.

    Responses Received: None.

    Objection Deadline: July 1, 2011 at 4:00 p.m. (Eastern Time).

    Related Pleadings:

    (a) C.N.O. [Re: D.I. 1326] (D.I. 1382, Filed 7/5/11); and

    (b) Proposed Form Of Order.

Status:  **An order has been entered granting the Third Omnibus Objection.  No hearing is required.**

UNCONTESTED MATTER GOING FORWARD:

5. Debtors' Motion For Entry Of An Order Authorizing Filing Under Seal Of Exhibits 1 Through 8 To Declaration Of Brett Cenkus In Support Of Debtors' Response To Objection Of Creditor Steven Jennings To Debtors' Plan Of Reorganization And Liquidation (D.I. 1398, Filed 7/7/11).

    Response Deadline:  July 18, 2011 at 11:00 a.m. (ET).

    Responses Received:  None, as yet.

    Related Pleadings:

    (a) Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion For Entry Of An Order Authorizing Filing Under Seal Of Exhibits 1 Through 8 To Declaration Of Brett Cenkus In Support Of Debtors' Response To Objection Of Creditor Steven Jennings To Debtors' Plan Of Reorganization And Liquidation (D.I. 1399, Filed 7/7/11); and

    (b) **Order Granting Debtors' Motion For Entry Of An Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion For Entry Of An Order Authorizing Filing Under Seal Of Exhibits 1 Through 8 To Declaration Of Brett Cenkus In Support Of Debtors' Response To Objection Of Creditor Steven Jennings To Debtors' Plan Of Reorganization And Liquidation [Re: D.I. 1398, 1399] (D.I. 1422, Entered 7/14/11).**

    Status:  This matter is going forward.

CONTESTED MATTERS GOING FORWARD:

6. Debtors' Second Amended Joint Plan Of Liquidation Dated: May 25, 2011 (D.I. 1284, Filed 5/25/11).

    Response Deadline:  N/A.

    Responses Received:

    (a) Objection Of Creditor Steven Jennings to Debtors' Plan Of Reorganization And Liquidation (D.I. 1065, Filed 3/28/11);

    (b) Reply Of Creditor Steven Jennings To Debtors' Response To Objection To Debtors' Plan Of Reorganization And Liquidation (D.I. 1416, Filed 7/12/11); and

**(c)** **[Proposed] Order Filed By Steven Jennings With Respect To Objection To Confirmation Of Creditor Steven Jennings, Debtors' Response Thereto And Creditor's Reply (D.I. 1423, Filed 7/14/11)**.

Related Pleadings:

(a) Debtors' Response To Objection Of Creditor Steven Jennings To Debtors' Plan Of Reorganization And Liquidation (D.I. 1397, Filed 7/7/11);

(b) Joinder To Debtors' Response Of U.S. Bank National Association, As Trustee, To Objection Of Creditor Steven Jennings To Debtors' Plan Of Reorganization And Liquidation (D.I. 1408, Filed 7/8/11); and

(c) Joinder Of Official Committee Of Unsecured Creditors To Debtors' Response To Objection Of Creditor Steven Jennings To Debtors' Plan Of Reorganization And Liquidation (D.I. 1417, Filed 7/12/11).

Related Confirmation Documents:

(a) Debtors' [Proposed] Joint Plan Of Liquidation Dated: February 25, 2011 (D.I. 976, Filed 2/25/11);

(b) Debtors' First Amended Joint Plan Of Liquidation Dated: May 18, 2011 (D.I. 1259, Filed 5/19/11);

(c) Second Amended Disclosure Statement For The Debtors' Joint Plan Of Liquidation Dated: May 25, 2011 (D.I. 1283, Filed 5/25/11);

(d) Certification Of Counsel Regarding Proposed Order Approving Debtors' Motion For Order Under Bankruptcy Code Sections 105, 502, 1125 And 1126, Bankruptcy Rules 2002, 3003, 3017, 3018, 3020 And 9007 And Local Bankruptcy Rule 3017-1 Approving (i) Disclosure Statement; (ii) Voting Deadlines; (iii) Confirmation Related Dates And Notices; And (iv) Solicitation Procedures (D.I. 1285, Filed 5/25/11);

