**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRICO MARINE SERVICES, INC., *et al.*,[1] | ) | Case No. 10-12653 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

NOTICE OF **SECOND AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
<u>HEARING ON JULY 28, 2011 AT 9:00 A.M. (EASTERN TIME)</u>[3]

<u>CONTINUED/ADJOURNED/RESOLVED MATTERS:</u>

　　　　None at this time.

<u>UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION ("C.N.O."):</u>

　　　　See Below.

<u>UNCONTESTED MATTERS GOING FORWARD:</u>

　　　　None at this time.

<u>CONTESTED MATTERS GOING FORWARD:</u>

1.　　　　Debtors' Second Amended Joint Plan Of Liquidation Dated: May 25, 2011 (D.I. 1284, Filed 5/25/11).

　　　　<u>Response Deadline:</u>　　July 8, 2011 at 4:00 p.m. (ET), extended for United States Trustee and the Internal Revenue Service until July 20, 2011.

　　　　<u>Response Received:</u>

　　　　(a)　　　　Objection Of Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners V, LP, And Special Value Continuation Partners,

---

[1]　　The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Trico Marine Services, Inc. (2405); Trico Marine Assets, Inc. (2404); Trico Marine Operators, Inc. (6124); Trico Marine International, Inc. (3132); Trico Holdco, LLC (3870); Trico Marine Cayman, L.P. (5842). The mailing address for all of the Debtors for the purpose of these Cases is 3200 Southwest Freeway, Suite 2950, Houston, TX 77027.

[2]　　**Modifications to the Notice of Agenda of Matters are indicated in bold type face.**

[3]　　The hearing will be held before the Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 1., Wilmington, Delaware 19801.

LP To Confirmation Of The Debtors' Second Amended Joint Plan Of Liquidation (D.I. 1385, Filed 7/7/11);

(b)    Objection Of Harris County, <u>et al.</u> And Montgomery County To Debtors' Second Amended Joint Plan Of Liquidation (D.I. 1401, Filed 7/8/11);

(c)    Objection Of Arrowgrass Master Fund Ltd. To Confirmation Of Debtors' Second Amended Joint Plan Of Liquidation Dated May 25, 2011 (D.I. 1402, Filed 7/8/11);

(d)    Statement And Reservation Of Rights Of Official Committee Of Unsecured Creditors Regarding Confirmation Of The Debtors' Second Amended Joint Plan Of Liquidation Dated May 25, 2011 (D.I. 1403, Filed 7/8/11);

(e)    Limited Objection Of U.S. Bank National Association, As Trustee, To Confirmation Of Debtors' Second Amended Joint Plan Of Liquidation Dated May 25, 2011 (D.I. 1428, Filed 7/15/11);

(f)    United States Trustee's Objection To Debtors' Second Amended Joint Plan Of Liquidation Dated May 25, 2011 (D.I. 1449, Filed 7/20/11); and

(g)    Limited Objection By The Internal Revenue Service To The Debtors' Second Amended Joint Plan Of Liquidation (D.I. 1284) (D.I. 1457, Filed 7/22/11).

<u>Related Pleadings</u>:

(a)    Order Granting Motion Of Debtors Pursuant To Section 1121(d)(1) Of The Bankruptcy Code To Extend The Exclusive Periods To (I) File A Chapter 11 Plan And (II) Solicit Acceptances Thereof (D.I. 912, Entered 2/14/11);

(b)    Debtors' [Proposed] Joint Plan Of Liquidation Dated: February 25, 2011 (D.I. 976, Filed 2/25/11);

(c)    Debtors' First Amended Joint Plan Of Liquidation Dated: May 18, 2011 (D.I. 1260, Filed 5/19/11);

(d)    Order Granting Motion Of Debtors Pursuant To Section 1121(d)(1) Of The Bankruptcy Code To Extend The Exclusive Period To Solicit Acceptances Of The Debtors' Chapter 11 Plan (D.I. 1271, Entered 5/20/11);

(e)    Second Amended Disclosure Statement For The Debtors' Joint Plan Of Liquidation Dated: May 25, 2011 (D.I. 1283, Filed 5/25/11);

(f)　　Order Approving Debtors' Motion For Order Under Bankruptcy Code §§ 105, 502, 1125 And 1126, Bankruptcy Rules 2002, Rules 2002, 3003, 3017, 3018, 3020 And 9007 And Local Bankruptcy Rule 3017-1 Approving (i) Disclosure Statement; (ii) Voting Deadlines; (iii) Confirmation Related Dates And Notices; And (iv) Solicitation Procedures (D.I. 1286, Entered 5/25/11);