(e) Order Approving Debtors' Motion For Order Under Bankruptcy Code §§ 105, 502, 1125 And 1126, Bankruptcy Rules 2002, Rules 2002, 3003, 3017, 3018, 3020 And 9007 And Local Bankruptcy Rule 3017-1 Approving (i) Disclosure Statement; (ii) Voting Deadlines; (iii) Confirmation Related Dates And Notices; And (iv) Solicitation Procedures (D.I. 1286, Entered 5/25/11);

(f) Notice Of Filing Of Solicitation Version Of Debtors' Second Amended Disclosure Statement For The Debtors' Joint Plan Of Liquidation Dated: May 25, 2011 (D.I. 1297, Filed 6/3/11);

(g) Debtors' Memorandum Of Law In Support Of Confirmation Of The Debtors' Second Amended Joint Plan Of Liquidation Dated May 25, 2011 (D.I. 1356, Filed 6/24/11);

(h) Notice Of Filing Of Plan Supplement Documents (D.I. 1365, Filed 6/28/11);

(i) Certification Of Counsel Regarding Proposed Agreed Order Extending Plan Related Deadlines (D.I. 1366, Filed 6/28/11);

(j) Agreed Order Extending Certain Plan Related Deadlines (D.I. 1368, Entered 6/29/11);

(k) Notice Of Filing Of Plan Supplement Documents (D.I. 1411, Filed 7/8/11);

(l) Declaration Of Stephenie Kjontvedt On Behalf Of Epiq Bankruptcy Solutions, LLC, Regarding Voting And Tabulation Of Ballots Accepting And Rejecting The Amended Plan Of Liquidation (D.I. 1420, Filed 7/13/11);

**(m) Omnibus Reply Of U.S. Bank National Association, As Trustee, To Objections To The Debtors Second Amended Joint Plan Of Liquidation (D.I. 1432, Filed 7/16/11); and**

**(n) Debtors' Omnibus Reply To Objections To Confirmation Of The Debtors' Second Amended Joint Plan Of Liquidation (D.I. 1434, Filed 7/16/11).**

**Related Confirmation Response:**

**(a) Limited Objection Of U.S. Bank National Association, As Trustee, To Confirmation Of Debtors' Second Amended Joint Plan Of Liquidation Dated May 25, 2011 (D.I. 1428, Filed 7/15/11).**

Status: The Debtors' confirmation hearing is scheduled for July 28, 2011 at 9:00 a.m. (ET). This matter is going forward solely in connection with the objection of Steven Jennings with respect to the confirmation of the Debtors' chapter 11 plan.

7. Steven Jennings v. Trico Marine Services, Inc., *et al.* (Adv. Pro. 11-52003).

Response Deadline: June 17, 2011 at 4:00 p.m. (ET), extended to July 25, 2011 for the Debtors, unless later date is otherwise directed by the Court.

Responses Received: None.

Related Pleadings:

(a) Complaint (A.D.I. 1, Filed 5/18/11); and

(b) Summons And Notice Of Pretrial Conference In An Adversary Proceeding (A.D.I. 2, Filed 5/18/11).

<u>Status</u>: This matter is going forward as a confirmation objection in connection with the objection of Steven Jennings in relation to the confirmation of the Debtors' chapter 11 plan.

| | |
|---|---|
| Dated: July 18, 2011<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>    */s/Andrew R. Remming*<br>Robert J. Dehney (No. 3578)<br>Andrew R. Remming (No. 5120)<br>William M. Alleman, Jr. (No. 5449)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Tel: 302.658.9200<br>Fax: 302.658.3989<br><br>-and-<br><br>John E. Mitchell (admitted *pro hac vice*)<br>Angela B. Degeyter (admitted *pro hac vice*)<br>John P. Napier (admitted *pro hac vice*)<br>VINSON & ELKINS LLP<br>Trammell Crow Center<br>2001 Ross Avenue, Suite 3700<br>Dallas, Texas 75201<br>Tel: 214.220.7700<br>Fax: 214.999.7787<br>jmitchell@velaw.com<br>adegeyter@velaw.com<br>jnapier@velaw.com<br><br>*Attorneys for the Debtors and*<br>*Debtors-in-Possession* |

4377468.1