(g)　　Notice Of Filing Of Solicitation Version Of Debtors' Second Amended Disclosure Statement For The Debtors' Joint Plan Of Liquidation Dated: May 25, 2011 (D.I. 1297, Filed 6/3/11);

(h)　　Debtors' Memorandum Of Law In Support Of Confirmation Of The Debtors' Second Amended Joint Plan Of Liquidation Dated May 25, 2011 (D.I. 1356, Filed 6/24/11);

(i)　　Notice Of Filing Of Plan Supplement Documents (D.I. 1365, Filed 6/28/11);

(j)　　Agreed Order Extending Certain Plan Related Deadlines (D.I. 1368, Entered 6/29/11);

(k)　　Notice Of Filing Of Plan Supplement Documents (D.I. 1411, Filed 7/8/11);

(l)　　Declaration Of Stephenie Kjontvedt On Behalf Of Epiq Bankruptcy Solutions, LLC, Regarding Voting And Tabulation Of Ballots Accepting And Rejecting The Amended Plan Of Liquidation (D.I. 1420, Filed 7/13/11);

(m)　　Omnibus Reply Of U.S. Bank National Association, As Trustee, To Objections To The Debtors' Second Amended Joint Plan Of Liquidation (D.I. 1432, Filed 7/16/11);

(n)　　Debtors' Omnibus Reply To Objections To Confirmation Of The Debtors' Second Amended Joint Plan Of Liquidation (D.I. 1434, Filed 7/16/11);

(o)　　Omnibus Reply Of The Debtors To Objections Filed By The United States Trustee And The Internal Revenue Service To The Debtors' Second Amended Joint Plan of Liquidation Dated May 25, 2011 (D.I. 1466, Filed 7/23/11)**;**

(p)　　Declaration Of John R. Castellano In Support Of Confirmation Of The Debtors' Second Amended Joint Plan Of Liquidation Dated May 25, 2011 And The Debtors' Motion For Entry Of An Order (i) Disallowing Any Guaranty Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement Order Against The Parties To The Opco Settlement (D.I. 1477, Filed 7/27/11);

(q)     Exhibits To Declaration Of John R. Castellano In Support Of Confirmation Of The Debtors' Second Amended Joint Plan Of Liquidation Dated May 25, 2011 And The Debtors' Motion For Entry Of An Order (i) Disallowing Any Guaranty Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement Order Against The Parties To The Opco Settlement (D.I. 1478, Filed 7/27/11)**; and**

**(r)     Notice Of Filing Of [Proposed] Order Confirming Debtors' Second Amended Joint Plan Of Liquidation Pursuant To Chapter 11 Of The Bankruptcy Code (D.I. 1482, Filed 7/27/11).**

<u>Status</u>:  This matter is going forward.

2.     Debtors' Motion For Entry Of An Order (i) Disallowing Any Guaranty Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement Order Against The Parties To The Opco Settlement (D.I. 1320, Filed 6/16/11).

<u>Response Deadline</u>:  June 30, 2011 at 4:00 p.m. (ET), extended to July 7, 2011 for Tennenbaum Lenders and DeepOcean Group Holding.

<u>Responses Received</u>:

(a)     Objection Of Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners V, LP, And Special Value Continuation Partners, LP To Debtors' Motion For Entry Of An Order (i) Disallowing Any Guaranty Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement Order Against The Parties To The Opco Settlement (D.I. 1386, Filed 7/7/11);

(b)     DeepOcean Group Holding's Limited Objection To Debtors' Motion For Entry Of An Order (i) Disallowing Any Guaranty Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement Order Against The Parties To The Opco Settlement (D.I. 1389, Filed 7/7/11);

(c)     Affidavit Of David R. Hilty In Support Of DeepOcean Group Holding's Limited Objection To Debtors' Motion For Entry Of An Order (i) Disallowing Any Guaranty Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement Order Against The Parties To The Opco Settlement (D.I. 1396, Filed 7/7/11);

(d)     Joinder Of The Steering Group Of Former High Yield Noteholders To "DeepOcean Group Holding's Limited Objection To Debtors' Motion For Entry Of An Order (i) Disallowing Any Guaranty Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The OPCO Settlement Order Against The Parties To The OPCO Settlement" (D.I. 1443, Filed 7/19/11);

(e)     Motion For Leave To File Sur-Reply Of Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners V, LP, And Special Value Continuation Partners, LP to Debtors' Motion For Entry Of An Order (i) Disallowing Any Guarantee Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement Order Against The Parties To The Opco Settlement (D.I. 1464, Filed 7/25/11)**;** and

(f)     Order Granting Leave To File Sur-Reply Of Tennenbaum DIP Opportunity Fund, LLC, Tennenbaum Opportunities Partners V, LP, And Special Value Continuation Partners, LP to Debtors' Motion For Entry Of An Order (i) Disallowing Any Guarantee Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement Order Against The Parties To The Opco Settlement (D.I. 1468, Entered 7/26/11).

<u>Related Pleadings</u>:

(a)     Joinder To Debtors' Motion And Motion Of U.S. Bank National Association, As Trustee, For Entry Of An Order (i) Disallowing Any Guaranty Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement Order Against The Parties To The Opco Settlement (D.I. 1350, Filed 6/23/11);

(b)     Joinder Of The Official Committee Of Unsecured Creditors To Debtors' Motion For Entry Of An Order (i) Disallowing Any Guaranty Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement Order Against The Parties To The Opco Settlement (D.I. 1357, Filed 6/24/11);

(c)     Joinder Of Wells Fargo Bank, N.A., To Debtors' Motion For Entry Of An Order (i) Disallowing Any Guaranty Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement Order Against The Parties To The Opco Settlement (D.I. 1360, Filed 6/27/11);

(d)     Limited Joinder To Debtors Reply And Reply Of U.S. Bank National Association, As Trustee, To The Objections Of The Tennenbaum Lenders And DeepOcean Group Holding To The Debtors' Motion For Entry Of An Order (i) Disallowing Any Guaranty Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement (D.I. 1431, Filed 7/16/11);

(e)     Debtors' Reply To The Objections Of Tennenbaum Lenders And DeepOcean Group Holding To The Debtors' Motion For Entry Of An Order (i) Disallowing Any Guaranty Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement Order Against The Parties To The Opco Settlement (D.I. 1433, Filed 7/16/11);

(f)      Reply Of Official Committee of Unsecured Creditors in Further Support of Debtors' Motion for Entry of an Order (I) Disallowing Any Guaranty Claims of the Tennenbaum Lenders or (II) in the Alternative, Enforcing the Opco Settlement Order Against the Parties to the Opco Settlement (D.I. 1436, Filed 7/18/11); and

(g)      Notice Of Errata Regarding Debtors' Reply To The Objections Of Tennenbaum Lenders And DeepOcean Group Holding To The Debtors' Motion For Entry Of An Order (i) Disallowing Any Guaranty Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement Order Against The Parties To The Opco Settlement (D.I. 1465, Filed 7/25/11).

Status:  This matter is going forward.

ADDITIONAL MATTERS:

3.      Debtors' Motion To Abandon Equity Interests In Coastal Inland Marine Services, Ltd. (D.I. 1410, Filed 7/8/11).

Responses Received:  None.

Objection Deadline:   July 21, 2011 at 4:00 p.m. (Eastern Time).

Related Pleadings:

(a)      C.N.O. [Re: D.I. 1410] (D.I. 1473, Filed 7/26/11); and

(b)      Proposed Form Of Order.

Status:  No response or objection has been received and a certificate of no objection has been filed with the Court.

4.      Debtors' Motion For Entry Of An Order Authorizing The Filing Under Seal Of Certain Exhibits To The Declaration Of John R. Castellano In Support Of Confirmation Of The Debtors' Second Amended Joint Plan Of Liquidation Dated May 25, 2011 And The Debtors' Motion For Entry Of An Order (i) Disallowing Any Guaranty Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement Order Against The Parties To The Opco Settlement (D.I. 1479, Filed 7/27/11).

Responses Received:  None, as yet.

Objection Deadline:   July 28, 2011 at 9:00 a.m. (ET) [Proposed].

<u>Related Pleading</u>:

(a)     Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion For Entry Of An Order Authorizing The Filing Under Seal Of Certain Exhibits To The Declaration Of John R. Castellano In Support Of Confirmation Of The Debtors' Second Amended Joint Plan Of Liquidation Dated May 25, 2011 And The Debtors' Motion For Entry Of An Order (i) Disallowing Any Guaranty Claims Of The Tennenbaum Lenders Or (ii) In The Alternative, Enforcing The Opco Settlement Order Against The Parties To The Opco Settlement (D.I. 1480, Filed 7/27/11) (the "Motion Shortening Notice").

<u>Status</u>:  This matter will go forward, subject to the Court's approval of the Debtors Motion Shortening Notice.

Dated:  July 27, 2011
        Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*s/Andrew R. Remming*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
William M. Alleman, Jr. (No. 5449)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
Tel:  302.658.9200
Fax:  302.658.3989

-and-

John E. Mitchell (admitted *pro hac vice*)
Angela B. Degeyter (admitted *pro hac vice*)
John P. Napier (admitted *pro hac vice*)
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel:  214.220.7700
Fax: 214.999.7787
jmitchell@velaw.com
adegeyter@velaw.com
jnapier@velaw.com

*Attorneys for the Debtors and*
*Debtors-in-Possession*

4398251.1

-7-